RANDY S. GROSSMAN
United States Attorney
NICHOLAS W. PILCHAK
California State Bar No. 331711
ERIC R. OLAH
California State Bar No. 295513
MEGHAN E. HEESCH
Minnesota State Bar No. 0395912
Assistant U.S. Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:(619)546-9709
E-mail: Nicholas.Pilchak@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-CR-1152-~~W~~ BAS |
|---|---|
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | **[FILED UNDER SEAL]** |
| KARIM ARABI (1), SHEIDA ALAN (2), aka Sheida Arabi, SANJIV TANEJA (3), and ALI AKBAR SHOKOUHI (4), | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Nicholas W. Pilchak, Meghan E. Heesch, and Eric R. Olah, Assistant United States Attorneys, hereby files the following Bill of Particulars for Forfeiture of Property.

This Indictment seeks forfeiture of property pursuant to violations of Title 18, United States Code, Sections 1343, 1956(h), and 1957, as alleged in the Indictment, which violations are punishable by imprisonment of more than one year. The United States hereby gives notice that, in addition to the property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following

additional property pursuant to Title 18, United States Code, Sections 981 (a)(1)(c), 982 (a)(1), and 982 (b), and Title 28, United States Code, Section 2461(c):

   a) Real Property located at 4760 Rancho Del Mar Trail, San Diego, California 92130-5210, more particularly described as:

PARCEL 1:

LOT 4 OF DEL MAR HIGHLANDS ESTATES, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 13818, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 2, 1999.

AMENDED BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 23, 1999 AS FILE NO. 1999-0830872 AND AND AMENDED BY CERTIFICATE OF CORRECTION RECORDED NOVEMBER 21, 2008 AS INSTRUMENT NO. 08-603976 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM, UNTIL DECEMBER 31, 2004, AS A MINERAL INTEREST AND NOT AS A ROYALTY INTEREST, ALL OF THE MINERALS OF EVERY KIND, INCLUDING, BUT NOT LIMITED TO, ALL OIL, GAS, HYDROCARBONS AND ASSOCIATED SUBSTANCES IN, UNDER OR THAT MAY BE EXTRACTED, PRODUCED AND SAVED FROM SAID REAL PROPERTY BUT WITHOUT THE RIGHT OF ENTRY TO THE SURFACE OF SAID REAL PROPERTY OR THE TOP 500 FEET OF THE SUBSURFACE OF SAID REAL PROPERTY FOR THE PURPOSES OF EXPLORING FOR, DEVELOPING AND REMOVING SUCH MATERIALS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THE PRIVATE DRIVES, STREET AND COMMON AREA OF THE ABOVE-REFERENCED TRACT MAP, AS PROVIDED FOR IN AND SUBJECT TO THAT CERTAIN AMENDED AND RELATED DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENTS FOR RANCHO PACIFICA HOMEOWNERS ASSOCIATION RECORDED FEBRUARY 11, 2000 AS INSTRUMENT NO. 00-73953 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA.

This property is currently being held in the Southern District of California.

DATED: July 26, 2022.

RANDY S. GROSSMAN
United States Attorney

*/s/ Nicholas W. Pilchak*

NICHOLAS W. PILCHAK
Assistant U.S. Attorney