# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**ORDERED UNSEALED on 08/09/2022**    s/ dominicf

~~SEALED~~ s/ dominicf

UNITED STATES OF AMERICA

V.

Karim Arabi (1)

**FILED** AUG 1 2 2022   CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY   DEPUTY

**WARRANT FOR ARREST**

Case Number:   3:22-cr-01152-W-1

**NOT FOR PUBLIC VIEW**

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Karim Arabi (1)**
                                                                                               Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition    ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1349 - Wire Fraud Conspiracy
18:1343 - Wire Fraud
18:1956(h) - Conspiracy to Launder Monetary Instruments
18:981(a)(1)(C), 982(a)(2)(b); 28:2461(c) - Criminal Forfeiture

DATE ARRESTED: 8/9/22   STEVEN C. STAFFORD U.S. MARSHAL S/CA BY:

RECEIVED U.S. MARSHALS-S/CA 2022 MAY 24 PM 3:22

In violation of Title   **See Above**   United States Code, Section(s) _____

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Sudan | 5/24/2022, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $   **No bail.**    by    **The Honorable Andrew G. Schopler**
                                                                                                                                     Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |