RANDY S. GROSSMAN
United States Attorney
Eric R. Olah
Assistant U.S. Attorney
California Bar No. 295513
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-cr-1152-BAS |
| Plaintiff, | |
| v. | **THE UNITED STATES' MOTION TO UNSEAL THE BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY AND ORDER THEREON** |
| KARIM ARABI (1) et al., | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Nicholas W. Pilchak, Meghan E. Heesch, and Eric R. Olah, Assistant United States Attorneys, respectfully requests that the Court unseal the Bill of Particulars for Forfeiture of Property (ECF No. 14, hereinafter "Bill of Particulars").

The Bill of Particulars explains that the United States is seeking forfeiture of real property located at 4760 Ranch Del Mar Trail, San Diego, California 92130-5210. *See generally United States v. Giese*, 597 F.2d 1170, 1180 (9th Cir. 1979) (explaining the purpose of a bill of particulars). The United States filed the Bill of Particulars under seal prior to executing sealed arrest warrants for the defendants and unsealing the case on August 9, 2022. Given that the case, including the operative Superseding Indictment,

is now unsealed for all purposes, the Bill of Particulars can now also be unsealed without serious risk that unsealing will cause the defendants to flee, destroy or discard evidence, or otherwise seriously jeopardize the investigation and prosecution of this case.

DATED: August 16, 2022

*/s/ Eric R. Olah*
ERIC R. OLAH
Assistant United States Attorney

## ORDER

The United States' Motion to Bill of Particulars for Forfeiture of Property (ECF No. 38) is GRANTED. The Clerk of Court is directed to unseal the Bill of Particulars for Forfeiture of Property (ECF No. 14).

DATED: August 16, 2022

HON. CYNTHIA BASHANT
United States District Court
Southern District of California

*United States v. Karim Arabi et al.*
*22-cr-1152-BAS*