Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Sandra C. Lechman, SBN 288660
slechman@bklwlaw.com
**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI, et al.,<br><br>    Defendants. | Case No. 3:22-cr-01152-BAS<br>Honorable Cynthia Bashant<br><br>**ACKNOWLEDGMENT OF SURETY** |

I, the undersigned, Amir Mobini, hereby acknowledge that I am a surety who signed the bond in the above-referenced matter. I am aware of Dr. Arabi's requests to modify his bond to allow him to travel to Orange County and to allow him to transfer funds in excess of $5,000 for legal fees and costs without prior notice to or approval of Pretrial Services.

I understand that, as a surety, I have the right to object. Having been advised of this right, I consent to the modifications and do not object.

Dated: 9/1/2022

By: _____
Amir Mobini
Signature of Surety