1  Whitney Z. Bernstein, SBN 304917
   wbernstein@bklwlaw.com
2  Sandra C. Lechman, SBN 288660
   slechman@bklwlaw.com
3  **BIENERT KATZMAN**
4  **LITTRELL WILLIAMS LLP**
   903 Calle Amanecer, Suite 350
5  San Clemente, California 92673
   Telephone (949) 369-3700
6  Facsimile  (949) 369-3701
7
   *Attorneys for Dr. Karim Arabi*
8

9                    **IN THE UNITED STATES DISTRICT COURT**

10               **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11

12  UNITED STATES OF AMERICA,          Case No. 3:22-cr-01152-BAS
                                       Honorable Cynthia Bashant
13            Plaintiff,
                                       **ACKNOWLEDGMENT OF SURETY**
14
    v.
15
16  KARIM ARABI, et al.,

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

                                                          3:22-cr-01152-BAS

DocuSign Envelope ID: 93B583E9-8E62-4DC5-8541-A0B9509A37D4

1       I, the undersigned, Pradeep Mishra, hereby acknowledge that I am a surety who

2   signed the bond in the above-referenced matter. I am aware of Dr. Arabi's requests to

3   modify his bond to allow him to travel to Orange County and to allow him to transfer

4   funds in excess of $5,000 for legal fees and costs without prior notice to or approval of

5   Pretrial Services.

6       I understand that, as a surety, I have the right to object. Having been advised of this

7   right, I consent to the modifications and do not object.

8

9   Dated: 8/30/2022          By: _____

10                                                Pradeep Mishra

11                                                Signature of Surety

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28