# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KARIM ARABI, et al.,<br><br>  Defendants. | Case No. 3:22-cr-01152-BAS (KSC)<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

1   **IT IS HEREBY ORDERED** that Condition 9 of Dr. Arabi's release be modified to
2   allow him to travel to San Diego County and Orange County.
3       **IT IS FURTHER ORDERED** that Condition 12(r) of Dr. Arabi's release be
4   modified to read: "No transfer of assets in excess of $5,000, or opening of new credit
5   accounts, without prior notice to and approval by Pretrial Services. This condition does not
6   apply to any transfer of funds in excess of $5,000 necessary to pay legal fees and costs."
7       **SO ORDERED.**

Dated: 9:44 AM, Sep 2, 2022      By: _____
                                     Honorable Karen S. Crawford
                                     United States Magistrate Judge