Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Sandra C. Lechman, SBN 288660
slechman@bklwlaw.com
**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>    Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia Bashant<br><br>**DR. KARIM ARABI'S NOTICE OF MOTION AND MOTION FOR SUPPLEMENTAL DISCOVERY**<br><br>Hearing Date:   December 5, 2022<br>Hearing Time:   2:00 p.m.<br>Department:     Courtroom 4B |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 5, at 2:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Cynthia A. Bashant, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 4B, Dr. Karim Arabi will, and hereby does, move the Court to compel discovery.

This Motion is based on this Notice and the Memorandum of Points and Authorities in support thereof, the files and records in this case, and any evidence and argument that may be presented at the hearing on this matter.

Respectfully submitted,

Dated:  November 21, 2022

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By: */s/ Sandra C. Lechman*
      Whitney Z. Bernstein
      Sandra C. Lechman
      Attorneys for Dr. Karim Arabi

# CERTIFICATE OF SERVICE

Counsel for Dr. Karim Arabi certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
Katherine H. Sharp
ksharp@gibsondunn.com
James N. Rotstein
jrotstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Sanjiv Tanej*

David K. Willingham
dwillingham@kslaw.com
Blythe Kochsiek
bkochsiek@kslaw.com
Jamie A. Lang
jlang@kslaw.com
KING SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
Meghan Elizabeth Heesch
meghan.heesch@usdoj.gov
Janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: November 21, 2022         */s/ Sandra C. Lechman*
                                  Sandra C. Lechman