Nicola T. Hanna, SBN 130694
nhanna@gibsondunn.com
Katherine H. Sharp, SBN 273141
ksharp@gibsondunn.com
James Rotstein, SBN 305072
jrotstein@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone (213) 229-7000
Winston Y. Chan, SBN 214884
wchan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone (415) 393-8200
*Attorneys for Sanjiv Taneja*

Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Sandra C. Lechman, SBN 288660
slechman@bklwlaw.com
**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
*Attorneys for Dr. Karim Arabi*

David K. Willingham, SBN 198874
dwillingham@kslaw.com
Jamie A. Lang, SBN 253769
jlang@kslaw.com
Blythe G. Kochsiek, SBN 285389
bkochsiek@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone (213) 443-4355
*Attorneys for Ali Akbar Shokouhi*

Randy S. Grossman
Nicholas W. Pilchak, SBN 331711
nicholas.pilchak@usdoj.gov
Janaki G. Chopra, SBN 272246
janaki.chopra@usdoj.gov
Eric R. Olah, SBN 295513
eric.olah@usdoj.gov
**UNITED STATES ATTORNEY**
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9709
*Attorneys for United States of America*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, AND ALI AKBAR SHOKOUHI, <br><br> Defendants. | CASE NO. 3:22-cr-01152-BAS <br><br> **JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Date: March 13, 2023 <br> Time: 2:45 p.m. <br> Dept.: Courtroom 4B <br> Judge: Honorable Cynthia Bashant |

Defendants KARIM ARABI, by and through his counsel, SANJIV TANEJA, by and through his counsel, and ALI AKBAR SHOKOUHI, by and through his counsel, and the UNITED STATES OF AMERICA, by and through its counsel, hereby jointly move the Court to continue the hearing presently set for March 13, 2023 at 2:45 p.m. for approximately 90 days. The parties also jointly move to exclude time until the new hearing date under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

## I.
## STATEMENT OF THE CASE

On May 24, 2022, a federal grand jury in the Southern District of California returned an 8-count indictment charging Defendants Karim Arabi ("Karim"), Sheida Alan, aka Sheida Arabi ("Sheida"), Sanjiv Taneja, and Ali Akbar Shokouhi with wire fraud conspiracy, various related crimes, and criminal forfeiture. ECF 1. The grand jury returned a superseding indictment on July 19, 2022, adding factual allegations to Count 6 and certain allegations pertaining to criminal forfeiture. ECF 9.

## II.
## STATEMENT OF FACTS

This case was initially set for a motion hearing and trial setting on September 12, 2022. *See* ECF 22. The parties filed a joint motion requesting that the hearing be continued to December 5, 2022, based on the volume of discovery estimated at that time and the complexity of the case. ECF 60. The Court granted the joint motion, finding good cause to continue the hearing, and excluding time. ECF 61.

At the hearing on December 5, 2022, the Court found the case complex for purposes of the Speedy Trial Act. ECF 113. It continued the hearing to March 13, 2023 based on the complexity finding and further discovery that was anticipated at that time. *Id*.

All defendants are on bond. To date, the United States estimates that it has produced at least 894,416 pages of discovery in this matter, as well as thousands of files that were not paginated due to their format. Most recently, the United States has produced an estimated

Case 3:22-cr-01152-BAS   Document 120   Filed 03/08/23   PageID.1155   Page 3 of 6

20,292 pages of discovery (not counting unpaginated materials) since the hearing on December 5, 2022.

The United States' investigation in the case is ongoing, and the United States continues to produce discovery based on its ongoing investigation. Indeed, a further round of discovery is being finalized contemporaneously with this motion. Furthermore, investigators continue to complete the forensic review of digital devices whose results will certainly generate additional discovery.

## III.

## MEMORANDUM OF POINTS AND AUTHORITIES

Section 3161(h) of the Speedy Trial Act excludes certain periods of time in calculating the 70-day period in which trial must generally commence following the later of a defendant's initial appearance or the filing of the indictment. This includes delay resulting from a continuance if the court finds "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The court must "set[] forth … either orally or in writing, its reasons" for the finding. *Id.* The court "shall consider" the following factors, "among others":

> (i) Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.
>
> (ii) Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.
>
> …
>
> (iv) Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the

2    3:22-cr-01152-BAS
JOINT MOTION TO CONTINUE STATUS HEARING AND
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

>Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the existence of due diligence.

18 U.S.C. § 3161(h)(7)(B).

"No continuance under [this provision] shall be granted because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  18 U.S.C. § 3161(h)(7)(C).

In this case, for the case-specific reasons presented by this matter, the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial, because the discovery in this case is voluminous and the issues raised in it are complex.  Furthermore, discovery remains ongoing due to the government's ongoing investigation in this matter.  Accordingly, defense counsel requires time to review discovery and prepare for motions practice and trial.

Defense counsel represent that they have discussed the need for this continuance with their clients, and that each defendant agrees to and joins in the request for this continuance.

## IV.

## CONCLUSION

For the reasons stated above, the parties jointly move for a continuance and to exclude time under the Speedy Trial Act.  The parties agree that the period of delay excluded spans from the filing of this joint motion, 18 U.S.C. 3161(h)(1)(D), until the new hearing date set by the Court.

//
//
//
//
//
//

|     |                              |                                                    |
| --- | ---------------------------- | -------------------------------------------------- |
| 1   |                              | Respectfully submitted,                            |
| 2   | Dated: March 8, 2023         | **GIBSON, DUNN & CRUTCHER LLP**                    |
|     |                              | By: /s/ Katherine H. Sharp                         |
|     |                              | Nicola T. Hanna                                    |
|     |                              | Winston Y. Chan                                    |
|     |                              | Katherine H. Sharp                                 |
|     |                              | James Rotstein                                     |
|     |                              | *Attorneys for Sanjiv Taneja*                      |
| 8   | Dated: March 8, 2023         | **BIENERT KATZMAN**                                |
|     |                              | **LITTRELL WILLIAMS LLP**                          |
|     |                              | By: /s/ Sandra C. Lechman                          |
|     |                              | Whitney Z. Bernstein                               |
|     |                              | Sandra C. Lechman                                  |
|     |                              | *Attorneys for Dr. Karim Arabi*                    |
| 15  | Dated: March 8, 2023         | **KING SPALDING LLP**                              |
|     |                              | By: /s/ Jamie A. Lang                              |
|     |                              | David K. Willingham                                |
|     |                              | Jamie A. Lang                                      |
|     |                              | Blythe G. Kochsiek                                 |
|     |                              | *Attorneys for Ali Akbar Shokouhi*                 |
| 20  | Dated: March 8, 2023         | **UNITED STATES ATTORNEY**                         |
|     |                              | By: /s/ Nicholas W. Pilchak                        |
|     |                              | Randy S. Grossman                                  |
|     |                              | Nicholas W. Pilchak                                |
|     |                              | Janaki G. Chopra                                   |
|     |                              | Eric R. Olah                                       |
|     |                              | *Attorneys for United States of America*           |

## **CERTIFICATE OF AUTHORIZATION TO SIGN SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel for the Plaintiff and codefendants' counsel and that I have obtained authorization from each attorney to affix his or her electronic signature to this document.

Dated: March 8, 2023                              */s/ Katherine H. Sharp*
                                                                    Katherine H. Sharp