1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

UNITED STATES OF AMERICA,

CASE NO. 22-CR-1152-BAS

11

Plaintiff,

12

v.

13

KARIM ARABI (1),
SANJIV TANEJA (3),
ALI AKBAR SHOKOUHI (4),

**ORDER CONTINUING THE MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

14
15

Defendants.

16

17    The Court has reviewed the parties' joint motion for an order continuing the

18  Motion Hearing/Trial Setting and excluding time under the Speedy Trial Act (ECF No.

19  120).   The motion is GRANTED, and the Motion Hearing/Trial Setting previously

20  scheduled for March 13, 2023 is continued to June 12, 2023 at 3:00 PM.

21    Additionally, for the reasons stated in the joint motion, including the voluminous

22  discovery produced to Defendants to date, the anticipated forthcoming discovery, and

23  this Court's prior finding regarding the complexity of this case, which are adopted

24  herein, the Court finds:

25    1. The ends of justice served by granting the requested continuance outweigh the

26       best interest of the public and the defendants in a speedy trial;

27    2. Failure to grant the requested continuance would be likely to make a

28       continuation of such proceeding impossible, or result in a miscarriage of

justice;

3. The case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits otherwise established by 18 U.S.C. § 3161; and

4. Alternatively, failure to grant the requested continuance would deny counsel for the defendants and/or the attorneys for the Government the reasonable time necessary for effective preparation, taking into account the existence of due diligence.

Accordingly, the period of time between the parties' joint motion through the new Motion Hearing/Trial Setting date is excluded under 18 U.S.C. 3161(h)(7).

**IT IS SO ORDERED.**

DATED: March _8_ , 2023

Hon. Cynthia Bashant
United States District Court