Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Sandra C. Lechman, SBN 288660
slechman@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-01152-BAS-1 |
| | Honorable Cynthia Bashant |
| Plaintiff, | |
| | **DR. KARIM ARABI'S** |
| v. | **ACKNOWLEDGMENT OF COURT** |
| | **DATE** |
| KARIM ARABI, | |
| | Date:        June 12, 2023 |
| Defendant. | Time:        3:00 p.m. |
| | Courtroom:  12B |

I, Karim Arabi, hereby acknowledge that the next court date in the above referenced matter is scheduled for Monday, June 12, 2023 at 3:00 p.m.

Dated: March 13, 2023                 By: _____
                                                        Karim Arabi

## CERTIFICATE OF SERVICE

Counsel for Dr. Karim Arabi certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
Katherine H. Sharp
ksharp@gibsondunn.com
James N. Rotstein
jrotstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Sanjiv Tanej*

David K. Willingham
dwillingham@kslaw.com
Blythe Kochsiek
bkochsiek@kslaw.com
Jamie A. Lang
jlang@kslaw.com
KING & SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
Janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: March 20, 2023

*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein