UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI (1),<br>ALI AKBAR SHOKOUHI (4),<br><br>Defendants. | Case No.: 22CR1152-BAS<br><br>SUPPLEMENTAL PROTECTIVE ORDER REGARDING OFFICIAL MLAT REQUESTS |

Pursuant to the joint motion and agreement of the parties, filed at ECF No. 146, Rule 16(d) of the Federal Rules of Criminal Procedure, and General Order No. 514 of the United States District Court for the Southern District, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations, and to safeguard sensitive communications between the United States and foreign nations pursuant to diplomatic treaties,

IT IS HEREBY ORDERED that:

1. For good cause shown, the Court grants the joint motion.

2. The terms of the original Protective Order entered by the Court [ECF No. 87] are incorporated by reference herein and remain in full force and effect.

3. The United States, without conceding that such disclosure is required generally or as a matter of law, agrees to disclose to the Defense its official requests for

evidence in foreign countries relating to the above-captioned case under MLATs. The use, distribution, dissemination, disclosure, and return of the MLAT requests is subject to the original Protective Order [ECF No. 87]. All such discovery shall be stamped with a mark including a special designation "MLAT-PO."

4. Additionally, absent agreement of all parties, no MLAT request produced pursuant to this Supplemental Protective Order may be publicly filed or referenced in any publicly filed materials without at least fourteen (14) days' notice to the United States, and an opportunity to be heard, on whether the materials may be publicly filed or referenced. The parties shall work together in good faith to resolve disputes over any such filing, including whether the filing should be filed under seal.

5. Counsel of record for defendants Karim Arabi and Ali Akbar Shokouhi shall ensure that every member of the Defense is advised and agrees in writing to be bound by the terms of this Supplemental Protective Order.

SO ORDERED.

DATED: August 24, 2023.

_____
Honorable Cynthia Bashant
United States District Judge