Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Sandra C. Lechman, SBN 288660
slechman@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>    Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia A. Bashant<br><br>**DR. KARIM ARABI'S NOTICE OF MOTION FOR MOTION TO COMPEL DISCOVERY**<br><br>Hearing Date:    November 6, 2023<br>Hearing Time:    3:00 p.m.<br>Department:      Courtroom 4B |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 6, 2023 at 3:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Cynthia A. Bashant, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 4B, Dr. Karim Arabi will, and hereby does, move the Court to order the government to disclose all documents and information relating to:

(1) Specific materials pertaining to communications between Qualcomm, its outside counsel, and the Government in which Qualcomm is seeking prosecution of Dr. Arabi;

(2) Specific materials related to bias and improper motivations of complaining employees, Qualcomm as an institution, Qualcomm employees at the time of the Abreezio acquisition, and other key witnesses;

(3) Certain materials related to Qualcomm's due diligence and internal investigation of the Abreezio acquisition;

(4) Materials not yet produced from the Government's investigation; and

(5) Information gathered by the Government during its own litigation against Qualcomm in two separate cases alleging violations of federal law.

This motion is made on the ground that the requested discovery is material to preparing Dr. Arabi's defense under Rule 16(a), *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150 (1972), and *Hernandez-Meza*, 720 F.3d 760 (9th Cir. 2013).

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Whitney Z. Bernstein, and supporting exhibits in support thereof, the files and records in this case, and any evidence and argument that may be presented at the hearing on this matter.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated:  August 25, 2023 | **BIENERT KATZMAN** |
| 3 | **LITTRELL WILLIAMS LLP** |
| 4 | By: */s/ Whitney Z. Bernstein* |
| 5 |         Whitney Z. Bernstein |
| 6 |         Sandra C. Lechman |
|   |         *Attorneys for Dr. Karim Arabi* |

# CERTIFICATE OF SERVICE

I certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David K. Willingham
dwillingham@kslaw.com
Blythe Kochsiek
bkochsiek@kslaw.com
Jamie A. Lang
jlang@kslaw.com
KING & SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
Janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: August 25, 2023

*/s/ Leah Thompson*
Leah Thompson