**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, and ALI AKBAR SHOKOUHI<br><br>Defendants. | Case No. 3:22-CR-01152-BAS<br><br>**ORDER FOR RESPONSE TO NON-PARTY QUALCOMM TECHNOLOGIES, INC.'S MOTION TO QUASH DEFENDANT KARIM ARABI'S RULE 17(c) SUBPOENA DUCES TECUM** |

This matter is before the Court on Non-Party Qualcomm Technologies, Inc.'s ("Qualcomm") Motion to Quash Defendant Karim Arabi's Subpoena *Duces Tecum* (the "Motion"). Defendant Karim Arabi shall file his response by September 11, 2023.

**IT IS SO ORDERED.**

Dated: 8-28-23

Hon. Cynthia Bashant
United States District Judge