## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI (1),<br><br>Defendant. | Case No. 22-cr-1152-BAS<br><br>**DECLARATION OF NICHOLAS W. PILCHAK IN SUPPORT OF THE UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PRODUCTION OF POTENTIALLY PRIVILEGED MATERIAL** |

I, Nicholas W. Pilchak, counsel for the United States, declare that:

1. I am an attorney licensed to practice law in the State of California. I am an Assistant U.S. Attorney for the Southern District of California and am one of the attorneys representing the United States in this case. The facts stated in this declaration are based upon my personal knowledge, and if called as a witness, I could and would testify competently to the facts herein.

2. Qualcomm filed a civil fraud lawsuit against Karim Arabi; Sheida Alan, aka Sheida Arabi; and Sanjiv Taneja on or about October 26, 2017, in California Superior Court for San Diego County, case number 37-2017-00040719-CU-FR-CTL (the "Civil Fraud Suit"). QCARABI_00461272.

3. On or about May 21, 2018, Dr. Arabi signed verified responses to Requests to Admit served by Qualcomm's counsel in the Civil Fraud Suit. QCABR_USAO_00001442. One request asked Dr. Arabi to admit that "between December 18, 2014 and October 30, 2015, [he] drafted and sent email from the account sheida.arabi1@gmail.com." In response, Dr. Arabi admitted under oath that "during the

period between December 18, 2014 and October 30, 2015, he drafted and sent one or more emails from the account sheida.arabi1@gmail.com." *Id*. at '1452.  He denied drafting and sending emails from the account "sheida@abreezio.com," *id*. at '1453–54, and claimed not to recall whether he assisted Alan with creating a third email account ("sheida.alan@gmail.com") or drafted or sent any email from that account. *Id*. at '1451.

4.   On or about May 21, 2018, Ms. Alan also signed verified responses to Requests to Admit served by Qualcomm's counsel in the Civil Fraud Suit. QCABR_USAO_00001668.  One request asked Alan to admit that she did not create the email account "sheida.alan@gmail.com." *Id*. at '1677.  Alan responded under oath that she could not recall whether she created the account or was assisted by her brother, Dr. Arabi. *Id*.  Alan also responded under oath that she could not recall whether she had drafted four specific emails from "sheida.arabi1@gmail.com." *Id*. at '1677–79.

5.   On December 12, 2019, karim_arabi@hotmail.com emailed sheida.alan@gmail.com with subject line "summary." TL-SW03-004178.  The body of the email read "Hi Sheida, This is based on what you discussed.  Modify if it is not inline with the status.  Thanks, Karim."  Attached to the short email was an Excel spreadsheet listing ten different properties in Canada, with a description of the property, a column labeled "Ownership," another labeled "Right to Sell," and a final column labeled "Status." TL-SW03-004179.  The first line of the chart listed a property on Chartwell Drive in West Vancouver, British Columbia, which appears from financial analysis of bank records to be a property that Sheida purchased (or directed the purchase of) using proceeds of the Abreezio sale.  The "Status" for the Chartwell Drive property was "Listed on the market. Luxury market is still in recession. No offer yet, but confident could sell and close by June 2020."

DATED: November 27, 2023

_____
NICHOLAS W. PILCHAK