# EXHIBIT 2

FD-302 (Rev. 5-8-10)

- 1 of 3 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   08/25/2022

On August 9, 2022 Special Agent (SA) Todd M. Townsend and SA Charles Linnerooth transported Karim ARABI from his arrest location ▮▮▮▮▮▮▮▮▮▮ San Diego, CA ▮▮▮▮ (ARABI residence) to FBI San Diego main office, 10385 Vista Sorrento Parkway, San Diego, California and finally to the Metropolitan Correction Center (MCC) 808 Union Street, San Diego, California. Events of the transport were surreptitiously audio recorded by SA Townsend. See evidence item 1D1 for more details.

Prior to ARABI's arrest, vehicle SD-372 was searched by SA Townsend and SA Linnerooth for contraband, weapons and other items of concern with negative results. Following his removal from the residence during the search and arrest operation, (documented elsewhere) SA Townsend accepted ARABI who was handcuffed in the rear. SA Townsend placed ARABI in the rear of the transport vehicle and advised him of the nature of the events. SA Townsend later assisted ARABI putting on additional clothing and shoes, as collected from the house by investigators. ARABI's spouse was allowed access to the residence with agents to select appropriate clothing for ARABI.

ARABI was then provided the opportunity to access his telephone and to direct agents to operate it in order to get any necessary telephone numbers. ARABI was provided with the contact, as requested. ARABI's telephone was left unlocked and brought inside the residence. ARABI requested SA Townsend turn off the telephone.

SA Townsend and SA Linnerooth began transport from his residence to FBI San Diego for interview. Agents provided ARABI with access to the restroom, food, and water on multiple occasions. Following the interveiw, and at the next available federal booking window, SA Townsend and SA Linnerooth transported ARABI into MCC.

The following events are noted with their corresponding approximate times:

| Time | Event |
|------|-------|
| 548 | SA Townsend and SA Linnerooth inspect vehicle for contraband, or weapons with negative results. Photographs attached. |
| 610 | Karim ARABI placed inside transport vehicle by SA Townsend and remained handcuffed. |
| 625 | ARABI provided with Shirt, Jeans, Socks, Shoes collected from his residence by USMS SI John Shindledecker and ARABI's spouse. |

Investigation on   08/09/2022   at   San Diego, California, United States (In Person)

File #   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date drafted   08/10/2022

by   Todd M. Townsend, Charles W. Linnerooth

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

| | |
|---|---|
| 630 | California Drivers License belonging to ARABI provided by SI Shindledecker |
| 632 | ARABI allowed to access telephone. ARABI asked SI Shindledecker to provide contact for "lian". |
| 642 | ARABI asked to have his telephone locked after it was taken into the residence |
| 645 | ARABI transported to FBI San Diego Office (SDFO) by SA Townsend and SA Linnerooth from ARABI residence. Both agents covered firearms with garments for the remainder of this transport. Starting mileage 13442. ARABI placed in rear passenger side seat, handcuffed in the front and secured to door handle by additional pair of cuffs. SA Townsend drove, and SA Linnerooth seated in rear drivers seat. |
| 702 | ARABI arrived at FBI San Diego. Ending Mileage 13450. |
| 713 | ARABI interview begins. ARABI instructed to request bathroom or water at any time. ARABI indicated he understood. |
| 715 | ARABI provided with access to the restroom, which he utilized. Agents remained outside of door, which remained open, but still blocked visual sight of ARABI while utilizing the facility. ARABI provided with water and granola bar. ARABI accepted the water and granola bar, but did not eat granola bar. |
| 750 | ARABI offered access to the restroom. ARABI denied offering. |
| 815 | ARABI offered access to restroom, water, food. ARABI denied all offerings. |
| 837 | SI Shindledecker provides notification to Canadian Embassy of Karim ARABI's arrest and detention. |
| 927 | ARABI provided "000" as the code to briefcase located at search location, at the request of SA Townsend. |
| 1010 | ARABI offered access to the restroom. ARABI accepted offering. |
| 1010 | ARABI provided "231" as code for black and silver briefcase at the search location, at the request of SA Townsend |
| 1100 | ARABI provided with food, a Chick-Fil-A sandwich and french fries. ARABI offered soft drink but denied. ARABI advised his only dietary restrictions were pork, and accepted option of Chick-Fil-A restaurant when offered. |
| 1120 | ARABI offered access to restroom. |
| 1212 | ARABI requested to utilize restroom and provided with access by agents. |
| 1245 | ARABI offered bathroom and food. ARABI denied offerings. ARABI offered water. ARABI accepted offering of water. Agents conducted a thorough search of ARABI prior to transport to MCC. |
| 1250 | ARABI transported to MCC from FBI SDFO by SA Townsend and SA Linnerooth. |

Continuation of FD-302 of (U) ARABI Transport , On 08/09/2022 , Page 3 of 3

| | |
|---|---|
| | ARABI handcuffed in front, and secured to passenger side door by additional handcuff. Agents seated in same configuration and vehicle as during initial transport. Beginning mileage 13450. |
| 1320 | ARABI arrived at MCC. Ending mileage 13465. |

Attached electronically as a 1A to the folder are agent notes, photographs of the transport vehicle seating area, email confirming notification to embassy, and transport log.