


Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>    Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia Bashant<br><br>**NOTICE OF DR. ARABI'S MOTION TO COMPEL PRODUCTION OF COMMUNICATIONS BETWEEN QUALCOMM AND THE GOVERNMENT AND FOR ISSUANCE OF A RULE 17 SUBPOENA TO QUALCOMM**<br><br>Hearing Date:    January 4, 2023<br>Hearing Time     10:00 a.m.<br>Courtroom:       12B |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 4, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Cynthia A. Bashant, United States District Court Judge for, located at 333 West Broadway, San Diego, California 92101, Courtroom 12B, Dr. Arabi will, and hereby does, move the Court for:

(1) an order requiring the government to produce all written correspondence, including emails, text messages, and letters, between itself and any Qualcomm Technologies, Inc. ("Qualcomm"), employees and representatives from May 2018 through present including any notes taken by the government or agents reflecting phone calls between the two entities. To date, the government has produced only seven written communications between itself and Qualcomm representatives even though the matter has spanned five years.

(2) the issuance of a Rule 17 subpoena to Qualcomm seeking production of records relating to any interviews of Invionics employees, including Brad Quinton, Trent McClements, Andrew Hughes, Michael Lee, Scott Chin, Michael Smith, Shawna Quinton, James Derbyshire, and Douglas Konkin, which were conducted after the executed civil cooperation agreement in May 2018. As discussed in the memorandum and points and authorities, new evidence indicates that at least Brad Quinton ("Quinton") gave statements to Qualcomm post-execution of the cooperation agreement that are highly exculpatory to Dr. Arabi and that Qualcomm has never provided this information to the government. Dr. Arabi also seeks production of his personnel file from Qualcomm.

This motion is made on the grounds that the requested discovery is material to preparing Dr. Arabi's defense under Rule 16(a), *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglo v. United States*, 405 U.S. 150 (1972), and *Hernandez-Meza*, 720 F.3d 760 (9th Cir. 2013). Written correspondence between the government and Qualcomm, the purported victim, is likely to contain factual and possibly strategic discussions concerning the case which may be relevant to Dr. Arabi as he prepares his defense. Such communications are

not privileged nor do they constitute work product because Qualcomm is not a retained expert. The U.S. Department of Justice's Manual expressly acknowledges that written communications between the government and witnesses/victims may likely contain discoverable information and should be produced.

  This motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Rebecca S. Roberts, the files and records in this case, and any evidence and argument that may be presented at the hearing on this matter.

Respectfully submitted,

Dated: December 14, 2023

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By: /s/ Rebecca S. Roberts
  Whitney Z. Bernstein
  Rebecca S. Roberts
  *Attorneys for Dr. Karim Arabi*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
Katherine H. Sharp
ksharp@gibsondunn.com
James N. Rotstein
jrotstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Sanjiv Taneja*

Andrew James Galvin
andrew.galvin@btlaw.com
BARNES & THORNBURG LLP
*Attorneys for Ali Akbar Shokouhi*

David K. Willingham
dwillingham@kslaw.com
Jamie A. Lang
jlang@kslaw.com
Blythe Golay Kochsiek
bkochsiek@kslaw.com
KING & SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
Janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: December 14, 2023        */s/ Leah Thompson*
                                Leah Thompson