MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   VS   KARIM ARABI

Case Number: 22CR1152-BAS   WITNESS LIST   EVIDENTIARY HEARING

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| February 13, 2024 | X | | JOHN SHINDLEDECKER |
| February 13, 2024 | X | | TODD TOWNSEND |
| February 13, 2024 | | X | KARIM ARABI |