MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  VS  KARIM ARABI

Case Number: 22CR1152-BAS     EXHIBIT LIST     EVIDENTIARY HEARING

☒ Plaintiff   ☒ Defendant   ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 2/13/2024 | 2/13/2024 | Karim Arabi Advice of Rights |
| 2 | 2/13/2024 | 2/13/2024 | Transcript of Karim Arabi's Post Arrest Statement |
| 4 | 2/13/2024 | 2/13/2024 | Photograph of Rear Interior of FBI Vehicles, Driver's Side |
| 5 | 2/13/2024 | 2/13/2024 | Photograph of Guest Bedroom Nightstand |
| 6 | 2/13/2024 | 2/13/2024 | Handwritten Notes |
| 7 | 2/13/2024 | 2/13/2024 | Inspector Shindledecker Email to Self |
| 8 | 2/13/2024 | 2/13/2024 | Declaration of Karim Arabi |
| 10 | 2/13/2024 | 2/13/2024 | FBI 302 Documenting Karim Arabi Arrest and Transport |
| A | 2/13/2024 | 2/13/2024 | Affidavit for Warrant (sealed) |
| B | 2/13/2024 | 2/13/2024 | Photograph of Driveway |
| B1 | 2/13/2024 | 2/13/2024 | Annotated Photograph of Karim Arabi Placement |
| B2 | 2/13/2024 | 2/13/2024 | Annotated Photograph of Family Placement |

Page **1** of **1**