TARA K. MCGRATH
United States Attorney
NICHOLAS W. PILCHAK
California State Bar No. 331711
ERIC R. OLAH
California State Bar No. 295513
JANAKI GANDHI CHOPRA
California State Bar No. 272246
Assistant U.S. Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:(619)546-9709
E-mail: Nicholas.Pilchak@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  22-CR-1152-BAS |
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| KARIM ARABI (1),<br>SHEIDA ALAN (2),<br>    aka Sheida Arabi,<br>SANJIV TANEJA (3), and<br>ALI AKBAR SHOKOUHI (4), | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, Assistant United States Attorneys, hereby files this Third Bill of Particulars for Forfeiture of Property.

This Superseding Indictment seeks forfeiture of property pursuant to violations of Title 18, United States Code, Sections 1349, 1343, 1956(h), and 1957, as alleged in the Superseding Indictment, which violations are punishable by imprisonment of more than one year.  ECF 9.  The United States hereby gives notice that, in addition to the property already listed in the forfeiture allegation, and in the first and second

bill of particulars, *see* ECF 14 and 65, the United States is seeking forfeiture of the following additional properties:

1. All money received by Atlazo Inc. ("Atlazo") from Nordic Semiconductor ASA ("Nordic") for the purchase of Atlazo's shares, intellectual property, or other assets, which are designated for payment to Karim Arabi, Abacus Machines LLC ("Abacus"), or to any party if payment is based upon any promissory notes made payable to, or Atlazo shares held by, Karim Arabi or Abacus, including any monies payable in exchange for or based upon the following assets pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), and Title 28, United States Code, Section 2461(c):

    a. Any stock in Atlazo held by Abacus, including Series A-2, series A-3, or common stock;

    b. Any stock in Atlazo held by Karim Arabi, including Series A-2, Series A-3, or common stock;

    c. Any promissory notes made payable to Karim Arabi;

    d. Any promissory notes made payable to Abacus; and,

    e. A Cashier's Check in the amount of $293,531.76 remitted to the United States Marshals Service by Atlazo, Inc

2. $118,707.89 in funds from Bank Account #XXX1860 in the name of Karim Arabi at San Diego County Credit Union, San Diego CA.

The properties described in paragraphs 1(e) and (2) are currently being held in the Southern District of California.

DATED: March 8, 2024.

TARA K. MCGRATH
United States Attorney

s/*Nicholas W. Pilchak*
NICHOLAS W. PILCHAK
Assistant U.S. Attorney