# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARIM ARABI (1),<br><br>　　　　Defendant. | Case No.: 22-CR-1152-BAS<br><br>FURTHER LIMITED MODIFICATION TO PROTECTIVE ORDER |

　　　Pursuant to the unopposed motion of the United States filed at ECF 246, Rule 16(d) of the Federal Rules of Criminal Procedure and General Order No. 514 of the United States District Court for the Southern District, and for good cause shown,

　　　IT IS HEREBY ORDERED that:

　　　1.　　The terms of the original Protective Order entered by the Court [ECF 87] are incorporated by reference herein and remain in full force and effect, as modified by the Supplemental Protective Order [ECF 147] and the Limited Modification to Protective Order [ECF 225].

　　　2.　　The United States is permitted to disclose to the government of Canada the documents identified in the unopposed motion.

3.  The production of these records shall not operate as a breach of the Protective Orders entered in this case or operate as a waiver of the application of their terms by the United States.

SO ORDERED.

DATED: April __19__, 2024.

_____
Honorable Cynthia Bashant
United States District Judge