Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>        Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia Bashant<br><br>**NOTICE OF DR. ARABI'S MOTION FOR RELEASE OF DOCUMENTS PRODUCED BY QUALCOMM TECHNOLOGIES TO COURT IN CAMERA**<br><br>Hearing Date:    May 6, 2024<br>Hearing Time:   10:00 a.m.<br>Courtroom:        12B |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 6, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Cynthia A. Bashant, United States District Court Judge for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, Courtroom 12B, Dr. Arabi will move the Court for an order releasing documents produced by Qualcomm Technologies, Inc. ("Qualcomm") in response to a Rule 17 subpoena *duces tecum* and the Court's Order dated October 13, 2023 (ECF No. 183). Qualcomm provided these documents to the Court for *in-camera* inspection on November 3, 2023. The Court's staff instructed Dr. Arabi to file this motion to release the documents. The Government does not oppose this motion.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Rebecca S. Roberts and attached exhibits, the files and records in this case, and any evidence and argument that may be presented at the hearing on this matter.

Respectfully submitted,

Dated: April 19, 2024

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: /s/ Rebecca S. Roberts
   Whitney Z. Bernstein
   Rebecca S. Roberts
   *Attorneys for Dr. Karim Arabi*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
Katherine H. Sharp
ksharp@gibsondunn.com
James N. Rotstein
jrotstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Sanjiv Taneja*

Andrew James Galvin
andrew.galvin@btlaw.com
BARNES & THORNBURG LLP
*Attorneys for Ali Akbar Shokouhi*

David K. Willingham
dwillingham@kslaw.com
Jamie A. Lang
jlang@kslaw.com
Blythe Golay Kochsiek
bkochsiek@kslaw.com
KING & SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
Janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: April 19, 2024         */s/ Leah Thompson*
                              Leah Thompson