Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia Bashant<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELASE OF DOCUMENTS PRODUCED BY QUALCOMM TECHNOLOGIES TO COURT IN CAMERA**<br><br>Hearing Date:    May 6, 2024<br>Hearing Time     10:00 a.m.<br>Courtroom:        12B |

## MEMORANDUM OF POINTS AND AUTHORITIES

In July 2023, Dr. Arabi sought, and the Court permitted, a subpoena *duces tecum* to be issued to Qualcomm pursuant to Federal Rule of Criminal Procedure 17(c). (ECF Nos. 133-135.) Qualcomm filed a motion to quash the subpoena, which the Court granted in part and denied in part on October 13, 2023 (ECF. No. 183). The Court ordered Qualcomm to produce to it *in camera* "all materials, notes, recordings, transcripts, and other documents of Qualcomm's interview(s) with Joseh Fang ("Fang"), Kevork Kechichian ("Kechichian"), and Saniv Taneja ("Taneja"), but only to the extent that these items have not already been produced to the Government." (*Id.* at p. 11.)

On November 3, 2023, Qualcomm provided notice to the parties that it had produced the ordered non-privileged documents to the Court for *in-camera* inspection, lodging "a thumb drive with the Court containing the responsive, non-privileged materials", along with a partial privilege log. (Roberts Decl. ¶ 2, Ex. 1.)

On February 13, 2014, Dr. Arabi's counsel inquired about these documents at a hearing before the Court. (Roberts Decl. ¶ 3, Ex. 2.) On March 25, 2024, Dr. Arabi's counsel again followed up with the court's staff regarding the release of these documents. (*Id.* at ¶ 4, Ex. 3.) Thereafter, court staff released a partial privilege log produced by Qualcomm and instructed Dr. Arabi to file a motion. (*Id.*)

The partial privilege log indicates that Fang, Kechichian, and Taneja were interviewed by Qualcomm on the following dates:

- Fang – 2/21/18, 2/22/18, 6/8/18, and 8/21/18
- Kechichian – 1/16/18
- Taneja – 2/8/18, 2/16/18, and 5/8/18

(*Id.* at ¶ 5.)

It is counsel's understanding that Qualcomm has not yet produced documents pertaining to these 2018 witness interviews to the Government. (Roberts Decl. ¶ 6.) Dr. Arabi anticipates that Fang, Kechichian, and Taneja will likely be called as trial witnesses and that the content of the non-privileged documents produced by Qualcomm to

the Court *in camera* may contain exculpatory and/or impeachment material. Accordingly, Dr. Arabi requests that the Court release the non-privileged documents produced by Qualcomm to him.

Respectfully submitted,

Dated: April 19, 2024

**BIENERT KATZMAN  
LITTRELL WILLIAMS LLP**

By: */s/ Rebecca S. Roberts*
    Whitney Z. Bernstein
    Rebecca S. Roberts
    *Attorneys for Dr. Karim Arabi*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
Katherine H. Sharp
ksharp@gibsondunn.com
James N. Rotstein
jrotstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Sanjiv Taneja*

Andrew James Galvin
andrew.galvin@btlaw.com
BARNES & THORNBURG LLP
*Attorneys for Ali Akbar Shokouhi*

David K. Willingham
dwillingham@kslaw.com
Jamie A. Lang
jlang@kslaw.com
Blythe Golay Kochsiek
bkochsiek@kslaw.com
KING & SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
Janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: April 19, 2024                     /s/ Leah Thompson
                                          Leah Thompson