Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>    Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia Bashant<br><br>**DECLARATION OF REBECCA S. ROBERTS IN SUPPORT OF MOTION FOR RELEASE OF DOCUMENTS PRODUCED BY QUALCOMM TECHNOLOGIES TO COURT IN-CAMERA**<br><br>Hearing Date:   May 6, 2023<br>Hearing Time:   10:00 a.m.<br>Courtroom:       12B |

# DECLARATION OF REBECCA S. ROBERTS

I, Rebecca Roberts, declare as follows:

1.  I am an attorney licensed to practice law in the United States District Court for the Southern District of California and a partner at Bienert Katzman Littrell Williams LLP, counsel of record for Dr. Karim Arabi ("Dr. Arabi") in this action. I make this declaration in support of the concurrently filed *Motion for Release of Documents Produced by Qualcomm Technologies to Court In Camera* ("Motion"). I make this declaration based on my personal knowledge. I am familiar with the pleadings and papers served and filed in this case. If called as a witness, I could and would testify competently to the facts set forth in this declaration.

2.  Attached as Exhibit 1 is copy of a Notice of Lodging served on the parties by Qualcomm Technologies, Inc. ("Qualcomm") indicating that it had lodged documents responsive to the Court's Order on November 3, 2023.

3.  Attached as Exhibit 2 are transcript excerpts from the February 13, 2024 hearing before the Court where my colleague, Whitney Bernstein, inquired about these lodged documents.

4.  Attached as Exhibit 3 is an email chain dated March 25–26, 2024 between myself and the court's staff discussing release of the documents produced by Qualcomm *in camera* and its partial privilege log.

5.  Staff from my firm has reviewed Qualcomm's partial privilege log which indicates that Qualcomm employee Joseph Fang was interviewed on February 21, 2018, February 22, 2018, June 28, 2018, and August 21, 2018. Qualcomm employee Kevork Kechichian was apparently interviewed on January 16, 2018. The log also indicates that co-defendant Sanjiv Taneja, who has since pled guilty, was interviewed by Qualcomm on February 8, 2018, February 16, 2018, and May 8, 2018. It is my understanding that Qualcomm has not yet produced documents relating to these 2018 witness interviews to the Government.

6. Prior to filing this motion, I met and conferred with AUSAs Pilchak, Chopra, and Olah and provided them with a draft of the motion. AUSA Pilchak informed me via email that the government will not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of April 2024 in San Diego, California.

By: /s/ Rebecca S. Roberts
Rebecca S. Roberts

# **CERTIFICATE OF SERVICE**

Counsel for Dr. Karim Arabi certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
Katherine H. Sharp
ksharp@gibsondunn.com
James N. Rotstein
jrotstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Sanjiv Taneja*

Andrew James Galvin
andrew.galvin@btlaw.com
BARNES & THORNBURG LLP
*Attorneys for Ali Akbar Shokouhi*

David K. Willingham
dwillingham@kslaw.com
Jamie A. Lang
jlang@kslaw.com
Blythe Golay Kochsiek
bkochsiek@kslaw.com
KING & SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
Janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: April 19, 2024              */s/ Leah Thompson*
                                    Leah Thompson