# Exhibit 1

HUESTON HENNIGAN LLP
Marshall A. Camp, State Bar No. 231389
mcamp@hueston.com
Padraic W. Foran, State Bar No. 268278
pforan@hueston.com
Martin E. Brenner, State Bar No. 333540
mbrenner@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Non-Party
Qualcomm Technologies, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:22-CR-01152-BAS |
|---|---|
| Plaintiff, | **NON-PARTY QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF LODGING MATERIALS IN RESPONSE TO OCTOBER 13, 2023 ORDER (DKT. 183)** |
| vs. | |
| KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, and ALI AKBAR SHOKOUHI, | |
| Defendants. | Courtroom: 12B<br>Judge: Honorable Cynthia Bashant |

**TO THE COURT, DEFENDANT, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to the Court's Order dated October 13, 2023 (Dkt. 183), requiring non-party Qualcomm Technologies, Inc. to provide to the Court materials for *in camera* inspection, Qualcomm has lodged a thumb drive with the Court containing the responsive, non-privileged materials. The lodged thumb drive also includes a privilege log identifying additional responsive documents that are protected by the attorney-client privilege and/or attorney-work-product doctrine.

Dated: November 3, 2023                    HUESTON HENNIGAN LLP

By: _____
Padraic W. Foran

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 523 West 6th Street, Suite 400, Los Angeles, CA 90014.

On November 3, 2023, I served the foregoing document(s) described as:

**NON-PARTY QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF LODGING MATERIALS IN RESPONSE TO OCTOBER 13, 2023 ORDER (DKT. 183)**

on the interested parties in this action as stated below:

> Whitney Z. Bernstein
> Biernert Katzman Littrell Williams LLP
> wbernstein@bklwlaw.com
> 903 Calle Amanecer, #350
> San Clemente, CA 92673

[X] (BY E-MAIL) By transmitting the document listed above to the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 3, 2023, at Los Angeles, California.

| Martin Brenner | *(signature)* |
|---|---|
| (Type or print name) | (Signature) |

# Exhibit 2

```
                    UNITED STATES DISTRICT COURT

                FOR THE SOUTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )   No. 22-cr-1152-BAS
                                 )
              Plaintiff,         )   Tuesday, February 13, 2024
    vs.                          )
                                 )   Motion Hearing
KARIM ARABI,                     )
                                 )
              Defendant.         )
_____)



              REPORTER'S TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE CYNTHIA BASHANT
                 UNITED STATES DISTRICT JUDGE

                       PAGES 1 - 150

APPEARANCES:

For Plaintiff:        UNITED STATES ATTORNEY'S OFFICE
                      880 Front Street, Suite 6293
                      San Diego, California  92101
                      By: NICHOLAS W. PILCHAK, AUSA
                          JANAKI CHOPRA, AUSA
                          ERIC OLAH, AUSA


For Defendant:        BIENERT KATZMAN LITTRELL WILLIAMS, LLP
                      903 Calle Amanecer, Suite 350
                      San Clemente, California  92673
                      By: WHITNEY Z. BERNSTEIN, Esq.
                          REBECCA ROBERTS, Esq.

Reported By:

Anne Roldan, RMR, CRR, Cal. CSR #13095
Official Court Reporter
U.S. District Court, Southern District of California
333 West Broadway, Suite 420
San Diego, California  92101

Reported by stenotype; transcribed by computer.
```

1  security.
2  **MR. PILCHAK:** And for the *in lims*, Your Honor, you're
3  thinking of a standard filing pattern of filing --
4  **THE COURT:** Two weeks, one week.
5  **MR. PILCHAK:** Perfect.
6  **THE COURT:** Okay. We'll see you --
7  **MS. BERNSTEIN:** Your Honor, I'm sorry. One final thing
8  is -- and we had meant to raise this at the last hearing and had
9  neglected to do so, so I don't want to forget again.
10      On November 3rd -- and there's no pleading number
11 because it was filed by Qualcomm's attorneys, and they're not on
12 the docket. On November 3rd, pursuant to the Court's order,
13 they lodged responsive non-privileged materials, including a
14 privilege log identifying additional response of documents that
15 they claim are protected by attorney-client privilege and/or
16 work-product doctrine. We want to request a copy of that
17 privilege log so that we can make any arguments necessary to the
18 Court.
19      **THE COURT:** I have not -- I have my law clerk on this.
20 So I am, to be honest, not completely familiar with what
21 Qualcomm has filed. I've turned it all over to him and told him
22 to give me a summary of it, and he has, and I haven't read it.
23 So I'm not really up on -- my vague memory is that it isn't
24 much, but I'll take a look at it.
25      **MR. PILCHAK:** And our request is simply that whatever

1   is provided to the Defense be provided to us too.
2           **THE COURT:** Okay.
3           **MS. BERNSTEIN:** No objection to that.
4           **THE COURT:** I'll take a look at it and make a ruling on
5   that.
6           **MS. BERNSTEIN:** Okay. Thank you, Your Honor.
7           **MR. PILCHAK:** Thank you.
8           And, finally, as to the speedy trial clock, Your Honor.
9           **THE COURT:** I do find the speedy trial clock should
10  be -- that time should be excluded in light of the complexity of
11  the case and in the interest of justice, given the fact that
12  Ms. Bernstein is due to give birth any day, or very shortly, and
13  will need some time before she comes back and gets up to speed
14  on the case.
15          **MS. BERNSTEIN:** No objection.
16          **MR. PILCHAK:** Thank you, Your Honor.
17          **THE COURT:** Okay. Thank you. We'll see you then.
18      *(Proceedings adjourned at 1:01 p.m.)*
19                              *\*\*\**

Exhibit 3

| | |
|---|---|
| **From:** | Rebecca Roberts |
| **To:** | Stephanie Michele; Whitney Bernstein |
| **Cc:** | Leah Thompson; Pilchak, Nicholas (USACAS); Chopra, Janaki (USACAS); Olah, Eric (USACAS) |
| **Subject:** | RE: US v. Arabi, 22-CR-01152-BAS - Documents produced by Qualcomm in camera |
| **Date:** | Tuesday, March 26, 2024 2:56:00 PM |

Thanks Stephanie! We will prepare a short motion.

**Rebecca Roberts** | Partner

**Bienert Katzman Littrell Williams** LLP

Website | vCard | Profile

---

**From:** Stephanie Michele <Stephanie_Michele@casd.uscourts.gov>
**Sent:** Tuesday, March 26, 2024 2:37 PM
**To:** Rebecca Roberts <rroberts@bklwlaw.com>; Whitney Bernstein <wbernstein@bklwlaw.com>
**Cc:** Leah Thompson <lthompson@bklwlaw.com>; Pilchak, Nicholas (USACAS) <Nicholas.Pilchak@usdoj.gov>; Chopra, Janaki (USACAS) <Janaki.Chopra@usdoj.gov>; Olah, Eric (USACAS) <Eric.Olah@usdoj.gov>
**Subject:** RE: US v. Arabi, 22-CR-01152-BAS - Documents produced by Qualcomm in camera

Good afternoon –

Attached is the privilege log the Judge has approved be provided. Anything additional will require a motion for the request.

Hope everyone has a wonderful week!

Sincerely,
Stephanie

---

**From:** Rebecca Roberts <rroberts@bklwlaw.com>
**Sent:** Monday, March 25, 2024 9:43 AM
**To:** Stephanie Michele <Stephanie_Michele@casd.uscourts.gov>; Whitney Bernstein <wbernstein@bklwlaw.com>
**Cc:** Leah Thompson <lthompson@bklwlaw.com>; Pilchak, Nicholas (USACAS) <Nicholas.Pilchak@usdoj.gov>; Chopra, Janaki (USACAS) <Janaki.Chopra@usdoj.gov>; Olah, Eric (USACAS) <Eric.Olah@usdoj.gov>
**Subject:** RE: US v. Arabi, 22-CR-01152-BAS - Documents produced by Qualcomm in camera

**CAUTION - EXTERNAL:**

Hi Stephanie,

Hope all is well. I wanted to follow up on the status of the documents produced by Qualcomm on November 3, 2023 to the court *in camera*. See the attached Notice of Lodging. Can these

documents be made available to us?  We would also like to review the privilege log Qualcomm prepared identifying responsive documents it withheld from the production.

Thank you very much.

Best,
Rebecca Roberts

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.