TARA K. MCGRATH
United States Attorney
NICHOLAS W. PILCHAK
California Bar No. 331711
JANAKI G. CHOPRA
California Bar No. 272246
ERIC R. OLAH
California Bar No. 295513
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-9709/8817/7540
nicholas.pilchak@usdoj.gov
janaki.chopra@usdoj.gov
eric.olah@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI (1),<br><br>Defendant. | Case No.:   22cr1152-BAS<br><br>JOINT MOTION FOR PRETRIAL SCHEDULING ORDER AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

The United States of America, by and through its undersigned counsel, and defendant Karim Arabi, by and through his undersigned counsel, hereby jointly move this Court for a pretrial scheduling order regarding the exchange and disclosure of witness lists, exhibit lists, proposed jury instructions, and proposed verdict forms. The parties respectfully submit that the requested scheduling order will assist the parties and the Court in the orderly preparation of this case for trial.

Accordingly, the parties propose the following pretrial deadlines:

1. **Motions *in Limine*.** The parties shall file motions *in limine* on or before

December 24, 2024. Responses shall be filed on or before January 7, 2025.

2. **Witness Statements**. The United States shall produce witness statements subject to 18 U.S.C. § 3500 on or before December 24, 2024. The defense shall produce witness statements subject to Rule 26.2 on or before January 7, 2025. Witness statements created or discovered by a party thereafter shall be produced as soon as possible after their creation or discovery.

3. **Jury Instructions and Verdict Form**. The parties shall exchange their proposed jury instructions and verdict forms on or before January 7, 2025. The parties shall thereafter meet and confer, and file (either jointly or separately) proposed jury instructions and verdict form(s) with the Court on or before January 14, 2025.

4. **Witness Lists, Exhibit Lists, and Summary Charts Under Fed. R. Evid. 1006**. The United States shall disclose its witness and exhibit lists to the defense, and disclose drafts of any summary charts under Fed. R. Evid. 1006 and identify the documents being summarized, on or before January 7, 2025. The defense shall disclose its witness and exhibit lists, and disclose drafts of any summary charts under Fed. R. Evid. 1006 and identify the documents being summarized, to the United States on or before January 14, 2025. Each party reserves the right to reasonably amend its witness and exhibit lists and draft summary charts.

5. **Trial Witnesses**. The parties shall disclose testifying witnesses to the opposing party at least 24 hours before each witness's appearance at trial, together with an anticipated list of trial exhibits to be used with the witness. Each party reserves the right to make reasonable modifications to the disclosed trial witness order and exhibits.

The parties also move to exclude time from October 7, 2024 until the hearing on motions *in limine* set for January 14, 2025 under the Speedy Trial Act, pursuant to 18

U.S.C. § 3161(h)(7), for the reasons stated at the October 7, 2024 hearing, including the need for adequate pretrial preparation such as preparation of expert witnesses, ongoing *ex parte* defense litigation, and the unusual volume of discovery and complexity of the case as stated in prior court orders.

      A proposed order reflecting the above pretrial schedule and exclusion of time will be submitted separately to chambers.

DATED: October 17, 2024.       Respectfully Submitted,

TARA K. MCGRATH
United States Attorney

*/s/ Nicholas W. Pilchak*
NICHOLAS W. PILCHAK
JANAKI G. CHOPRA
ERIC R. OLAH
Assistant United States Attorneys

*/s/ Whitney Z. Bernstein (by consent)*
WHITNEY Z. BERNSTEIN
REBECCA S. ROBERTS
Attorneys for Defendant Karim Arabi

3