1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>KARIM ARABI; SHEIDA ALAN,<br>also known as Sheida Arabi;<br>SANJIV TENEJA; ALI AKBAR<br>SHOKOUHI,<br><br>                    Defendants. | Case No. 22-cr-01152-BAS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO QUASH**<br><br>**(ECF No. 293)** |

    Non-Party Qualcomm Inc. filed a Motion to Quash Rule 17(c) Subpoena. (ECF No. 293.)  Any opposition to the Motion to Quash must be filed no later than **December 6, 2024**.  No reply is necessary.

    **IT IS SO ORDERED.**

**DATED: November 26, 2024**

Hon. Cynthia Bashant
United States District Judge

– 1 –

22cr1152