Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia Bashant<br><br>**MOTION FOR LEAVE TO FILE PUBLICLY A REDACTED SURREPLY (WITH EXHIBITS) TO NON-PARTY QUALCOMM INCORPORATED'S REPLY IN SUPPORT OF MOTION TO QUASH RULE 17(c) SUBPOENA *DUCES TECUM*** |

**TO THE HONORABLE COURT AND COUNSEL FOR QUALCOMM INCORPORATED AND THE UNITED STATES:**

Dr. Arabi, by and through his counsel of record, respectfully requests leave to file publicly the attached redacted surreply (with supporting declaration and exhibits) to Qualcomm Incorporated's ("Qualcomm") *Reply in Support of Motion to Quash Rule 17(c) Subpoena Duces Tecum* (the "Reply"). Dkt. No. 304. There would be no meaningful delay from considering the surreply because it is being filed on the same day as Qualcomm's revised Reply was filed. And, in fairness, the surreply is necessary to respond to new arguments by Qualcomm raised for the first time in the Reply. Therefore, Dr. Arabi requests leave to file the surreply attached to this motion as Exhibit A—with redactions in its publicly filed version, to avoid revealing confidential defense strategies.[1]

Respectfully submitted,

Dated: December 11, 2024

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: /s/ Ryan V. Fraser
  Whitney Z. Bernstein
  Rebecca S. Roberts
  Ryan V. Fraser
  *Attorneys for Dr. Karim Arabi*

---

[1] In a separate *in camera* submission that Dr. Arabi separately applies to have filed under seal and *ex parte*, Dr. Arabi concurrently submits the complete versions of the surreply and its supporting exhibits without redactions.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
Katherine H. Sharp
ksharp@gibsondunn.com
James N. Rotstein
jrotstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Sanjiv Taneja*

Andrew James Galvin
andrew.galvin@btlaw.com
BARNES & THORNBURG LLP
*Attorneys for Ali Akbar Shokouhi*

David K. Willingham
dwillingham@kslaw.com
Jamie A. Lang
jlang@kslaw.com
Blythe Golay Kochsiek
bkochsiek@kslaw.com
KING & SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: December 11, 2024        */s/ Leah Thompson*
                                Leah Thompson