UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI (1),<br><br>Defendant. | Case No.: 22-CR-1152-BAS<br><br>AMENDED PRETRIAL SCHEDULING ORDER |

IT IS HEREBY ORDERED that the parties shall abide by the following pretrial deadlines ahead of the continued trial in this matter, set to begin on March 10, 2025:

1. **Motions *in Limine*.** The parties shall file motions *in limine* on or before January 21, 2025. Responses shall be filed on or before January 28, 2025. The Court will hear motions *in limine* on February 3, 2025 at 10:00 a.m.

2. **Witness Lists and Exhibit Lists.** The United States shall disclose its witness and exhibit lists to the defense and to the Court on or before January 21, 2025. The defense shall disclose its witness and exhibit lists to the United States and to the Court on or before January 28, 2025. Each party reserves the right to reasonably amend its witness and exhibit lists.

3. **Summary Charts Under Fed. R. Evid. 1006.** The United States shall disclose drafts of any summary charts under Fed. R. Evid. 1006, and identify

the documents being summarized, on or before January 21, 2025. The defense shall disclose drafts of any summary charts under Fed. R. Evid. 1006 and identify the documents being summarized on or before January 28, 2025. Each party reserves the right to reasonably amend its draft summary charts.

4. **Witness Statements**. The United States shall produce witness statements subject to 18 U.S.C. § 3500 on or before February 10, 2025. The defense shall produce witness statements subject to Rule 26.2 on or before February 24, 2025. Witness statements created or discovered by a party thereafter shall be produced as soon as possible after their creation or discovery.

5. **Jury Instructions and Verdict Form**. The parties shall exchange their proposed jury instructions and verdict forms on or before February 24, 2025. The parties shall thereafter meet and confer, and file (either jointly or separately) proposed jury instructions and verdict form(s) with the Court on or before March 3, 2025.

6. **Trial Witnesses**. The parties shall disclose testifying witnesses to the opposing party at least 24 hours before each witness's appearance at trial, together with an anticipated list of trial exhibits to be used with the witness. Each party reserves the right to make reasonable modifications to the disclosed trial witness order and exhibits.

SO ORDERED.

DATED: December 30, 2024

Honorable Cynthia Bashant
United States District Judge