Message

---

| | |
|---|---|
| **From**: | Brad Quinton [bradq@invionics.com] |
| **Sent**: | 2014-10-20 3:45:20 PM |
| **To**: | Karim_arabi@hotmail.com |
| **Subject**: | follow-up |
| **Attachments**: | trementa_share_planning.xls; Untitled attachment 00016.txt |

Hi Karim,
Sorry about the delay in following up. My sales calls built up a lot of to-dos when I got back from San Diego/San Jose... but I am recovered now.

Let me summarize where I think we are:

1) We will use Trementa Inc., a currently dormant company that is incorporated as a Canadian Corporation (I am currently the only shareholder in Trementa, with 100 shares).
2) We will adjust the Trementa shareholdings to make you (or your family members) significant shareholder(s) by accepting a nominal investment from you (or your family members). Since the current value of Trementa is nill, this will be easy to adjust.
3) At this time, I would suggest we also make the current Invionics shareholders Trementa shareholders as well to complete the initial structure in a way that will look "correct" and allow for easier equity compensation schemes (see below).
4) Invionics and Trementa will sign a mutual NDA.
5) After making your initial "investment" and settling the share structure, you will provide technical direction to Trementa in your role as an investor.
6) Trementa will then leverage R&D, marketing services and the VRDM Development Platform provided by Invionics through a contracts between Trementa and Invionics.
7) Contracts between Invionics and Trementa will follow market norms and clearly delineate IP ownership as well as compensation (either cash or equity) such that Trementa can be easily acquired.
8) Equity compensation may be accomplished by having Invionics shareholders (who would also be Trementa shareholders) provide investment funding to Trementa that would be used to purchase services from Invionics (this is clean contract-wise and optimal for SR&ED credits)
9) Trementa's primary goal will be to develop new technology (and patent key elements of that technology) as well as create initial marketing material to the point where the key value prop can effectively demonstrated to large semiconductor companies like QCOM.
10) As part of the initial setup work, Invionics will setup e-mail addresses, cloud-based document storage, a placer holder website, corporate documents, etc. for Trementa.

So the critical path as I see it is to get the initial share structure in place and determine how we will get some initial seed capital into the company to get things started. The critical issue for us is going to be managing cash flow. We are still at early stages of Invionics where our cash flow is still quite erratic, so we will have to careful that Trementa does not exasperate that issue (this is quite doable, I believe).

Here is a standard cap table planning spreadsheet we can play with. Please don't read too much into the numbers right now, just the idea, that there will be founding shares, and then labor for equity at some company valuation.

Why don't you take a look at this and get back to me with your thoughts, or even batter maybe we can setup a GoToMeeting as walk through it together.

Let me know.
Brad.

P00019841
P00019841