# 1421 Chartwell Dr Report

| | |
|---|---|
| **From:** | Nasser <nashendi@gmail.com> |
| **To:** | sheida.alan@gmail.com |
| **Date:** | Sun, 20 Mar 2016 15:06:30 -0700 |
| **Attachments:** | NF Homes 1421 Chartwell Cost Estimation.pdf (1.33 MB) |

Hi,

Since our last conversation, I had visited some of houses of those builders I know them, and consulted with them. I had also a meeting with a Mortgage Broker, and a meeting with Baha and his partner.

Here is the result of the investigation:

1. The architectural drawings, which I emailed are ready. The area will be SQFT 8,300 + 400 for parking. The house will be shifted 20 feet toward North.
2. Since dealing with us, they have stopped the rest of the design (Structural, geotechnical, Envelope & civil). It will take about 3 weeks. After that stage all the drawings can be submitted for the permit, which usually takes between 10-12 weeks.
3. They have a company for each project and a lawyer is preparing for them a Bair Trust Agreement, which their share involvement and responsibilities are mentioned there.
4. The house is in the name of a person to ease of getting the bank loan, and in the agreement it will be written that the house is belong to the company.
5. Their cost breakdown is here with attached. Their proposal is 10% of the hard costs (CAD 350/SQFT). The other expenses has been added at the end. Other builders are also proposing 10% of the total cost, but with different unit price.
6. All were suggesting o getting the loan in the name of a person and mentioning that it is easier for a newcomer, but I believe as long as her account is strong, it is better we proceed with her name.

Conclusion:

1. For saving the time we have to decide about the preparation of rest of the designs after confriming the architectural drawing. I am now checking them and will conult with some of my friends. You also please review them and let me know your opinion.
2. Due to having limited time till purchas completion day, we have to move fast for the loan, so Please ask her to start with her bank.
Please also tell me if I should do anything in this regard.
3. The construction management of the first house should be given to a builder with the license. It is true that Baha's team are delaing with luxury houses, but their price is very high and more over it will surly be incresed during the construction. I spoke to some builders and now am negotiating with an engineer, who is now site manger for a Mid-Rise buildings in North Vancouver, related to multi-family complex. All of their units have been sold out and their prices has been increased a lot. He has also his license and contracting comapny. I am working in detail with him as I found him a good nominee for the construction and future cooperation.
4. I aksed Baha to get an appointment with their lawyer once you would be here. I think if you can arrange to be here in the first week of April, we can finalize everything.

Best wishes,
Nasser