**Bienert Katzman Littrell Williams LLP**

November 14, 2024

**Via Email**
Nicholas Pilchak, Assistant United States Attorney
Janaki Gandhi Chopra, Assistant United States Attorney
Eric Olah, Assistant United States Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
nicholas.pilchak@usdoj.gov
janaki.chopra@usdoj.gov
eric.olah@usdoj.gov

In re:   *United States v. Arabi*, case no. 3:21-cr-1152-BAS
Expert Notice re Abreezio Source Code, Revision Control Repository, and All Associated Metadata

Dear Assistant United States Attorneys Pilchak, Gandhi Chopra, and Olah:

In an abundance of caution, we write to provide notice of our intent to elicit at trial testimony related to the source code, revision control repository, and all associated metadata for Abreezio's software and related to any field programmable gate array ("FPGA") demos Abreezio did for Qualcomm Technologies, Inc. and Qualcomm, Inc. (collectively, "Qualcomm") during due diligence if the Court, over Dr. Arabi's objection, deems this to be the purview of an expert.

In such an event, Dr. Arabi will proffer an individual qualified to opine on source codes, revision control repositories, and all associated metadata to testify as to what these things are and how they corroborate and support Dr. Arabi's defense's that he did not invent any technology Qualcomm purchased from Abreezio.

If necessary, Dr. Arabi reserves his rights to supplement this notice, which may already exceed the requirements of Federal Rule of Criminal Procedure 16(b)(1)(C), once he is in receipt of and been able to review and analyze the source code, revision control repository, and all associated metadata.[1]  Dr. Arabi further reserves his rights to elicit expert testimony regarding

---

[1] On July 9, 2024, Dr. Arabi submitted an under seal and *in camera* application for a Rule 17(c) subpoena to Qualcomm. Dkt. Nos. 260-264. On July 17, 2024, the Court granted Dr. Arabi's application with respect to various categories of documents. Dkt. No. 265. On July 29, 2024, Dr. Arabi filed his first motion for reconsideration seeking production of the Abreezio source code, revision control repository, and all associated metadata. Dkt. No. 267. On August 5, 2024, the Court denied this motion on the sole ground that supporting declaration failed to sufficiently outline a specific fact. Dkt. No. 271. On September 11, 2024, Dr. Arabi submitted a second motion



*United States v. Arabi*
Nov. 14, 2024, Expert Disclosure Re Manoj Sachdev
Page 2

other matters that may arise during trial. *See, e.g.*, Fed. R. Crim. P. 16(b)(1)(C)(i) (limiting the defense's disclosure obligation to expert testimony that is to be used "during the defendant's case-in-chief at trial"). The defense may further elicit additional opinions in rebuttal to inferences suggested by the government's presentation of evidence. *See id.*

Sincerely,

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

Whitney Z. Bernstein
Rebecca S. Roberts

---

to reconsider issuing a Rule 17(c) subpoena to Qualcomm for the source code, revision control repositories, and metadata for Abreezio's software and any FGPA demos supported by additional declarations and exhibits. On October 1, 2024, the Court ordered Dr. Arabi to file supplemental briefing by October 11, 2024. On October 11, 2024, Dr. Arabi filed his supplemental brief addressing the Court's October 1, 2024 order. On October 28, 2024, the Court authorized issuance of the Rule 17(c) subpoena for the source code, revision control repositories, and metadata. The Court denied Dr. Arabi's request to have the documents produced only to his counsel and instead ordered the subpoena returnable to the Clerk of Court on November 20, 2024.