

**ØKOKRIM**
THE NORWEGIAN NATIONAL AUTHORITY FOR INVESTIGATION
AND PROSECUTION OF ECONOMIC AND ENVIRONMENTAL CRIME

**US Department of Justice**
**Criminal Division**
Office for International Affairs

| | | |
|---|---|---|
| Your reference:<br>CRM-182-74571 | Our reference:<br>15718412 | Date:<br>27 November 2024 |

## Request for Assistance in the Investigation of Karim Arabi and Others – Certification of Business Records and Attestation with Respect to Official Records

We refer to your Request for Assistance 8 April 2022 and following correspondence.

You have asked for a Certificate of Business Records for the bank records and an Attestation with Respect to Official Records for the property records and corporate records that we have provided to you.

We regret to inform you that we cannot obtain such confirmations. This is not a recognized procedure in Norway. Norwegian authorities cannot order the banks to sign such documents, and we also know that banks in general are reluctant to sign such documents on a voluntary basis. However, we hope the following confirmation will be sufficient:

- The bank records are provided on the basis of a surrender order from the prosecuting authority according to the Norwegian Criminal Procedure Act section 210. We can confirm that the bank records are received from the bank in question, and that they are received in the same format as we usually receive bank account information.

- The property records are ordered by us from the Norwegian Mapping Authority, and they have sent over and confirmed that the documents are certified copies from their archives, as appears from the PDF file "FILE – property records" previously sent over to you.

- The corporate records have been collected by Økokrim via the Brønnøysund Register Centre's electronic solution.

Økokrim
Post: Postbox 2096 Vika, NO-0125 OSLO / Street: C.J. Hambros plass 2 C, NO-0164 OSLO / (+47) 23 29 10 00
post.okokrim@politiet.no / www.okokrim.no / 874 761 532

OLS002          03.12.2024 10:46          opprettet i sak: 15718412          dokumentid: 109556026

We hope this will be sufficient for you to be able to use the documents in your trial.  Please do not hesitate to ask if we can be of any further assistance.

Best regards,

**Åsne Hana Torgersen**
*Police Prosecutor*

