# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:22-CR-1152-BAS |
|---|---|
| Plaintiff, | **ORDER ON THE UNITED STATES' MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF 25 PAGES** |
| v. | |
| KARAIM ARABI (1), | |
| Defendant. | |

Pursuant to Local Criminal Rule 47.1(e), and for good cause shown, the United States Motion for Leave to File Motions in Limine in Excess of 25 Pages (ECF No. 313) is GRANTED.

**IT IS SO ORDERED.**

DATED: January 23, 2025

_____
Hon. Cynthia Bashant, Chief Judge
United States District Court