Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARIM ARABI, <br><br> Defendant. | Case No. 3:22-cr-01152-BAS-1 <br> Honorable Cynthia Bashant <br><br> **DECLARATION OF REBECCA S. ROBERTS IN SUPPORT OF DR. KARIM ARABI'S MOTION TO COMPEL QUALCOMM TECHNOLOGIES, INC. TO (1) COMPLY WITH THE COURT'S DECEMBER 19, 2024 ORDER AND (2) PRODUCE SUMMARIES OF WITNESS INTERVIEWS** <br><br> Trial Date: March 10, 2025 |

# DECLARATION OF REBECCA S. ROBERTS

I, Rebecca S. Roberts, declare as follows:

1.      I am an attorney licensed to practice law in the United States District Court for the Southern District of California and a partner at Bienert Katzman Littrell Williams LLP, counsel of record for Dr. Karim Arabi ("Dr. Arabi") in this action. I make this declaration in support of the concurrently filed motion to compel Qualcomm to comply with the Court's December 19, 2024 and order and to produce summaries of witness interviews ("the motion"). I make this declaration based on my personal knowledge. I am familiar with the pleadings and papers served and filed in this case. If called as a witness, I could and would testify competently to the facts set forth in this declaration.

2.      In November 2023, Qualcomm produced a partial privilege log to the Court *in camera*, which the Court made available to defense counsel. This privilege log consisted of 82 pages. Qualcomm did not produce any summaries of its interviews with Defendant Sanjiv Taneja or witnesses Joseph Fang and Kevork Kechichian. True and correct excerpts of this privilege log are attached as Exhibit A. All three individuals are designated as government trial witnesses.

3.      While Qualcomm has produced some witness interview summaries its human resource investigators conducted during the preliminary stages of its internal investigation, in approximately 2017, to the extent of my knowledge, it has never produced any summaries of witness interviews conducted by its outside counsel Hueston Hennigan, which were apparently conducted from late 2017 onwards, as reflected in the two partial privilege logs Qualcomm has produced in response to the Court's October 23, 2024 and December 19, 2024 orders. The government has previously confirmed to the defense that it also does not have summaries of the internal investigation interviews conducted by Hueston Hennigan.

4.      On January 10, 2025, Hueston Hennigan produced only one document to the defense which consisted of a 2018 privilege log from the prior civil litigation between Qualcomm and Dr. Arabi and Ms. Alan, with entries only through August 2017. A true and correct copy of this civil privilege log is attached as Exhibit B. The grand jury subpoena

the government issued to Qualcomm is dated May 20, 2020 and required Qualcomm to produced responsive records from "January 1, 2013 to present." So, approximately three years of entries are missing from the civil log Qualcomm produced to the defense. Attached as Exhibit C is a comparison slide of an email Hueston Hennigan sent to the government outlining the categories of documents the government should request from Qualcomm and the actual subpoena the government which issued.

5. On January 10, 2025, after receiving only the 2018 civil privilege log, I emailed Qualcomm's outside counsel, Hueston Hennigan, and asked them to immediately comply with the court's order and provide a copy of the privilege log of documents withheld in response to the government's May 20, 2020 grand jury subpoena. In response, Padriac Foran from the law firm Hueston Hennigan informed me that "Qualcomm did not collect and withhold on privilege grounds documents in response to the Government's grand jury subpoena other than those reflected in the 2018 privilege log." This is obviously not accurate since the two partial privilege logs Qualcomm produced in response to the court orders identify numerous other documents, including the interview summaries, which Qualcomm has withheld on the basis of privilege.

6. On January 10, 2025, Qualcomm produced another partial privilege log *in camera* to the court which made the log available to defense counsel. A true and correct copy of this log is attached as Exhibit D.

7. It is my understanding that all six individuals: (i) Sanjiv Taneja, (ii) Kevork Kechichian, (iii) Joseph Fang, (iv) Hiten Somwal, (v) Duane Nelles, and (vi) Jim Thompson have been designated to testify at trial by the government (and some by the defense as well).

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of February 2025 in San Diego, California.

/s/ Rebecca S. Roberts
Rebecca S. Roberts

DECLARATION OF REBECCA S. ROBERTS IN SUPPORT OF DR. ARABI'S MOTION TO COMPEL PRODUCTION OF PRIVILEGE LOG AND INTERVIEW SUMMARIES

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
Katherine H. Sharp
ksharp@gibsondunn.com
James N. Rotstein
jrotstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Sanjiv Taneja*

Andrew James Galvin
andrew.galvin@btlaw.com
BARNES & THORNBURG LLP
*Attorneys for Ali Akbar Shokouhi*

David K. Willingham
dwillingham@kslaw.com
Jamie A. Lang
jlang@kslaw.com
Blythe Golay Kochsiek
bkochsiek@kslaw.com
KING & SPALDING LLP
*Attorneys for Ali Akbar Shokouhi*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
janaki Chopra
Janaki.chopra@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS

Dated: February 2, 2025              */s/ Leah Thompson*
                                     Leah Thompson