# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-1152-BAS |
|---|---|
| Plaintiff, | **JURY VERDICT** |
| v. | |
| KARIM ARABI, | |
| Defendant. | |

We, the jury in the above-entitled cause, find the defendant KARIM ARABI:

### COUNT ONE

_____  of the offense of conspiracy to commit wire fraud
(NOT GUILTY / GUILTY)    as charged in Count One of the indictment.

### COUNT TWO

_____  of the offense of wire fraud as charged in Count Two
(NOT GUILTY / GUILTY)    of the indictment.

## COUNT SIX

_____  of the offense of conspiracy to launder monetary
(NOT GUILTY / GUILTY)           instruments as charged in Count Six of the indictment.

**If your verdict is "NOT GUILTY," skip the following section.  If your verdict is "GUILTY," check any of the following that apply:**

\_\_\_\_\_   We find that the defendant, KARIM ARABI, conspired to commit concealment money laundering.

\_\_\_\_\_   We find that the defendant, KARIM ARABI, conspired to commit transactional money laundering.

DATED:                                                _____
                                                      Foreperson of the Jury