# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>    Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia A. Bashant<br><br>**ORDER GRANTING DEFENSE COUNSEL'S USE OF CERTAIN EQUIPMENT**<br><br>Trial Date:  March 10, 2025<br>Time:        9:00 a.m.<br>Dept.:       12B |

Defendant Karim Arabi's counsel has requested to bring two (2) miniature refrigerators into the courthouse to be placed in the antechambers of Departments 12A and 12B for the duration of trial in the above captioned matter. The Court hereby **GRANTS** this request. Defense counsel may bring two (2) miniature refrigerators into the courthouse starting March 7, 2025, and may store them in the antechambers of Departments 12A and 12B, or as otherwise directed, for the duration of trial.

**IT IS SO ORDERED.**

Dated: March 5, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court