Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>     Defendant. | Case No. 3:22-cr-01152-BAS-1<br><br>**DR. ARABI'S PROPOSED VOIR DIRE**<br><br>Honorable Cynthia A. Bashant<br>Courtroom:  12B<br>Trial Date:  March 10, 2025<br>Time:  9:00 a.m. |

Dr. Karim Arabi, by and through his counsel of record, and pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, hereby requests the Court ask the entire panel of prospective jurors the following questions and allow counsel an opportunity to ask follow-up questions.  These proposed questions avoid leading questions designed to prompt jurors to say they can or cannot be fair and impartial and instead asks variations of the question whether jurors would have a difficult time following the Court's instructions.  *See* Ninth Circuit Jury Trial Improvement Committee, Second Report: Recommendations and Suggested Best Practices, Adopted October 2006) at 9 ("Judges should avoid leading questions designed to prompt jurors to say that they can or cannot be fair. Such questions defeat the purpose of supplemental attorney *voir dire*, which is to elicit candid responses and thereby increase the effectiveness of *vior dire*.") (available at https://www.ca9.uscourts.gov/judicial-council/jury-trial-improvement-committee/); *see also Hon. Mark W. Bennett*, UNRAVELING THE GORDIAN KNOT OF IMPLICIT BIAS IN JURY SELECTION: THE PROBLEMS OF JUDGE-DOMINATED VOIR DIRE, THE FAILED PROMISE OF BATSON, AND PROPOSED SOLUTIONS, 4 Harv. L. & Pol'y Rev. 149, 160 (2010) ("As a district court judge for over fifteen years, I cannot help but notice that jurors are all too likely to give me the answer that they think I want, and they almost uniformly answer that they can 'be fair.'").

## I.      KNOWLEDGE OF RELEVANT INDIVIDUALS AND ENTITIES

1. Prior to today, have you heard or read anything about this case?

2. Do you recognize the defendant, Karim Arabi?

3. I will now read a list of companies and individuals involved in this case. Then I will ask you whether you know or recognize any of them.

   a. Companies

      ▪ Abreezio LLC

      ▪ Atlazo Inc.

      ▪ Business Strategic Advisors, LLC

      ▪ Cadence Design Systems, Inc.

1          ▪     Encore Semi Inc.

2          ▪     Endura Technologies

3          ▪     Invionics Inc.

4          ▪     Qualcomm Incorporated

5          ▪     Qualcomm Technologies, Inc.

6          ▪     Rapid Bridge

7          ▪     Tech VC Investments

8          ▪     Trementa Inc.

9     b.    Individuals

10         ▪     Behrooz Abdi

11         ▪     Arman Alan

12         ▪     Parsa Alan

13         ▪     Sheida Alan

14         ▪     Mohamed Allam

15         ▪     FBI DFE Taylor Armstead

16         ▪     Abbas Banaiyanmofrad

17         ▪     Ajay Bawale

18         ▪     Michael Campbell

19         ▪     Viraphol Chaiyakul

20         ▪     Aloke Chakravarty

21         ▪     FBI SA Leah Chambers

22         ▪     Scott Yin Lunn Chin

23         ▪     Nicholas Cole

24         ▪     Kian Davoudi Rad

25         ▪     Jim Derbyshire

26         ▪     Bipin Duggal

27         ▪     Saad Elhosni

28         ▪     Joseph Fang

DR. ARABI'S PROPOSED VOIR DIRE

1                  ■     Brian Gilbert

2                  ■     Alan Gilchrist

3                  ■     Matt Grob

4                  ■     Daniel Hoggar

5                  ■     Kevork Kechichian

6                  ■     Shi-Hsin Jason Hu

7                  ■     Andrew Hughes

8                  ■     Hassan His

9                  ■     Andre Ivanov

10                ■     Hao Jiang

11                ■     Bozena Kaminska

12                ■     Malik Khan

13                ■     Mike Lee

14                ■     Chieh-Yu Lin

15                ■     Farsheed Mahmoudi

16                ■     Ziad Mansour

17                ■     Charlie Matar

18                ■     Trent McClements

19                ■     James Melendres

20                ■     Pradeep Mishra

21                ■     Amir Mobini

22                ■     FBI SA Terrence Mycka

23                ■     Duane Nelles

24                ■     Paul Norlen

25                ■     Rajesh Pankaj

26                ■     Jasbir Patel

27                ■     Brad Quinton

28                ■     John Roberts

DR. ARABI'S PROPOSED VOIR DIRE

1  ▪  SCBPO Enrique Rodriguez

2  ▪  Martin Sabarsky

3  ▪  Dr. Manoj Sachdev

4  ▪  Masoud Sadeghian

5  ▪  Bahar Salehpour

6  ▪  Amir Salek

7  ▪  Massoud Sammak

8  ▪  Santanu Sarma

9  ▪  Anthony Schmidt

10  ▪  USMS SI John Shindledecker

11  ▪  Ali Akbar Shokouhi

12  ▪  Michael Smith

13  ▪  Dennis Sylvester

14  ▪  Hiten Somwal

15  ▪  Sanjiv Taneja

16  ▪  Kouhyar Tavakolian

17  ▪  Esin Terzioglu

18  ▪  James H. Thompson

19  ▪  FBI SA Todd Townsend

20  ▪  FBI SA Jamie Vigorito

21  ▪  Katie Wilson

22  ▪  Phil Wilson

23  c.  Lawyers and Law Firms

24  ▪  Bienert Katzman Littrell Williams LLP

25  1.  Whitney Z. Bernstein

26  2.  Ryan V. Fraser

27  3.  Rebecca S. Roberts

28  4.  Leah Thompson

- ▪ U.S. Attorney's Office
    1. Nicholas Pilchak
    2. Janaki Ghandi Chopra
    3. Eric Olah
    4. Martha Hernandez
    5. Alexander Maybury
    6. Dorian Reyes
  d. Do you know any of these companies or individuals?
    - ▪ If yes, please explain.

## II. EDUCATION AND WORK EXPERIENCE

4. What is the highest level of education you have attained?
5. Have you ever started or run a business?
6. Have you ever worked in the semiconductor industry?
7. Have you ever been a victim of workplace discrimination or harassment?
8. Has your work experience ever involved a non-compete agreement?
9. Has your work experience ever involved a contract that said anything about an employee's or contractor's ideas during employment belonging to the employer?
    a. Please describe your experience.
10. Have you ever loaned a family member or close friend money, or has a family member or close friend ever loaned you money?

## III. FAMILIARITY WITH THE SUBJECT MATTER

11. Have you ever invented a potential product, service, or technology or developed an invention?
    a. Please describe your experience.
12. Have you ever applied for a patent?
    a. Please describe your experience.

13. Have you ever been bought or sold a business?

    a. Please describe your experience.

14. Have you ever worked in human resources?

15. Have you ever been a party to a civil lawsuit?

16. Have you, a family member, or someone close to you ever worked for or done business with Qualcomm?

17. Do you, a family member, or someone close to you hold stock in Qualcomm?

## IV. ABILITY TO FOLLOW THE LAW

18. The government will present evidence that Dr. Arabi was involved in the formation of a startup called Abreezio that was later acquired by Qualcomm, and that his involvement in Abreezio was kept secret from Qualcomm. At the end of the case, I will instruct you that Dr. Arabi helping form the startup and keeping his involvement secret from the acquiring company, on its own, is not federal wire fraud. Would it be difficult for you to follow that instruction? Why?

19. The government will present evidence that Dr. Arabi sent and received emails from his sister's email account. At the end of the case, I will instruct you that sending and receiving emails from someone else's email account, on its own, is not federal wire fraud. Would it be difficult for you to follow that instruction? Why?

20. At the conclusion of the case, I will instruct you that misstatements and omissions are not necessarily federal wire fraud unless they go to the "nature of the bargain," which means price, quality, or otherwise essential aspects of the transaction. Relatedly, deceit that merely prevents an informed business decision is not federal wire fraud. Do you understand those instructions? Would it be difficult for you to follow them?

DR. ARABI'S PROPOSED VOIR DIRE

21. I will instruct you that you should not take anyone's race, ethnicity, or accent into account when judging the person's credibility and testimony. Would it be difficult for you to follow that instruction?

## V. INTERACTION WITH LAW ENFORCMENT

22. Do you believe that you have ever been a victim of a fraud or financial crime, whether it was reported to law enforcement or not?

    a. If yes, please explain.

23. Have you, a family member, or someone close to you ever worked in law enforcement, such as for a prosecutor's office, Federal Bureau of Investigation, Internal Revenue Service, United States Marshals Service, or a state or local police department?

24. Would you be inclined to give the testimony of law enforcement officers more credibility than the testimony of others?

25. Do you believe a person who has been charged with a crime is probably guilty?

26. Do you believe a person who is civilly sued and settles out of court is probably guilty?

## VI. WILLINGNESS TO DELIBERATE

27. You will be instructed that Dr. Arabi is presumed innocent and cannot be convicted of any crime unless you are convinced of his guilt beyond a reasonable doubt. Would it be difficult for you to follow these instructions? Why?

28. If most of the other jurors held a different view than you, would you be tempted to change your vote to avoid conflict or get deliberations over with?

## VII. DEFENDANT'S TESTIMONY

29. Dr. Arabi has a constitutional right not to testify, and if he does not testify, I will instruct you that you cannot hold that against him in any way. Would you find it difficult to follow that instruction?

## VIII.  MISCELLANEOUS QUESTIONS

30.  Do you have any ethical, cultural, religious, political, or other beliefs that would make it difficult for you to be a fair and impartial juror in this case?

31.  Is there anything else that might influence your ability to be fair?

Respectfully submitted,

Dated:  March 5, 2025

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By:  */s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Rebecca S. Roberts
Ryan V. Fraser
*Attorneys for Dr. Karim Arabi*