

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br><br>KARIM ARABI,<br><br>    Defendant. | Case No.:  22cr1152-BAS<br><br>STIPULATIONS |

THE PARTIES HAVING AGREED, IT IS HEREBY STIPULATED between the Plaintiff, the United States of America, by and through its counsel, Andrew R. Haden, Acting United States Attorney, and Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, Assistant U.S. Attorneys, and defendant Karim Arabi, by and through his counsel, Whitney Z. Bernstein, Rebecca Roberts, and Ryan Fraser as follows.

1.    The parties stipulate that, on or about October 26, 2017, Qualcomm filed a civil lawsuit against Karim Arabi, Sheida Alan, and Sanjiv Taneja alleging civil fraud and related claims over the same business transaction at issue in this case.  On or

about January 16, 2018, Sheida Alan filed counterclaims against Qualcomm alleging that Qualcomm failed to pay the holdback money required under the Unit Purchase Agreement.  On or about December 6, 2018, the lawsuit between Dr. Arabi, Ms. Alan, and Qualcomm settled, without either party admitting that any claim or counterclaim was valid or not valid.  Each party to the settlement agreement was represented by counsel.  Pursuant to the settlement agreement, Dr. Arabi and Ms. Alan agreed jointly and severally to pay Qualcomm $47 million, and Ms. Alan in fact paid Qualcomm this amount.  Matters concerning the lawsuit concluded on or about April 1, 2021.

2. The parties stipulate that Karim Arabi is a "United States person" within the meaning of 18, United States Code, Section 1957.

3. The parties stipulate that Exhibits 757A and 758A are accurate English translations of two Norwegian-language documents at Exhibits 757 and 758.

4. The parties stipulate that

    a. Getting a patent is a multi-step process that can include preparing and submitting a provisional patent application, preparing and submitting a patent application, and receiving approval for the patent claims deemed allowable by the patent examiner at the U.S. Patent and Trademark Office (USPTO).

    b. Provisional patent applications are filed with the USPTO, but are not examined by the USPTO.  They can be filed by anyone who pays the filing fee.  There is no specific form these applications must take.

    c. The claims in a non-provisional patent application are examined by the USPTO.  Non-provisional patent applications get a priority date from the earliest provisional patent application referenced.

5.    These stipulations are being entered into freely and voluntarily by all parties.


March 6, 2025
DATE

NICHOLAS W. PILCHAK
JANAKI G. CHOPRA
ERIC R. OLAH
Assistant United States Attorneys


March 6, 2025
DATE

KARIM ARABI


March 6, 2025
DATE

WHITNEY Z. BERNSTEIN
REBECCA S. ROBERTS
RYAN V. FRASER
Attorney for Defendant Karim Arabi