ANDREW R. HADEN
Acting United States Attorney
NICHOLAS W. PILCHAK
California Bar No. 331711
JANAKI G. CHOPRA
California Bar No. 272246
ERIC R. OLAH
California Bar No. 295513
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9709
Email: nicholas.pilchak@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-cr-1152-BAS |
| Plaintiff, | Date: March 10, 2025 |
| | Time: 9:00 a.m. |
| v. | Honorable Cynthia Bashant |
| KARIM ARABI (1), | **THE UNITED STATES' SECOND AMENDED NOTICE UNDER FED R. EVID. 902(11) & 18 U.S.C. § 3505** |
| Defendant. | |

The UNITED STATES OF AMERICA, by and through its counsel, ANDREW R. HADEN, Acting United States Attorney, and Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, Assistant U.S. Attorneys, hereby files its Second Amended Notice Under Federal Rule of Evidence 902(11) and 18 U.S.C. § 3505. This notice supplements general letter notices provided to the defense on December 6, 2024 and January 2, 2025, the prior notice filed on February 1, 2025, and the amended notice filed February 20, 2025. *See* ECF 314-10, 314-11, 323, 345. This notice cites exhibit numbers from the draft exhibit list disclosed to the defense and the Court on January 21, 2025, a supplemental revised list disclosed to the defense on February 19, 2025, and courtesy copies disclosed to the defense and the Court on March 6, 2025.

The United States intends to admit the following domestic business records at trial under Rule 902(11). The certificates of authenticity have previously been produced in discovery. The United States does not intend to introduce the certificates in evidence, but has listed them for authentication purposes.

| Custodian | Exhibits | COAs |
|---|---|---|
| Google | 115, 806, 808–812 | 115A, 806A, 808A–812A |
| Microsoft | 805 | 805A |
| Yahoo / Oath | 807 | 807A |
| Thoughts to Paper | 253, 254 | 253A, 254A |
| Bank of America | 457–468 | 457A–468A |
| T-Mobile | 43 | 43A |
| Verizon | 255, 256 | 255A, 256A |
| ATT | 44, 800, 801, 802, 819–21 | 44A, 800A, 801A, 802A, 819A–821A |

The United States intends to admit the following foreign business records at trial under 18 U.S.C. § 3505. The certificates of authenticity have previously been produced in discovery, except as noted.

| Custodian | Exhibits | COAs |
|---|---|---|
| Canadian Imperial Bank of Commerce (CIBC) | 469–475, 477, 480, 780, 797 | 469A–475A, 480A, 780D, 797A |
| Handelsbanken* | 478–479 | 478A–479A |
| Freedom Mobile | 803 | 803A |

| Rogers Communications Inc. | 804 | 804A |
| British Columbia Registry Services | 476 | 476A |
| Canadian Department of Citizenship and Immigration | 818 | 818A** |

* Certificates of authenticity requested from Norwegian authorities, received on January 29, 2025, and produced in discovery January 31, 2025. English translations were produced on March 5, 2025. The United States requests to proceed, in the alternative, under Rule 104 with respect to authenticating this evidence. *See* ECF 314 at 43–45.

** These records were not previously noticed to the defense, but this document (or an identical version of it) has been listed by Dr. Arabi as a defense exhibit.

In addition, draft summary charts under Rule 1006 disclosed to the defense as Exhibits 483 through 530 and 588 through 589 rely on certain domestic and foreign business records. Exhibit 588 relies on returns from a 2703(d) order (no. 20-mc-1242) for Dr. Arabi's Hotmail account, produced natively in discovery, and Thoughts to Paper records, produced with Bates prefix "TTP." Exhibit 589 relies on ATT toll records produced at TL-038-000001 et seq. Exhibits 438 through 530 rely on foreign and domestic financial and real estate records, as well as certain limited email search warrant evidence, as summarized below. This evidence has all been produced in discovery, along with certificates of authenticity, except as noted.

| *Custodian* | *Bates Numbers* |
| --- | --- |
| Canadian Imperial Bank of Canada | TL-MLAT-000001 thru 000444 |
| Canadian Imperial Bank of Canada | TL-MLAT-001516 thru 002789 |
| Canadian Imperial Bank of Canada | TL-MLAT-006053 thru 008941 |
| Canadian Imperial Bank of Canada | TL-MLAT-009002 thru 010046 |

| | |
|---|---|
| Royal Bank of Canada | TL-MLAT-000684 thru 001383 |
| Royal Bank of Canada | TL-MLAT-002814 thru 002930 |
| Royal Bank of Canada | TL-MLAT-005908 thru 006048 |
| Bank of America | TL-089-BOA-000001 thru 000445 |
| Bank of America | TL-078-BOA-000001 thru 000630 |
| Bank of America | TL-121-BOA-000001 thru 000099 |
| Bank of America | TL-123-BOA-000001 thru 000152 |
| Bank of America | TL-036-BOA-000001 thru 000825* |
| Bank of America | TL-129-BOA-000001 thru 000351 |
| Norwegian Mapping Authority | TL-MLAT-005359 thru 005631 |
| Norwegian Property Register | TL-MLAT-005632 thru 005677 |
| Norwegian Business Register Center | TL-MLAT-005690 thru 005832 |
| Handelsbanken | TL-MLAT-003805 thru 004416 |
| Norway - Certified Translations | TL-MLAT-005842 thru 005907 |
| Qualcomm Payment | QCABR_USAO_0000004 |
| San Diego Country Credit Union | TL-144-SDCCU-000001 thru 000086 |
| Atlazo | ATL000001 thru ATL 000133 |
| CRA Canada Tax Records | TL-TAXDOCS-000676 thru 000729 |
| Dr. Arabi's Tax Returns | TL-TAXDOCS-000041 thru 000675 |
| Email Search Warrant | TL-SW03-001404, 001618, 002412 and 002437 |
| Email Search Warrant | TL-SW08-001257 |

1    * Certain records received in response to this grand jury subpoena were produced

2  in native form outside of this Bates range on January 23, 2025.

3

4    The United States reserves the right to make reasonable modifications, additions, or

5  substitutions to this disclosure and notice in advance of trial.  In such case, it will provide

6  reasonably prompt notice to the parties and to the Court.

7

8    DATED: March 7, 2025.

9                                     ANDREW R. HADEN
                                      Acting United States Attorney

10

11                                    /s/ *Nicholas W. Pilchak*

12                                    NICHOLAS W. PILCHAK
                                      JANAKI G. CHOPRA

13                                    ERIC R. OLAH
                                      Assistant United States Attorneys

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States' Amended Notice Under Fed. R. Evid.*                    *22cr1152-BAS*
*902(11) & 18 U.S.C. § 3505*