Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Defendant*
*Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>     Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia Bashant<br><br>**DECLARATION OF WHTINEY Z. BERNSTEIN IN SUPPORT OF DR. KARIM ARABI'S OPPOSITION TO NON-PARTIES QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC., AND NICHOLAS COLE'S NOTICE OF MOTION AND MOTION TO QUASH NICHOLAS COLE'S TRIAL SUBPOENA**<br><br>Trial Date: March 10, 2025 |

## DECLARATION OF WHTINEY Z. BERNSTEIN

I, Whitney Z. Bernstein, declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Southern District of California and a partner at Bienert Katzman Littrell Williams LLP, counsel of record for Dr. Karim Arabi in this action. I make this declaration in support of the concurrently filed *Opposition to Non-Parties Qualcomm Incorporated, Qualcomm Technologies, Incorporated, and Nicholas Cole's Notice of Motion and Motion to Quash Nicholas Cole's Trial Subpoena*. I make this declaration based on my personal knowledge. I am familiar with the pleadings and papers served and filed in this case. If called as a witness, I could and would testify competently to the facts set forth in this declaration.

2. Upon receipt of the government's production of Exh. 2545 on November 22, 2022, my colleagues and I immediately recognized the exculpatory nature of Exh. 2545 and marked it as a potential trial exhibit.

3. While preparing for trial, my colleagues and I determined that, due to the nature of Mr. Cole's employment at Qualcomm, his testimony could provide support to Dr. Arabi's defense. We subsequently served Mr. Cole with a subpoena to testify at a hearing or trial.

4. After learning that counsel for the Non-Parties had made a clawback request regarding Exh. 2545, my colleagues and I sequestered Exh. 2545.

5. Attached as Exhibit 1 is a true and correct copy of an email from March 7, 2025 in which counsel for the Non-Parties provided authority from California state civil court in support of its clawback request and stated the government had not yet complied with the clawback request. In the same communication, counsel for the Non-Parties also suggested that I was in breach of my ethical duties.

6. Attached as Exhibit 2 is a true and correct copy of an email from March 8, 2025 in which I informed counsel for the Non-Parties that my colleagues and I "take our ethical obligations seriously and want to ensure this is handled appropriately." In the same email, I asked counsel for the Non-Parties to advise of:

(1) all parties who have ever been shown the documents you would like to claw back (by name and date); (2) all parties who have ever been provided the documents you would like to claw back (by name and date); (3) all parties who have ever been told of the substance of the documents you would like to claw back (by name and date); (4) all parties to whom claw back requests have been made regarding these documents; (5) the date of all claw back requests; and (6) the status of those requests.

Counsel for the Non-Parties did not provide this information.

7. Attached as Exhibit 3 is a true and correct copy of an email from March 10, 2025 in which I followed up with counsel for the Non-Parties regarding their failure to provide the information I requested regarding their clawback request.

8. Attached as Exhibit 4 is a true and correct copy of an email from March 11, 2025 in which counsel for the Non-Parties failed to provide the information I requested regarding their clawback request and directed me to respond to their motion to quash.

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of March 2025 in San Diego, California.

/s/ Whitney Z. Bernstein
Whitney Z. Bernstein