Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>Defendant. | Case No. 3:22-cr-1152-BAS-1<br>Honorable Cynthia Bashant<br><br>**DR. KARIM ARABI'S MOTION TO ADMIT STIPULATION OR PERMIT LIVE TESTIMONY**<br><br>Trial: March 10, 2025<br>Courtroom 12B |

3:22-cr-1152-BAS-1

In its trial brief, the government estimated four weeks for its case in chief. The government rested before the close of the third week, in part due to its elimination of several witnesses from its witness list and collaboration between the parties regarding objections to and admission of voluminous exhibits to make efficient use of the Court and jury's time. Consequently, Dr. Arabi has at least one witness, Amir Mobini, who cannot testify until the first day of week five of trial (April 7, 2025), which was when the defense anticipated beginning its case in chief. Because it seems the evidence will close before then, the parties attempted to reach a stipulation as to what Mr. Mobini would have testified to, but we were unable to reach agreement. For the record, the stipulation Dr. Arabi proposed was:

The parties stipulate that Amir Mobini would have testified for the defense as follows:

1. Karim Arabi was the founding CEO of Atlazo. Atlazo had investors, shareholders, and an independent board of directors that oversaw its operations.

2. Amir Mobini joined Atlazo sometime in 2019. Mr. Mobini's title was Executive Advisor. The company's plan was that Mr. Mobini would take over Dr. Arabi's role as CEO.

3. Atlazo was a promising company in the low power Edge AI chip market. It had developed products, customers, and strategic partners including Cirrus Logic, OnSemi, ADI, Fossil, DexCom, Medtronics, Boston Scientific, Recon Health.

4. Atlazo went through several rounds of Angel financing, including San Diego's TechCoast Angels in 2019 and Silicon Valley's Band of Angels in 2021.

5. At some point, Mr. Mobini learned that Sheida Alan had invested in Atlazo through Band of Angels funding in 2021 along with other investors.

6. Investors in Atlazo did full technical and business due diligence and set standard terms of investment.

7. Prior to the indictment, Atlazo was about to close on a round of investment of approximately $15-20 million led by Mesh Ventures Cirrus Logic.

8. Atlazo was eventually acquired by Nordic Semiconductor for a fraction of its peak value.

9. Amir Mobini understood that investors and potential buyers lost interest in Atlazo because of the Department of Justice's charges against Karim Arabi.

10. Karim Arabi had personally invested in Atlazo.

11. Karim Arabi received no return and no money from the sale of Atlazo.

Without admission of this stipulation, Dr. Arabi maintains his request to present his defense and present his noticed and anticipated live witness on April 7, 2025.

Respectfully submitted,

Dated: April 2, 2025

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By: */s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Rebecca S. Roberts
Ryan V. Fraser
*Attorneys for Dr. Karim Arabi*