MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | USA | VS | Karim Arabi (1) |
|---|---|---|---|
| Case Number: | 22cr1152-BAS | WITNESS LIST | Jury Trial |

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 3/11/2025 | X | | JAMES THOMPSON |
| 3/11/2025 | X | | RAJESH PANKAJ |
| 3/11/2025 | X | | JOHN ROBERTS |
| 3/12/2025 | X | | JOHN ROBERTS (CONTINUED) |
| 3/12/2025 | X | | ESIN TERZIOGLU |
| 3/12/2025 | X | | HITEN SOMWAL |
| 3/13/2025 | X | | JOHN ROBERTS (RECALLED) |
| 3/13/2025 | X | | HITEN SOMWAL (CONTINUED) |
| 3/13/2025 | X | | VIRAPHOL CHAIYAKUL |
| 3/13/2025 | X | | SAAD ELHOSNI |
| 3/14/2025 | X | | AKBAR SHOKOUHI |
| 3/17/2025 | X | | AKBAR SHOKOUHI (CONTINUED) |
| 3/17/2025 | X | | DENNIS SYLVESTER |
| 3/18/2025 | X | | DENNIS SYLVESTER (CONTINUED) |
| 3/18/2025 | X | | DANIEL HOGGAR |
| 3/18/2025 | X | | KEVORK KECHICHIAN |
| 3/18/2025 | X | | FARSHEED MAHMOUDI |
| 3/19/2025 | X | | FARSHEED MAHMOUDI (CONTINUED) |
| 3/19/2025 | X | | JOSEPH FANG |
| 3/19/2025 | X | | SANJIV TANEJA |
| 3/20/2025 | X | | ENRIQUE RODIRGUEZ |
| 3/20/2025 | X | | DUANE NELLES |
| 3/20/2025 | X | | EDWARD PERKIS |
| 3/20/2025 | X | | KATIE WILSON |
| 3/20/2025 | X | | TERRENCE MYCKA |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | USA | VS | Karim Arabi (1) |
|---|---|---|---|
| Case Number: | 22cr1152-BAS | WITNESS LIST | Jury Trial |

| Date | Gov | Def | Witness |
|---|---|---|---|
| 3/24/2025 | X |   | ALAN GILCHRIST |
| 3/24/2025 | X |   | SANJIV TANEJA (CONTINUED) |
| 3/25/2025 | X |   | SANJIV TANEJA (CONTINUED) |
| 3/25/2025 | X |   | LEAH CHAMBERS |
| 3/26/2025 | X |   | LEAH CHAMBERS (CONTINUED) |
| 3/26/2025 | X |   | MOHAMED ALLAM |
| 3/26/2025 | X |   | JOHN SHINDLEDECKER |
| 3/27/2025 | X |   | JOHN SHINDLEDECKER (CONTINUED) |
| 3/27/2025 |   | X | SANTANU SARMA |
| 3/27/2025 |   | X | MASOUD SADEGHIAN |
| 3/27/2025 |   | X | NICHOLAS COLE |
| 3/27/2025 |   | X | ARMAN ALAN |
| 3/31/2025 |   | X | ABBAS BANAIYANMOFRAD |
| 3/31/2025 |   | X | MANOJ SACHDEV |
| 3/31/2025 |   | X | TRENT MCCLEMENTS |
| 4/1/2025 |   | X | TRENT MCCLEMENTS (CONTINUED) |
| 4/1/2025 |   | X | MARTIN SABARSKY |
| 4/1/2025 |   | X | ANDREW HUGHES |
| 4/2/2025 |   | X | ANDREW HUGHES (CONTINUED) |