Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>Defendant. | Case No. 3:22-cr-1152-BAS-1<br>Honorable Cynthia Bashant<br><br>**KARIM ARABI'S MOTION FOR BAIL PENDING SENTENCING;**<br><br>**SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES and DECLARATION OF RYAN V. FRASER**<br><br>*Hearing requested*<br>*Date and time to be determined by the Court*<br><br>Courtroom 12B |

# MOTION

Under the Bail Reform Act of 1984, including 18 U.S.C. §§ 3143(a)(1) and 3142(c), and the Eighth Amendment to the United States Constitution, Karim Arabi moves for bail pending sentencing.

Respectfully submitted,

Dated: April 16, 2025

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Ryan V. Fraser*
Whitney Z. Bernstein
Rebecca S. Roberts
Ryan V. Fraser
*Attorneys for Dr. Karim Arabi*