# DECLARATION OF RYAN V. FRASER

I declare as follows:

1.      I am a senior attorney at Bienert Katzman Littrell Williams LLP, counsel of record for Karim Arabi in this case. I make this declaration in support of the concurrently filed Motion for Bail Pending Sentencing and do so from personal knowledge. If called as a witness, I could and would testify competently to the facts set forth in this declaration under oath.

2.      On April 9, 2025, I called United States Pretrial Services Officer Craig Stanziano by phone. I introduced myself and confirmed that Officer Stanziano was the officer responsible for supervising Dr. Arabi's pretrial release. I explained that Dr. Arabi had been remanded into custody following a guilty verdict and that I was calling to seek Pretrial Services' input on prospective conditions for release pending sentencing. Officer Stanziano did not commit to a particular position during this call, but expressed openness to supporting bail pending sentencing and stated that he would discuss the matter within his Office.

3.      Two days later, on April 11, 2025, without intervening communication with Officer Stanziano, I called him again. Officer Stanziano recalled our prior conversation. He advised me that, upon review of the case, Pretrial Services not only does not oppose re-release of Dr. Arabi on his prior conditions but affirmatively recommends that Dr. Arabi be released on those same conditions pending sentencing.

4.      I thanked Officer Stanziano for his consideration and indicated that, even understanding Pretrial Services does not regard an enhancement of conditions as necessary, I might make a motion seeking release pending sentencing on enhanced conditions, in light of the Court's prior remand decision. Officer Stanziano confirmed that Pretrial Services would stand ready to help facilitate any further conditions the Court might deem necessary for release. Officer Stanziano also stated that he had been supervising Dr. Arabi since June 2023 and, in general terms, that Dr. Arabi did not present supervision difficulties.

5.      After my April 11, 2025, phone call with Officer Stanziano, I sent a confirmation email to him the same day.

6.      I have not had further communication with Officer Stanziano or United States Pretrial Services for the Southern District of California since then.

Under penalty of perjury, the foregoing is true and correct to the best of my knowledge and recollection.


Date: April 16, 2025                                    _/s/ Ryan V. Fraser_____
                                                        Declarant

DECLARATION OF RYAN V. FRASER IN SUPPORT OF
KARIM ARABI'S MOTION FOR BAIL PENDING SENTENCING