Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>    Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia A. Bashant<br><br>**DR. KARIM ARABI'S MOTION TO CONTINUE SENTENCING HEARING**<br><br><u>Hearing Information</u><br>Date:    June 27, 2025<br>Time:    9:00 a.m.<br>Courtroom:  12B |

**TO THE HONORABLE COURT:**

Dr. Karim Arabi, by and through his counsel, hereby moves to continue the sentencing hearing presently set for June 27, 2025 at 9:00 a.m. to September 30, 2025 at 9:00 a.m. Dr. Arabi's lead counsel, Whitney Z. Bernstein, is scheduled to begin trial in the United States District Court for the Eastern District of New York on July 28, 2025, and is preparing for the litigation. The United States of America does not oppose this request.

Additionally, the parties request that the Court set the following briefing schedule:

| | |
|---|---|
| Post Trial Motions: | Due September 9, 2025 |
| Responsive pleadings: | Due September 23, 2025 |

## I.  Background

On May 24, 2022, a federal grand jury in the Southern District of California returned an 8-count indictment charging Karim Arabi, Sheida Alan, Sanjiv Taneja, and Ali Akbar Shokouhi with wire fraud conspiracy, various related crimes, and criminal forfeiture. Dkt. No. 1. The grand jury returned a superseding indictment on July 19, 2022, adding factual allegations to Count 6 and certain allegations pertaining to criminal forfeiture. Dkt. No. 9. The grand jury returned a second superseding indictment on April 4, 2024, adding defendant Bradley Quinton. Trial commenced on March 10, 2025, Dkt. No. 367, and on April 8, 2025, the jury returned a guilty verdict as to Dr. Arabi on Counts 1, 2, and 6. Dkt. No. 416. The Court set Dr. Arabi's sentencing for June 27, 2025. Dkt. No. 415. Having been remanded by the Court upon the return of the jury's verdict, Dr. Arabi is still presently in custody.

## II.  Argument

Given the press of business, a continuance is necessary for Dr. Arabi's counsel to adequately prepare for post-trial motions, draft and file PSR objections, and present sentencing arguments. Dr. Arabi's lead counsel is scheduled to be in trial from July 28 through August 18, 2025, but a slightly longer continuance is requested because lead counsel for the government is scheduled to be in trial before Your Honor until September 5. This is the first request for a continuance. The government does not oppose the request to

continue the sentencing hearing and jointly requests the updated briefing schedule. Dr. Arabi remains in custody.

Given the above, Dr. Arabi moves for a continuance of the presently set sentencing hearing to September 30, 2025, at 9:00 a.m. Additionally, the parties request that the Court set the following briefing schedule:

| | |
|---|---|
| Post Trial Motions: | Due September 9, 2025 |
| Responsive pleadings: | Due September 23, 2025 |

Respectfully submitted,

Dated: June 10, 2025

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Rebecca S. Roberts
Ryan V. Fraser
*Attorneys for Dr. Karim Arabi*