Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>    Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia A. Bashant<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING**<br><br><u>Hearing Information</u><br>Date:        October 1, 2025<br>Time:        9:00 a.m.<br>Courtroom:   12B |

**TO THE HONORABLE COURT:**

Dr. Karim Arabi, by and through undersigned counsel, and the United States of America, by and through undersigned counsel, hereby jointly move to continue the sentencing hearing presently set for October 1, 2025 at 9:00 a.m. to October 28, 2025 at 1:00 p.m. The United States of America does not oppose this request.

Additionally, the parties request that the Court set the following briefing schedule:

Response to Dr. Arabi's Post Trial Motions / Government's Forfeiture Motion:     Due October 14, 2015

### I. Background

On May 24, 2022, a federal grand jury in the Southern District of California returned an 8-count indictment charging Karim Arabi, Sheida Alan, Sanjiv Taneja, and Ali Akbar Shokouhi with wire fraud conspiracy, various related crimes, and criminal forfeiture. Dkt. No. 1. The grand jury returned a superseding indictment on July 19, 2022, adding factual allegations to Count 6 and certain allegations pertaining to criminal forfeiture. Dkt. No. 9. The grand jury returned a second superseding indictment on April 4, 2024, adding defendant Bradley Quinton. Trial commenced on March 10, 2025, Dkt. No. 367, and on April 8, 2025, the jury returned a guilty verdict as to Dr. Arabi on Counts 1, 2, and 6. Dkt. No. 416. The Court set Dr. Arabi's sentencing for June 27, 2025. Dkt. No. 415. Having been remanded by the Court upon the return of the jury's verdict, Dr. Arabi is still presently in custody.

### II. Argument

Given the press of business, a continuance is necessary for Dr. Arabi's counsel to adequately prepare and competently draft and file PSR objections and present sentencing arguments. The government does not oppose the request to continue the sentencing hearing and jointly requests the updated briefing schedule. Dr. Arabi remains in custody.

Given the above, Dr. Arabi moves for a continuance of the presently set sentencing hearing to October 28, 2025, at 1:00 p.m. Additionally, the parties request that the Court

set the following briefing schedule:

  Response to Dr. Arabi's Post Trial
  Motions / Government's Forfeiture
  Motion:          Due October 14, 2015

           Respectfully submitted,

Dated: September 16, 2025    **BIENERT KATZMAN**
            **LITTRELL WILLIAMS LLP**

            By: */s/ Whitney Z. Bernstein*
              Whitney Z. Bernstein
              Rebecca S. Roberts
              Ryan V. Fraser
              *Attorneys for Dr. Karim Arabi*

Dated: September 16, 2025    ADAM GORDON
            United States Attorney

            By: */s/ Nicholas W. Pilchak*
              Nicholas W. Pilchak
              Janaki G. Chopra
              Eric R. Olah
              *Assistant U.S. Attorneys*

# CERTIFICATE OF AUTHORIZATION TO SIGN

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of his document is acceptable to government counsel and that I have obtained authorization to affix the government's electronic signature to this document.

Respectfully submitted,

Dated: September 16, 2025

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Rebecca S. Roberts
Ryan V. Fraser
*Attorneys for Dr. Karim Arabi*