Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>  Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia Bashant<br><br>**MOTION TO FILE OVERSIZED OBJECTIONS TO PRESENTENCE REPORT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Dr. Karim Arabi, by and through his counsel of record, seeks leave to file oversized objections to the presentence report. Dkt. No. 434.

In support of his motion for leave to file objections in excess of the 25 pages permitted by Local Criminal Rule 47.1(e), Dr. Arabi notes that the presentence report amounts to 37 substantive single spaced pages and is over 200 paragraphs long. To provide the Court with a comprehensive legal and factual response to the statements and recommendations made in the presentence report, Dr. Arabi requires 6 additional pages in excess of the 25-page limit. Therefore, Dr. Arabi requests leave from the Court to file his 31-page objections.

Respectfully submitted,

Dated: October 14, 2025

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By: */s/ Whitney Z. Bernstein*
    Whitney Z. Bernstein
    Rebecca S. Roberts
    Ryan V. Fraser
    *Attorneys for Dr. Karim Arabi*