# Exhibit B

| Post Series A-3 Cap Table Summary | | |
|---|---|---|
| Cap Table | Fully-Diluted Stock % | Total Post-Series A-3 Shares |
| Total Common Shares | 57.05% | 4,444,017 |
| TCA-SD (Series A-1) | 14.45% | 1,125,787 |
| Abacus Machines (Series A-2) | 13.69% | 1,066,044 |
| Glory Ventures (Series A-3) | 5.68% | 442,390 |
| Telink Semiconductor Co. LTD (Series A-3) | 5.68% | 442,390 |
| TCA-SD (Series A-3) | 3.45% | 268,753 |
| Total Preferred Shares | 42.95% | 3,345,364 |
|  | 100.00% | 7,789,381 |

| | |
|---|---|
| Price Per Share Series A (A-3) | $4.520900 |
| Price Per Share Abacus (A-2) | $3.616720 |
| Price Per Share TCA (A-1) | $2.700260 |
| Common Share | $0.010000 |

| | |
|---|---|
| Post Series A-3 Valuations | $35,215,013 |
| Post Bridge to Series B Valuations | $54,000,000 |