1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI (1),<br><br>    Defendant. | Case No. 22-cr-1152-BAS<br><br>**ORDER PERMITTING DEFENDANT KARIM ARABI TO FILE OVERSIZED OBJECTIONS TO PRESENTENCE REPORT** |

Having considered Karim Arabi's *Motion to File Oversized Objections to Presentence Report* (the "Motion") and for good cause having been shown,

**IT IS HEREBY ORDERED** that Dr. Arabi's objections, consisting of 31 pages, may be filed.

Dated: October 21, 2025

_____
Hon. Cynthia Bashant, Chief Judge
United States District Court