ADAM GORDON
United States Attorney
NICHOLAS W. PILCHAK
California Bar No. 331711
JANAKI G. CHOPRA
California Bar No. 272246
ERIC R. OLAH
California Bar No. 295513
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-8817
Janaki.Chopra@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI (1),<br><br>Defendant. | Case No.: 22cr1152-BAS-1<br><br>UNITED STATES' SENTENCING SUMMARY CHART<br><br>Date: October 28, 2025<br>Time: 1:00 p.m. |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, Assistant United States Attorneys, and hereby files the attached United States' Sentencing Summary Chart, regarding the above-referenced matter.

DATED: October 21, 2025.

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/Janaki G. Chopra*
JANAKI G. CHOPRA
Assistant U.S. Attorney

# SENTENCING SUMMARY CHART
# [ ☐ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)
### Sentencing Date: October 28, 2025

USPO ☐
AUSA ☒
DEF ☐

| | |
|---|---|
| Defendant's Name: Karim Arabi | Docket No.: 22cr1152-BAS-1 |
| Attorney's Name: Janaki G. Chopra | Phone No.: (619) 546-8817 |
| Guideline Manual Used: November 1, 2024 | Agree with USPO Calc.: Yes |

| | |
|---|---|
| Base Offense Level(s): USSG § 2S1.1(b)(a)(1) | 7 |
| Specific Offense Characteristics: | |
| USSG § 2B1.1(b)(1)(N) (Loss Between $150 million - $250 million) | +26 |
| USSG § 2B1.1(b)(10)(C) (Sophisticated Means) | +2 |
| USSG § 2S1.1(b)(2)(B) (Violation of § 1956) | +2 |
| USSG § 2S1.1(b)(2)(3) (Sophisticated Laundering) | +2 |
| Adjustment for Role in the Offense: USSG § 3B1.1(a) (Aggravated Role) | +4 |
| Zero-Point Offender: USSG § 4C1.1 | N/A |
| Adjusted Offense Level: | 43 |

☒ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

| | |
|---|---|
| Adjustment for Acceptance of Responsibility [☐ Government Motion – USSG § 3E1.1(b)] | 0 |
| Total Offense Level: | 43 |
| Supervised Release Range (based on Total Offense Level): 1 to 3 years | |
| Fine Range (based on Total Offense Level): $50,000 to $500,000 | |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| Guideline Range: (range limited by statutory maximum) | from 720 mths to 720 mths |
| Departures: N/A | 0 |
| Adjusted Offense Level: | 43 |
| Resulting Guideline Range: | from 720 mths to 720 mths |

GOVERNMENT RECOMMENDATION: 151 months' custody (based on a § 3553(a) variance); 3 years' supervised release; $300 special assessment; $100,894,711.12 restitution; forfeiture as ordered at ECF 448, 458.*

*The United States' sentencing recommendation is further outlined in its concurrently filed sentencing memorandum. The United States believes the recommended sentence is sufficient but not greater than necessary to achieve the goals of sentencing under 18 U.S.C. § 3553(a).