FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

QCABR_USAO_00000415

1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  mchu@irell.com
   Iian Jablon (205458)
3  ijablon@irell.com
   Anthony Rowles (301209)
4  trowles@irell.com
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067
   Telephone:  (310) 277-1010
6  Facsimile:  (310) 203-7199

7  Attorneys for Defendants
   KARIM ARABI and
8  SHEIDA ALAN

9

10            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                  COUNTY OF SAN DIEGO, CENTRAL DIVISION

12  QUALCOMM TECHNOLOGIES, INC.,           )   Case No. 37-2017-000040719-CU-FR-CTL
                                           )
13          Plaintiff,                     )   **CROSS-COMPLAINANT SHEIDA
                                           )   ALAN'S SECOND AMENDED CROSS-
14      vs.                                )   COMPLAINT FOR BREACH OF
                                           )   CONTRACT**
15  KARIM ARABI; SHEIDA ARABI A/K/A        )
    SHEIDA ALAN; SANJIV TANEJA; and        )
16  DOES 1 through 10, inclusive,          )   **DEMAND FOR JURY TRIAL**
                                           )
17          Defendants.                    )
                                           )   DEPT:    C-70
18  _____    )   JUDGE:   Randa Trapp
                                           )
19                                         )
    SHEIDA ALAN,                           )   Complaint Filed:  October 26, 2017
20                                         )   Trial Date:       March 22, 2019
            Cross-Complainant,             )
21                                         )
        vs.                                )
22                                         )
    QUALCOMM TECHNOLOGIES, INC.,           )
23                                         )
            Cross-Defendant.               )
24  _____    )

25

26

27

28

10524879                              - 1 -
                              SECOND AMENDED CROSS-COMPLAINT

Cross-Complainant Sheida Alan ("Ms. Alan") for her Second Amended Cross-Complaint against Cross-Defendant Qualcomm Technologies, Inc. ("Qualcomm") hereby alleges as follows:

### BACKGROUND

1. In 2015, Qualcomm began evaluating the technology of Abreezio, LLC ("Abreezio"), a start-up company developing technology designed to improve the power and performance of advanced microchips. After months of diligence, Qualcomm ultimately decided to acquire Abreezio in its entirety. Pursuant to an October 30, 2015 Unit Purchase Agreement ("UPA") between Qualcomm and the owners ("Members") of Abreezio, Qualcomm agreed to acquire Abreezio and its assets, and also agreed to employ approximately a dozen Abreezio engineers.

2. Ms. Alan was the majority owner of Abreezio at the time the UPA was signed, and was also a Member of the company. Ms. Alan owned a majority stake in Abreezio because she was the inventor of the founding technology of the company – technology that was embodied in two provisional United States patent applications (the "Provisional Applications") that were filed with the United States Patent and Trademark Office in December 2014. When Qualcomm purchased Abreezio, Qualcomm obtained control of the valuable intellectual property embodied in those two Provisional Applications, along with several other patent applications and issued patents stemming from the Provisional Applications.

3. Pursuant to the UPA, a substantial portion of the agreed purchase price – approximately 13% of the total purchase consideration (the "Holdback") – was to be held back by Qualcomm for a period of two years following the transaction, after which it would be released to the Abreezio Members, including Ms. Alan. As the majority owner of Abreezio at the time of acquisition, Ms. Alan was entitled to receive in excess of $15 million of the Holdback amount that was due to be paid by Qualcomm on or before October 30, 2017.

4. Qualcomm never paid the Holdback amount. Instead, on October 26, 2017, nearly two years after the transaction closed and only days before the scheduled release of the Holdback funds, Qualcomm abruptly filed a public lawsuit against Ms. Alan and her brother, Karim Arabi. In direct violation of the UPA, which requires that any disputes relating to the UPA be submitted

1 | to an extensive alternative dispute resolution process before any lawsuit may be filed, Qualcomm
2 | filed the lawsuit without any prior notice to or discussion with Ms. Alan.  In the lawsuit,
3 | Qualcomm alleges that Mr. Arabi (who was a senior Qualcomm employee at the time of the
4 | Abreezio transaction) secretly invented Abreezio's technology; that Qualcomm was supposedly
5 | unaware of any relationship between Ms. Alan and Mr. Arabi; and that Qualcomm had
6 | purportedly been deceived into acquiring Abreezio despite having engaged in what Qualcomm
7 | describes as "months of technical diligence."

8 |     5.    Qualcomm's allegations are without merit.  Ms. Alan was both the sole inventor of
9 | the founding Abreezio technology embodied in the Provisional Applications and also the majority
10 | owner of Abreezio.  Contrary to Qualcomm's suggestions, Qualcomm knew or should have
11 | known before the Abreezio transaction closed that Ms. Alan had previously been named Sheida
12 | Arabi.  Indeed, Ms. Alan had filed the Provisional Applications under her given name, Sheida
13 | <u>Arabi</u>, and then subsequently changed her last name to <u>Alan</u>.  Qualcomm had copies of or access
14 | to multiple documents (including the Provisional Applications) showing that Ms. Alan had
15 | previously used the name "Arabi" and then had changed her name to "Alan."  It was not a secret
16 | or a fraud.

17 |     6.    In addition, Qualcomm also knew that Ms. Alan had worked on Abreezio with her
18 | university professor in Vancouver, Canada, who was also a Member of Abreezio.  As Qualcomm
19 | knew or could easily have discovered from public sources, that same professor was a co-inventor
20 | on two issued United States Patents and had also co-published multiple papers with Ms. Alan's
21 | brother, Mr. Arabi.  And, of course, Qualcomm and the numerous Qualcomm employees involved
22 | in the technical diligence of Abreezio were also well aware that Karim Arabi, Ms. Alan's older
23 | brother, was a senior Qualcomm executive.

24 |     7.    Despite knowing all of these things and more, *nobody at Qualcomm even bothered*
25 | *to speak with Ms. Alan before Qualcomm acquired Abreezio*, let alone ask her any questions
26 | regarding her brother Mr. Arabi or why she changed her last name after filing the Provisional
27 | Applications.  Nor did Qualcomm ask Ms. Alan about any of these subjects after the Abreezio
28 | transaction closed.  Instead, Qualcomm waited until nearly two years after the transaction had

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM    QCABR_USAO_00000417

closed before abruptly filing a lawsuit against Ms. Alan without any prior notice or discussion, in clear breach of the UPA's dispute resolution provisions. Qualcomm also further breached the UPA by refusing to pay the Holdback amount.

## PARTIES AND VENUE

8. Cross-Complainant Sheida Alan is an individual residing in British Columbia, Canada.

9. Cross-Defendant Qualcomm Technologies, Inc. ("Qualcomm") is a Delaware corporation with its principal place of business in San Diego County, California.

10. Ms. Alan and Qualcomm are parties to an October 30, 2015 Unit Purchase Agreement ("UPA") relating to Qualcomm's acquisition of Abreezio, LLC. Pursuant to the UPA, the parties consented to the exclusive jurisdiction of any court located in San Diego County, California in connection with any dispute based upon or arising out of the UPA or the matters contemplated by it after the parties' agreed-upon dispute resolution procedures have been exhausted.

11. Venue is proper in this Court pursuant to section 395(a) of the Code of Civil Procedure because Qualcomm resides in San Diego County, California.

## FIRST CLAIM FOR RELIEF

### Breach of Contract

12. Ms. Alan realleges and incorporates by reference each of the foregoing paragraphs 1 through 10 as though fully set forth herein.

13. Qualcomm agreed to, signed, and executed the UPA on or about October 30, 2015.

14. In agreeing to, signing, and executing the UPA, Qualcomm agreed to pay approximately 13% (the "Holdback") of the total purchase price for Abreezio on or before October 30, 2017. As the holder of a majority of Abreezio's Units at the time the UPA was executed, Ms. Alan is entitled to receive over 60% of the Holdback amount from Qualcomm, an amount that exceeds $15 million.

15. Ms. Alan performed all of her obligations under the UPA.

- 4 -

10524879    SECOND AMENDED CROSS-COMPLAINT

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM        QCABR_USAO_00000418

16. Qualcomm breached the UPA by failing to timely pay Ms. Alan her portion of the Holdback amount (or any portion thereof). Pursuant to the UPA, Qualcomm is not entitled to retain any portion of the Holdback amount. Qualcomm also further breached the UPA by ignoring and failing to comply with the dispute resolution provisions contained therein, including Sections 8.3 and 8.4, and instead filing a lawsuit against Ms. Alan without any prior notice or discussion.

17. As a direct and proximate result of Qualcomm's breach of the UPA, Ms. Alan has suffered in excess of $15 million in damages and losses.

**PRAYER FOR RELIEF**

WHEREFORE, Ms. Alan respectfully prays for relief as follows:

A. For compensatory damages in an amount to be proven at trial, but including at least Ms. Alan's pro rata share of the Holdback;

B. For prejudgment interest according to law;

C. For recovery of attorneys' fees, costs, and expenses incurred in this action; and

D. For such other and further relief as the Court may deem just and proper.

Dated: June 18, 2018                IRELL & MANELLA LLP


                                    By: _____
                                        Iian Jablon
                                        Attorneys for Cross-Complainant
                                        Sheida Alan

10524879

- 5 -

SECOND AMENDED CROSS-COMPLAINT

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    QCABR_USAO_00000419

**DEMAND FOR JURY TRIAL**

Cross-Complainant Sheida Alan hereby demands a trial by jury of all issues so triable.

Dated: June 18, 2018          IRELL & MANELLA LLP

By: _____
Iian Jablon
Attorneys for Cross-Complainant
Sheida Alan

- 6 -
10524879          SECOND AMENDED CROSS-COMPLAINT

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    QCABR_USAO_00000420