Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>  Defendant. | Case No. 3:22-cr-01152-BAS-1<br><br>Honorable Cynthia A. Bashant<br><br>**DR. KARIM ARABI'S SENTENCING SUMMARY CHART** |

Dr. Karim Arabi, by and through undersigned counsel, hereby submits the following sentencing summary chart.

///
///
///
///
///
///

# KARIM ARABI'S SENTENCING SUMMARY CHART

**Defendant's Name:** Karim Arabi          **Docket No.:** 22-CR-1152-BAS

**Attorney's Name:** Whitney Z. Bernstein   **Phone No.:** 949-369-3700

**Guideline Manual Used:** Nov. 2024         **Agree with USPO Calcs.:** No

| | |
|---|---|
| **Base Offense Level(s):** USSG § 2S1.1(a)(1) | 7 |
| **Specific Offense Characteristics:**<br>  USSG § 2B1.1(b)(10)(C) — Sophisticated Means | +2 |
| **Specific Offense Characteristics:**<br>  USSG § 2S1.1(b)(2)(B) — Violation of § 1956 | +2 |
| **Adjusted Offense Level:**<br>  ____Mult. Counts     ____ Carrer Off.     ____Armed Career Crim. | 11 |
| **Adjustment for Acceptance of Responsibility:**<br>  *See United States v. Tavberidze,* No. 23-CR-585-03 (JSR), 2025 WL 748354, | -3 |
| **Adjustment for Zero-Point Offender:**<br>  USSG § 4C1.1 | -2 |
| **Total Offense Level:** | 6 |
| **Criminal History Score:** | 0 |
| **Criminal History Category:** | I |
| **Guideline Range:** | 0-6 mos. |
| **Departures:**<br>  USSG § 5H1.6 | -4 |
| **Final Offense Level:** | 2 |
| **Final Guideline Range:** | 0-6 Months |
| **Recommended Sentence:**<br>Time served (215 days as of October 28, 2025). | |

                                         Respectfully submitted,

Dated:  October 21, 2025         **BIENERT KATZMAN**
                                               **LITTRELL WILLIAMS LLP**

                                         By: */s/ Whitney Z. Bernstein*
                                                  Whitney Z. Bernstein
                                                  Rebecca S. Roberts
                                                  Ryan V. Fraser
                                                  *Attorneys for Dr. Karim Arabi*