# Exhibit A
## Filed Conditionally Under Seal

# Exhibit B
## Filed Conditionally Under Seal

# Exhibit C
## Filed Conditionally Under Seal

Exhibit D

# **LETTERS OF SUPPORT**

| Description | Page No. |
|---|---|
| Arman Alan, Letter of Support Dated 10/21/2025 | D-1 |
| Shadi Alan, Letter of Support Dated 6/24/2025 | D-2 |
| Parsa Alan, Letter of Support Dated 8/16/2025 | D-4 |
| Firas Monade, Letter of Support Dated 9/26/2025 | D-9 |
| Dr. Javid Jaffari, Letter of Support Dated 6/5/2025 | D-11 |

Dear Honorable Judge Cynthia Bashant,

I want to thank you for overlooking my father's case.

In court one day, your Honor had mentioned to the jury not to have personal biases impact their decision making. Your Honor, I am humbly requesting you extend the same for my father and please keep an open mind. Your Honor, you only know of my father in your Court. To give a little context, I have never met a better man than my father. I have never met a person who strives to do more good for other people than him. He lead by example. Your Honor had also mentioned in Court that you are the breadwinner in your family. In our family, my father is our rock and we need and depend on him for support, which I am sure you can relate. Since this case first emerged civilly in 2017 our family has been suffering and not a day has gone by since where I have not thought about this case and how it impacts my father. I have willingly lived with my parents to maximize the time I am able to spend with him. This case has devastated me. I lost the one person I can trust and go to for help. Without him I am struggling. Since his incarceration, I lost my job, and with the added responsibility of the house and my mother I have mental health issues that only my father knows how to manage. He is the glue that holds our family together. Prior to this, my father has never had a criminal record. I have no doubt in my mind that my father will ever do something like this again. His reputation and career is ruined, no one wants to work with him. He has lost friends because no one wants to be associated with him. Most importantly, he has lost his freedom to be with his family. He has paid every price possible and has learned his lesson several times fold.  Keeping him incarcerated not only hurts our family, but others who could benefit from his help, mentorship and guidance. His main interests are developing new technology such as Artificial Intelligence, and helping The United States of America stay the world leader in technology. My father and our family have been under immense stress and hardship for almost a decade. Our standard of living sharply declined. And our standing in society deeply eroded. We are constantly embarrassed and ashamed. It has been the most difficult period of my life. During a stressful and challenging time in his life he made one mistake, please do not let that dictate his future. Everybody deserves a second chance. Your honor, I humbly request to consider my father's character and standing outside of this case and please show compassion and mercy in your decision.

I would be forever indebted to you.

Sincerely yours,

Arman

Arman Alan          10/21/2025

D-1

June 24, 2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

**Re:    United States v. Karim Arabi, 22-CR-1152-BAS**

Dear Judge Bashant:

I am writing to you with a very heavy heart as the wife of Karim, who now faces the possibility of a very long separation from his family.

Karim and I met in our early twenties, and we have been married for 34 years. Over these decades, we've built a life and a family together. Karim has always been the person who managed all of our household finances, the complicated things like taxes, insurance, and medical paperwork. He is the one who takes care of paying our bills and handling accounts. I've always struggled with basic things like using email, managing online accounts, or figuring out computer-related tasks. Karim has always patiently helped me with these things. Without him, even simple daily tasks feel overwhelming. I've leaned on my adult children to help me put this letter together, but the words and feelings are mine.

Since Karim's incarceration, this has been the first time in our marriage where we've ever spent our birthdays apart. We missed Mother's Day and Father's Day as a family this year, and the thought of spending future holidays like Thanksgiving and Christmas without him is heartbreaking. The absence is deeply felt in our home and in our hearts and my two sons share a very special bond with their Dad.

Throughout our marriage, I have struggled with lifelong depression. Karim has always been my greatest support in managing this. His patience, his presence, and his steady encouragement have helped me find ways to keep going, even in difficult times. His role in my life is not just that of a husband, but as an anchor for my well-being.

Karim has also been a devoted father to our children. He worked hard to instill in them the importance of education, integrity, and perseverance. Even beyond our immediate family, he has been a source of support and guidance to my relatives, offering mentorship and encouragement in their careers.

Recently, I was in a serious car accident and was hospitalized. That experience reminded me how fragile life is. It was deeply painful to face something so difficult without Karim by my side.

I know that what Karim did brought us to this moment, and he does as well. He carries deep regret and sorrow for the pain this situation has caused our entire family. He is not someone who intended harm—he has always been overly ambitious and made a terrible mistake. I genuinely believe that incarceration is not the right answer here. I know in my heart that he has already been punished by the weight of his remorse and the toll this has taken on all of us.

For the past ten years, our family has been living in constant uncertainty. It has been a decade of fear, instability, and emotional hardship. This process has deeply affected our sons. Seeing their father go through this has caused them pain I wish I could take away. The potential of Karim facing deportation after serving a sentence brings yet another layer of fear and sadness to our family.

Sincerely,

Shadi Alan

*Alan*

D-3

August 16, 2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

Re:    **United States v. Karim Arabi, 22-CR-1152-BAS**

Dear Honorable Judge Bashant:

My name is Parsa Alan, and I'm writing to share what kind of man my father, Karim Arabi, truly is—from the perspective of the eldest son who has known him not as a headline or a case file, but as a dad, a role model, and the heart of our family.

Watching how my father has been portrayed throughout these proceedings has been painful. The version of him presented in court is completely unrecognizable to me. He's the most hardworking, kind, and selfless person I know. He's my hero.

### My Father's Character

My father has never been driven by wealth or status. We were raised in an upper middle-class household, and he always emphasized the value of education and hard work over material things.

My father, alongside my mother, go to great lengths to explain to Arman and I that they were in favor of the idea of donating their estate to a charity upon their passing. He explained their obligation to us was to ensure that we got the best education possible. Only recently I realized my parents were sincere about these plans—it was a philosophy on living a good life. My father wanted Arman and I to learn to stand on our own two feet, just as he had.

My father came from humble beginnings. My grandparents—his parents—were orphaned at a young age and illiterate, surviving through hard labor in a small town. He has always had a chip on his shoulder as a Kurdish man, an underrepresented minority in Iran, where Kurds face many systemic barriers in society. That background shaped him—perhaps even to the point of insecurity—to do most with what he could, and to make his community proud.

When my father immigrated to Canada in his 20s, he had to learn simultaneously both English and French while building a new life. That drive to overcome challenges, to "build," is what defines him.

He is the hardest working person I know.

When I was in grade school, I have memories of my father coming home from work when it was cold and dark out and start taking on complex home renovations completely by himself. I learned later that working on DIY projects reminded my father working alongside his dad as a kid, whom he never got to spend much time with ever since my father left for college.

When I was in high school, I would regularly see him awake in the living room at 4 AM chipping away at tasks on his laptop before heading out for work, and I'd often wonder why he was awake in the middle of the night when I'd go downstairs for a glass of water. He sacrificed so much for all the companies he has worked for, and those sacrifices did not preclude sacrificing health and time spent with family.

When I was in college, my father founded Atlazo, and this was the final company where he dedicated his soul into. He had invested all his life savings on this venture and faced many setbacks along the way.

My father had promised the family, and many times to my mother, that after things with Atlazo wrapped up, he would dedicate more time with family and start winding down for the next—more relaxed—chapter of life. Incidentally, he had not anticipated to be working on Atlazo for as long as he did (6+ years) but felt an obligation to continue operating the company to not let investors and employees down. While working at Atlazo, my father explained to our family that our household income would be drastically reduced to what it had been at his prior job, and that we would have to scale back on some things. It is hard to put into words how much our hearts are broken that instead of winding down and spending time with us, that this is the outcome.

After the indictment, I watched my father lose a part of himself. His identity and sense of self-worth had always been tied to his work, and being unable to contribute in a meaningful way — despite his efforts — was devastating for him. It was the first time in his life he could not take care of his family, and the first time in his life not meaningfully working. Even now, I can feel and hear how idle his

D-5

mind is in custody, and I am certain it brings quiet suffering every day.

My father is motivated by progress, by creation, by purpose. He genuinely loves what he does and gets deep fulfillment from seeing projects come alive. I've heard him say more than once that he'd do his work for free, just because he loves bringing new technology to life and its potential to help people.

My father is also deeply generous, though he rarely talks about it. Years ago, when a close family friend was battling terminal cancer, my father supported them both emotionally and financially—when most others had walked away. And I've heard from many young engineers and students who say my dad mentored them and shaped their careers.

I also do acknowledge that humans are not perfect. My father's greatest character flaw is that he is not the best at discerning people who have his best interests at heart. My father, with his engineering gifts, is lonely in the friendship department as is typical with those who have extreme levels of intelligence. I believe people take advantage of my father's kind (perhaps naive) and calm nature as well as his yearning for friendship.

### My Father as a Husband and a Dad

My brother Arman and my mother Shadi both rely on my father in profound ways. Arman has faced serious challenges, particularly around 2018–2019 when the stress of the civil case became too much. He dropped out of college and has struggled since. My father has been his anchor and only meaningful support system—offering daily support, mentorship, and care during this incredibly difficult period. My brother and my father have a very strong bond.

My mother, too, has gone through serious mental health struggles despite being in a loving marriage. After the civil settlement and the looming threat of financial ruin, she suffered a mental health crisis and was hospitalized. The trauma of possibly losing everything triggered deeply rooted fears from her own childhood, growing up in poverty. My father has always been her emotional rock and her primary support system. Unfortunately, my mother has faced extraordinary challenges in the past several months and we are already feeling the impact of my father's absence.

This situation has taken a devastating toll on me as well. I remember getting off the train after attending one of my dad's initial bail hearings, standing at a bus stop, and opening my first medical school

D-6

acceptance email. It was a moment I had worked so hard for—but I felt absolutely nothing. The weight of everything we were going through as a family made it impossible to celebrate. I eventually turned down that offer because I couldn't imagine handling the rigors of medical training while trying to hold my family together. When I told my father, he cried. That was one of the few times I've seen him cry. This letter could never capture the full toll this has taken on me, but I want to keep the focus where it belongs.

I'll never forget overhearing him say to the effect of, to my brother during the pre-trial period, "I don't care what happens to me, as long as you and Mom are okay." He has communicated this sentiment several times even during his current detention. That's who he is. Even while facing the worst moment of his life, his concern is always for us.

### Our Faith

My father and I have found renewed strength in our faith. When he was first arrested before posting bail, my father told me he would attend prayer groups at his detention facility. During the pre-trial phase, we were mutually drawn to faith and attended church together, and he continues to seek comfort in prayer on his own. Prayer has become part of our daily lives. When my paternal grandfather passed away during the pre-trial period, we couldn't properly mourn with extended family, including mourning with my dear Aunt who is also charged in this case, due to my father's bail restrictions—but my father and I prayed together.

Your Honor, I respectfully ask you to consider the full picture of who my father is. This case centers around events that occurred a decade ago and we have been living under this cloud for the same amount of time. From then on until today, he has been an outstanding citizen. He's nearly 60, everyone has seen him age so much in a short timeframe, and we've already lost so much—our stability, our peace of mind, our sense of security. This process has left our family traumatized.

I could write endless examples of my father's good character and nature. I know first-hand my father carries deep remorse for the pain this has brought to our family; this remorse extends to everyone impacted, friends, colleagues, family and the community. I know if he could go back in time he would do things differently. He's already paid a heavy price. Please show him mercy. He is a good man, a loving father, and the foundation of our family.

"Mercy triumphs over judgment." (James 2:13)

Sincerely,

Parsa Alan

Firas Mohamed Monade                                    The Honorable Cynthia Bashant
3, allée des Grillons                                      United States District Court
38240 Meylan                                         Southern District of California
 France                                                  333 West Broadway
                                                        Courtroom 12B
                                                      San Diego, CA 92101


        Re:    United States v. Karim Arabi, 22-CR-1152-BAS


Dear Honorable Judge Bashant:

        My name is Firas Mohamed Monade, I am a French citizen and Chairman of
        the Board of Directors of iRoc Technologies.
        I met Dr. Karim Arabi in June 2021, when we both joined iRoc as board
        members. This allowed me to get to know him better, especially as the
        company was going through management and strategic challenges, which
        required a lot of work.
        We worked together for over a year, until Karim informed the team that he
        had been recalled by the court in connection with a lawsuit against
        Qualcomm, which I had never heard of before. Dr. Arabi immediately
        resigned from the board, stating that he wanted to "avoid any harm to the
        company."

        I would like to offer my opinion on the period of collaboration with Karim,
        who I found to be honest in the positions he took towards the company's
        management and employees. Dr. Arabi was professional and highly
        competent, devoting a lot of time to researching the company's products and
        market, and helping us implement its new strategy.
        After his resignation, my contact with Dr. Arabi decreased significantly. In
        November 2024, Dr. Arabi called me to present a new project on using recent
        AI technologies to develop innovative solutions for the semiconductor
        industry. He had mentioned that he was working on this new project while
        managing his court proceedings. Dr. Arabi, along with the other members of
        the team, was looking to add AI expertise to the team. He seemed confident
        regarding the outcome of his trial and was motivated to launch this new
        project; thus, I accepted to join the innovative project, which seemed to me

1

very promising. We began meeting two or three times a week to discuss and develop first ideas.

At the beginning of 2025, Karim announced that he had been recalled for the trial sometime in March, and to avoid any negative impact on the project, he decided to withdraw from this project too. I have felt that Karim always had the interest of the team and the project success; he is someone I would be willing to employ, collaborate with, or partner with in the future if the opportunity arises.

To conclude my letter, I'd like to summarize my experience with Dr. Arabi by highlighting two main qualities:
   1. Honesty: I can attest that during my communication with Dr Arabi, I felt that he was straight forward and honest.
   2. Expertise: Dr. Arabi was already well-known within the semiconductor community. During our collaboration, I found him to be an extremely bright and competent person with a lot of expertise with innovative ideas that would be beneficial to the industry.

Sincerely,

Firas Mohamed Monade

September 26th, 2025

June 5th, 2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

      **Re:    United States v. Karim Arabi, 22-CR-1152-BAS**

Dear Judge Bashant:

My name is Javid Jaffari, and I am writing to offer my sincere perspective on Dr. Karim Arabi, whom I had the privilege of knowing and working with over the span of several years. From 2012 to 2016, I worked at Qualcomm, where Dr. Arabi held senior leadership roles, including Vice President of Engineering in both QCT and Corporate R&D. I hold a PhD in Electrical and Computer Engineering.

Our first interaction occurred before I had even accepted my job offer at Qualcomm. At the time, I was living in Canada and hesitant about relocating to the United States. Though we had no prior relationship and I was many levels below him in the organizational hierarchy, Dr. Arabi took the time — late in the evening — to personally call me. He spoke with me for over an hour, not only addressing my career concerns but offering mentorship and a deeply sincere view on the promise of the U.S. as a nation of opportunity. That call left a lasting impression on me, and ultimately played a key role in my decision to move and join Qualcomm.

During my years at the company, I had the opportunity to work under two of the organizations he led. Dr. Arabi consistently stood out as a leader of uncommon integrity and humility. While technically brilliant — often offering insights even outside his direct areas of expertise — he also distinguished himself through calm, thoughtful, and respectful interactions. I never saw him act in bad faith or respond harshly to conflict. In fact, I recall a time when I walked into his office unannounced and voiced my frustration over internal organizational matters, fearing that my candor might jeopardize my position. Instead, Dr. Arabi listened patiently, responded with empathy, and offered guidance on how to navigate difficult situations in large organizations. What could have been a

regrettable moment became a constructive and formative learning experience for me — thanks entirely to his approach.

Later, I briefly joined a startup he co-founded, and during those 18 months, I gained an even deeper appreciation for the breadth of his technical knowledge and forward-thinking innovation. I left that experience with the conviction that Dr. Arabi is a rare individual whose talent and wisdom could serve many, and whose contributions to his field are meaningful.

Though our interactions have been less frequent on the professional front since 2018, I've continued to see his values reflected in the conversations we've had at the personal level. I was particularly moved by his perspective during the "Women, Life, Freedom" movement. It became clear to me through both personal dialogue and his actions that he holds a deep and sincere respect for the rights of women and minorities — not as a matter of ideology, but as a lived principle. Among the many professionals I've met, he stands out as someone who embodies these values in both thought and behavior.

A lengthy prison sentence for Dr. Arabi would not only cause profound hardship for his family, but would also be a significant loss to the professional and academic communities that have benefited from his leadership and insight. He is someone who has guided and mentored many — often without obligation — and whose capacity to contribute meaningfully to others' lives and careers remains strong. Removing him from his family and community through incarceration would be deeply disruptive and, I believe, counterproductive to the values of growth, rehabilitation, and social contribution that our justice system upholds.

In closing, I hope this letter offers a window into the character of Dr. Arabi as I have known him: an ethical, intelligent, and empathetic leader who has positively influenced those around him — myself included. Thank you for your time and consideration.

Sincerely,

Javid Jaffari, PhD, MBA
j.jaffari@gmail.com
(858) 736 - 4907

D-12