Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>          Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia A. Bashant<br><br>**DR. KARIM ARABI'S MOTION FOR LEAVE TO FILE ADDITIONAL LETTERS IN SUPPORT OF HIS SENTENCING MEMORANDUM** |

DR. KARIM ARABI'S MOTION FOR LEAVE TO FILE ADDITIONAL LETTERS IN SUPPORT
OF HIS SENTENCING MEMORANDUM

Dr. Karim Arabi, by and through his counsel of record, hereby moves for leave to file additional letters of support in connection with the sentencing hearing scheduled for October 1, 2025.  The Court's rules provide that "[n]o party shall submit more than five sentencing letters without leave of Court."  Hon. Bashant Criminal Pretrial and Trial Procedures at 4.  To fully illustrate Dr. Arabi's character, Dr. Arabi respectfully requests permission to file 14 support letters beyond the Court's prescribed five-letter limit.  These additional letters are attached to this Motion as Exhibit 1.

Counsel for Dr. Arabi conferred with counsel for the government before submitting this motion, and government counsel does not oppose the motion.

Respectfully submitted,

Dated:  October 21, 2025

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By:  */s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Rebecca S. Roberts
Ryan V. Fraser
*Attorneys for Dr. Karim Arabi*

DR. KARIM ARABI'S MOTION FOR LEAVE TO FILE ADDITIONAL LETTERS IN SUPPORT OF HIS SENTENCING MEMORANDUM