Exhibit 1

# **LETTERS OF SUPPORT**

| Description | Page No. |
|---|---|
| Dr. Farsheed Mahmoudi, Letter of Support Dated 8/31/25 | 1-1 |
| Ben Zaryouh, Letter of Support Dated 10/20/2025 | 1-2 |
| Sheida S Safari, Letter of Support Dated 5/26/2025 | 1-4 |
| Chieh-yu Lin, Letter of Support Dated 9/1/25 | 1-6 |
| Pradeep K Mishra, Letter of Support Dated 6/10/25 | 1-7 |
| Dr. Kouhyar Tavakolian, Letter of Support Dated 9/3/25 | 1-8 |
| John M. Bugera, Juror No. 12, Letter of Support Dated 4/23/2025 | 1-10 |
| Jeremy A. Hodges, Juror No. 2, Letter of Support Dated 6/4/2025 | 1-11 |
| Vanessa Macias, Juror No. 9, Letter of Support Dated 9/12/2025 | 1-12 |
| Dr. Kamran Qaderi, Letter of Support Dated 6/1/2025 | 1-14 |
| Dr. Mohammad Tayebi, Letter of Support Dated 8/13/2025 | 1-15 |
| Maryam Sadeghi, Letter of Support Dated 4/14/2025 | 1-17 |
| Salem Emara, Letter of Support Dated 5/22/2025 | 1-18 |
| Dr. Hassan Ihs, Letter of Support | 1-21 |

August 31st 2025

The Honorable Cynthia Bashant
United States District Court
Southern District and California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

      Re:    United States v. Karim Arabi, 22-CR-1152-BAS

Dear Judge Bashant,

I am writing to you in support of Dr. Karim Arabi, whom I have known since 2005 when I joined PMC-Sierra in Vancouver, Canada. From the beginning, I found Dr. Arabi to be a person of integrity and kindness. He was always ready to assist his colleagues whenever needed, and his willingness to help others left a lasting impression on me.

Dr. Arabi has made significant technical contributions both to the scientific literature and to the companies he has worked for. His expertise, dedication, and hard work have benefited not only his employers but also the broader engineering and research community. Beyond his professional achievements, he has demonstrated good character, kindness, and a strong sense of responsibility toward his family and his community.

I am deeply concerned about the effect a lengthy prison sentence would have on Dr. Arabi's family. He has always appeared as a dedicated family man, and I believe that such a sentence would cause them considerable hardship and long-term negative impact.

While I fully understand and respect the legal process, I respectfully ask that you take into account Dr. Arabi's positive contributions, good character, and the serious consequences that extended imprisonment would have on him and his loved ones.

Thank you for considering my perspective.

Sincerely,

Dr. Farsheed Mahmoudi
401 Clear Creek Cove
Austin, TX, 78613

1

10/20/2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101


**Re: United States v. Karim Arabi, 22-CR-1152-BAS**


Dear Judge Bashant:

I am writing regarding the upcoming sentencing of my close friend, Dr. Karim Arabi. I have known Dr. Arabi since 1993, when we first met as students at Polytechnique University of Montreal, and our friendship has endured for more than three decades. During that time, I have had the privilege of witnessing his personal growth, professional achievements, and unwavering integrity.

Dr. Arabi has always exemplified honesty, responsibility, and deep respect for the rule of law. He has built a family grounded in the values of respect, hard work, and compassion, and his positive influence extends well beyond his home into the broader community. Among my friends and colleagues, he stands out as someone who consistently advocates for fairness, decency, and doing what is right.

Dr. Arabi has always been open and thoughtful in his personal reflections, never afraid to examine his identity or beliefs with sincerity and depth. Over the years, he mentioned to me several times his reflections about his name and faith. Since 2009, Dr. Arabi had brought up the topic of changing his last name, as the name Arabi did not represent his identity as a Kurdish individual. This decision was also motivated by his deep personal faith journey, as he began leaning toward Christianity. His reflection on this matter was thoughtful and sincere, reflecting the introspective nature that has always characterized him.

Dr. Arabi's life has never been driven by material gain but by a genuine passion for technology and helping others. He often told me that any money earned through his company's success would be used modestly to support his family, while the remainder would go toward charitable causes—feeding the hungry, helping orphans, and providing educational opportunities for those in need.

When we worked together at his company, Atlazo, financial challenges arose, and Dr. Arabi made the difficult decision to reduce everyone's salaries. Yet, he chose to maintain the full salary of an employee who was not critical to the company's operations, explaining that the employee had no savings, a non-working spouse, and two young children depending on him.

This act of compassion demonstrated that Dr. Arabi consistently prioritized human dignity over business expediency. Years later, I can see how that decision changed a family's life—our colleague's wife was able to pursue her education and become a medical doctor, and their two daughters, who grew up free from financial hardship thanks to Dr. Arabi's compassion, are now thriving and pursuing their dreams—a lasting reflection of the good his actions created. His empathy and leadership have left a lasting mark on many lives.

Professionally, Dr. Arabi is widely recognized as one of the leading innovators in the field of microelectronics. His creativity, discipline, and mentorship have benefited not only his peers but also a generation of young engineers inspired by his example. He is known for his relentless work ethic, his kindness, and his belief that technology should ultimately serve people.

Beyond his professional and personal merits, he is also the cornerstone of his family. His presence provides emotional and practical stability that cannot be replaced. Without his guidance and care, this beautiful family would face deep emotional and structural hardship, as his absence would leave a void difficult to endure. His wife and children draw immense strength and reassurance from his daily presence, and they represent the human side of his life's purpose—love, devotion, and service to those who depend on him most.

For these reasons, I respectfully ask the Court to consider sentencing options that would allow Dr. Arabi to continue contributing positively to society. I have no doubt that his values, skills, and integrity will enable him to make meaningful contributions wherever he is placed.

Thank you for your time, compassion, and thoughtful consideration.

Respectfully,

Ben Zaryouh

05/26/2025


**The Honorable Cynthia Bashant**
**United States District Court**
**Southern District of California**
**333 West Broadway**
**Courtroom 12B**
**San Diego, CA 92101**
**Re: United States V. Karim Arabi, 22-CR-1152-BAS**


**Honorable Judge Bashant,**

**I respectfully submit this letter on behalf of Dr. Karim Arabi a man I have known for most of my life and whose character, kindness, and commitment to others have profoundly impacted me, my family, and our community.**

**I first met Dr. Karim Arabi as a child, as he was my late father's closest friend. My father served in the United States Army with honor, and after his passing in 2014, Dr. Arabi stepped in during one of the most difficult times of our lives. Not because it was expected, but because that is the kind of person he is a man who quietly takes care of those around him without ever asking for recognition or anything in return.**

**Since then, he has become a mentor, family friend, and source of steady support for my own family and me. He has always carried himself with integrity, humility, and compassion, setting an example through his actions, the way he treats his family, and the care he shows to anyone fortunate enough to know him. In our community, he is someone people naturally gravitate toward, the kind of person you look forward to having a conversation with because his wisdom, warmth, and sincerity leave a lasting impression.**

**When my husband began building his own business, Karim Arabi was the first person to offer guidance and help. He spent countless hours including late nights and weekends working through ideas, offering advice, and following up regularly, all without ever once asking for compensation. His only concern was our success and well-being. That selflessness and generosity are not uncommon for him; they are simply part of his nature.**

**He also played an essential role when my company launched a startup platform. There were nights when he stayed on the phone or zoom meeting with us until the early hours of the morning, making sure every concern was addressed, every detail was considered. He did this without expectation, without condition, simply because he believed in helping others reach their potential.**

The circumstances surrounding this case have devastated his family and for those of us who know him best. His wife and children have been deeply affected, and it's heartbreaking to see them endure this pain. I firmly believe that prolonged incarceration for a man of his character and contributions would be not only counterproductive but a significant loss for the community and society as a whole.

Dr. Karim Arabi is a man whose true value lies in his ability to serve, mentor, and uplift those around him. His absence is felt by many, and his presence has always brought healing, hope, and positivity wherever he goes. I sincerely hope, Honorable Judge, that you might see the same man we know, a man who has spent his life giving to others, who is deeply loved and respected, and whose continued presence in his community would do far more good than harm.

I humbly ask for your compassion and understanding as you consider his future.

Thank you for your time and consideration.


Respectfully,


*Sheida S Safari*
*Founder & CEO Tech Q Plus*
*(818)257-9502*
*(310)715-9189*

Sep 1, 2025

To Whom It May Concern,

I am writing this letter in support of Dr. Karim Arabi, whom I met several years ago through a local tech startup incubator EvoNexus. At that time, he was the founder and CEO of Atlazo, a venture that was already well-established before my co-founder and I started our own company.

Over the years, my interactions with Karim have consistently been positive and constructive. He has generously introduced us to skilled design contractor teams, provided guidance on logistics, and frequently shared advice on marketing and business strategies. Impressed by his expertise and integrity, we invited him to serve as an advisor to our company, and offered him some equity in recognition of his contributions.

I would like to highlight an incident that stands out as a testament to his character. When Karim realized that our target markets might potentially overlap, despite the clear technical and product differences between our companies, he voluntarily stepped away from his advisory role. He returned any unvested shares, and we reimbursed him accordingly for his investment in those shares. Despite stepping down from a formal role, he continued to provide us with support and advice as a friend.

Throughout our acquaintance, Karim has demonstrated honesty, professionalism, and a deep sense of responsibility. Whenever we have needed his advice or support, he has always been approachable and responsive.

I do not have direct knowledge of his family or personal life, but I can confidently attest to his transparency and commitment as a business leader and a peer in our professional community.

Thank you for considering my perspective on Karim. I hope this letter will be helpful in understanding his character and contribution to our community.


Sincerely,
Chieh-yu Lin

10 June 2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

**Re:     United States v. Karim Arabi, 22-CR-1152-BAS**

Dear Judge Bashant:

        I came in contact with Dr. Arabi for funding of his promising AI startup Atlazo, Inc. I have closely worked with him since May 2019 as Board Member of Atlazo. In my interactions, I found Dr. Arabi is a very humble, thorough gentleman despite being a highly skilled AI expert. He is very generous to the employees and people he works with. He is willing to go extra mile to help everyone around, even at the expense of his own health and finances. This case adversely affected Atlazo, Inc and 14 employees of Atlazo. Company lost all it's value and employees lost six years of their hard work.

Dr. Arabi is a highly skilled scientist in AI field. His skills and services are much needed to create better AI and creating more jobs in the community. If he is given a lengthy prison sentence, it will hurt our community more than it will hurt him. United States is already lagging in AI field and our country need more AI experts. Dr. Arabi can contribute in addressing this gap.

In my interactions, he is truly a giver, not a taker. He will only help the society more than anything else. I humbly request you to consider these factors while sentencing him. I am very hopeful that you will be kind and lenient while sentencing Dr. Arabi.

Sincerely,

Pradeep K Mishra

1-7

The Honorable Cynthia Bashant
United States District Court
Southern District and California
333 West Broadway
Courtroom 12B
San Diego, CA 92101


**September 3rd, 2025**

**Subject:** Request for Leniency in Sentencing for Dr. Karim Arabi

**Dear Honorable Judge,**

I am writing this letter in support of Dr. Karim Arabi, whom I have had the privilege of knowing both personally and professionally for over two decades. I currently serve as a Professor of Electrical Engineering at the University of North Dakota, where I also direct the BioInnovation Zone (BiZ) and act as the Site Director for the NSF-funded IUCRC Center to Stream Healthcare in Place (C2SHIP). My academic background includes a Ph.D. in Engineering Science from Simon Fraser University, along with Master's degrees in Electrical Engineering and Computer Science. My research is centered on biomedical signal processing, medical IoT, and noninvasive cardiology.

I first met Dr. Arabi in July 2003, shortly after immigrating to Canada from Iran. At that time, I had no connections in the country apart from his name and contact information, which had been passed to me by a mutual acquaintance. Despite being a stranger to him, Karim opened his home to me and offered guidance and support during a critical time in my life. He introduced me to the local Kurdish community in Vancouver, a gesture that provided me with a much-needed sense of belonging. Most notably, he later connected me with his former Ph.D. advisor, Dr. Bozena Kaminska, which ultimately led to my successful completion of doctoral studies at Simon Fraser University.

Even after moving to the United States to join Qualcomm, Karim remained a steadfast source of mentorship and encouragement. His leadership and innovation, demonstrated through his work at Qualcomm and later through founding Opmaxx and Atlazo, reflect a remarkable blend of technical excellence and visionary thinking. Most recently, our professional paths crossed again when I learned about his work on AI-powered wearable technologies at Atlazo, which closely aligned with my own research. I invited him to present at our NSF IUCRC center, where his talk received high praise from students and faculty. We had begun promising discussions on potential collaborations when I was devastated to learn of his and his sister Sheida Alan's arrest. Sheida is also a close and trusted friend of mine.

Upon learning of the charges, I immediately reached out to offer my support, including financial assistance for bail and volunteering to meet with the FBI to provide character testimony. Over the past 20 years, I have only ever known Karim to be a man of integrity, compassion, and generosity

— someone who has consistently contributed to the well-being of his community and the advancement of science and technology.

While I understand that the court has rendered a guilty verdict and that Dr. Arabi is now in custody, I respectfully ask the court to consider his decades of service, his character, and his cooperative attitude in determining his sentence. I fully acknowledge the seriousness of the situation, but I believe Dr. Arabi's long-standing dedication to scientific advancement, his role as a devoted father and brother, and his positive impact on countless individuals — myself included — all speak to the value he still holds for his family, community, and society at large.

I respectfully request that the court consider a lenient sentence that allows Dr. Arabi to continue contributing meaningfully to his field and family, even under supervised or alternative arrangements. I place my complete trust in Dr. Arabi and remain available should the court require further clarification or testimony.

Thank you for your time and consideration.

Sincerely,

*Kouh*        September 3rd 2025

**Kouhyar Tavakolian**
Professor, Electrical Engineering
Director, BioInnovation Zone (BiZ)
University of North Dakota
Columbia Hall Room 2370H
501 North Columbia Road Stop 8216
Grand Forks, ND 58202-8216
(701) 777-4446
kouhyar.tavakolian@UND.edu

04/23/2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

      **Re:**    **United States v. Karim Arabi, 22-CR-1152-BAS**

Dear Judge Bashant:

My name is John M. Bugera, Juror number 105292172, seat number 38. I served, as a juror, on the United States verses Karim Arabi, 22-CR-1152-BAS, trial. I had a front row seat for five weeks. I understand that Dr. Arabi faces a 20-year prison sentence for his part in the Qualcomm case. While I believe that Dr. Arabi is guilty of defrauding Qualcomm, I don't believe that the proposed sentence meets the crime. I respectfully ask that you show leniency when considering a fair sentence for Dr. Arabi. I believe that the crimes that Dr. Arabi was convicted of already carry with them a negative effect on the rest of his life and career.

Sincerely,

John M. Bugera

1-10

June 04, 2025

The Honorable Cynthia Bashant

United States District Court

Southern District of California

333 West Broadway

Courtroom 12B

San Diego, CA 92101

Re: United States v. Karim Arabi, 22-CR-1152-BAS

Dear Judge Bashant:

I served as a juror in the trial of United States v. Karim Arabi. For five weeks, I had a front-row seat to a complex and nuanced case. I write to respectfully share my perspective regarding sentencing.

While Dr. Arabi was found guilty, I believe that a greatly reduced sentence is both reasonable and just. The criminal justice system allows for several sentencing pathways: incarceration, probation, fines, restitution, and supervised release. In this case, I believe alternatives to lengthy incarceration should be seriously considered.

Financial crimes can carry devastating consequences, particularly when individual investors or vulnerable victims suffer great personal losses—as in the case of Bernie Madoff. However, this situation was materially different. Qualcomm is a vast and well-resourced company, and while the conduct in question involved deception, the company did receive valuable technology. The financial impact, though real, represented a small percentage of Qualcomm's overall business, and no individual victims were harmed in a catastrophic or life-altering way.

Throughout the trial, Dr. Arabi was portrayed not as a career criminal but as an accomplished engineer. That doesn't excuse wrongdoing, but it does speak to his potential for rehabilitation and his capacity to contribute meaningfully to society. In my view, a sentence that includes restitution and supervised release—rather than a long period of incarceration—would still hold him accountable while allowing for a more constructive path forward.

Thank you for the opportunity to share my thoughts.

Sincerely,

Jeremy A. Hodges

Jeremy A. Hodges

Juror #2

1-11

Vanessa Macias
08/08/2025

The Honorable Cynthia A. Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego Ca 92101

**Re: Sentencing for Karim Arabi, 22-CR-1152-BAS**

Dear Judge Bashant,

    I am writing to you in my capacity as a juror in the recent trial of Dr. Karim Arabi, which concluded on April 08, 2025. During my role as a first-time juror, I did not fully understand my position and my right to stand firm on my convictions and beliefs. After the fact, I learned that I did not have to agree with my fellow jurors on a verdict I did not believe to be true, certainly not beyond a reasonable doubt. During the deliberation, I felt very pressured and was not allowed space to think things through carefully. I had communicated to my fellow jurors that I had reasonable doubt in the case the prosecutors presented against the defendant, due to the lack of evidence and the absence of key witnesses.

    Unfortunately, I was confronted with some personal issues the day before deliberation, and it affected my ability to think clearly. I was extremely emotional as the court witnessed. I was also shocked at some of the jurors' biased comments regarding the defendant, as if they knew him personally. One of the jurors was more concerned about catching a flight booked for the following day. The same juror sat right next to me during the deliberation and was aggressively in my personal space. She poked/tapped me multiple times on my arm/shoulder when I was trying to have a moment to think and read through documents and instructions. And when I said I did not agree or that I needed more time, she would whine and smack her lips in frustration. It was not the environment I imagined. I expected everyone to want to discuss the evidence and look at both sides, and not be quick to pass judgment. I wanted to tell you what I was going through and the challenges I was facing when I wrote the note, and I did hope for some privacy to do that.

    I did believe I had to agree to come to a conclusion even if I didn't fully agree. Multiple jurors told me the defendant would not face any jail time, just a fine. I was naive to believe statements I should not have considered. I did not research anything to better understand the right of a juror, which may have helped me, but I didn't know if that was allowed. I know your instructions were to not consider the sentencing or anything not presented in the courtroom, but unfortunately, I did. I truly wish I could turn back time and stick to my conviction based on what I believed to be true or not true, and not fall victim to the pressure. After the trial, I was

emotionally and physically burdened knowing I made a terrible mistake, one that will forever affect the life of someone, their family, and loved ones. I understand it's too late to fix this, and I take responsibility for a choice I made. I hope that with this letter and my honesty, I can help in some way.

During the trial, I learned that the defendant had no prior criminal history. While observing the defendant and his family in the courtroom, I could feel and see the emotional toll. I also listened to all the witnesses and noticed that not one had a single bad thing to say about the defendant, and in fact, they all spoke respectfully and showed admiration towards him and his career achievements and innovations. How they spoke of him says a lot about his true character. I was made aware later that the defendant was arrested and has been in a federal prison since the day of the verdict. I also understand that the defendant will potentially be deported. I know that it will be extremely challenging and life-altering. I believe there's been sufficient punishment for the involvement he had in this case, on top of his time already in a prison cell. One thing the majority of us jurors agreed on is that the defendant does not belong in prison. The defendant and his family deserved better from us, the jury, and I believe that for anyone in his situation.

I respectfully request your consideration for leniency during sentencing. I'm sure we can all agree on second chances. The defendant, while not taking the stand, showed shame and remorse and has witnessed the harm this has had on his family, his reputation, and his life's work. I also understand the family has been struggling, coping with the absence of the defendant. His wife has had some health problems and extreme emotional stress due to these circumstances, and that should warrant compassion. Throughout the trial, it became evident that the defendant had been through enough trauma before this trial. I saw in the defendant a loving and beloved husband and father. I believe this person would do a lot more for his family, the community, and society out of a jail cell if he is given a second chance and the opportunity to rebuild his life again, a task that will not be easy, but presents new challenges.

I understand and respect the seriousness of the offense and holding down the law. I understand a verdict was decided; however, a harsh sentence will not serve the interests of justice or rehabilitation in this case. I hope justice can consider what this family has already been through and that they may be reunited so they can begin to mend what was broken. I have witnessed how separating families can have generational consequences.

I trust your judgment, Your Honor, and only ask that you weigh these human factors along with the legal ones as you determine an appropriate sentence.

Thank you for your time reading this lengthy letter and for your careful consideration of this request.

Respectfully,
Juror 9

x ~~Van Mein~~                           09/12/2025

June 01, 2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

> **Re:**    **United States v. Karim Arabi, 22-CR-1152-BAS**

Dear Judge Bashant:

My name is Dr. Kamran Qaderi. I am writing this letter in support of Dr. Karim Arabi. I have known Dr. Arabi since 2013. We share a background in electrical engineering. I have grown to know him personally, and as someone who is considerably younger than Dr. Arabi, I have always sought his wisdom and mentorship. Dr. Arabi has shared his wisdom with me numerous times.

Dr. Arabi has been involved with me in multiple volunteering and non-profit projects:

Hojan Science Institute: Dr. Arabi was a volunteer advisor to the group. We delivered science in layperson terms for the community to raise general awareness.

Zeelamo Science and Art Academy: Dr. Arabi was a board member and helped us create a digital platform for academics to connect and collaborate.

World Kurdish Science Congress: Dr. Arabi was a keynote speaker at this event in Washington DC. He volunteered for this event and helped with managing the conference.

I kindly ask the court to consider Dr. Arabi for leniency.

Sincerely,

Kamran Qaderi, Ph.D

1-14

Dr. Mohammad Tayebi
Assistant Professor
School of Computing Science
Simon Fraser University
tayebi@sfu.ca, +1 778 862 4664
Simon Fraser University,
School of Computing Science
8888 University Drive,
Burnaby, BC,  Canada  V5A 1S6

**August 13, 2025**

Honorable Judge Cynthia A. Bashant
United States District Court for the Southern District of California
333 W. Broadway, Courtroom 12B
San Diego, CA 92101

**Re: Character Reference for Dr. Karim Arabi**

Dear Judge Bashant,


I am writing this letter in support of Dr. Karim Arabi, whom I have known personally for over 15 years. I am an Assistant Professor of Computing Science at Simon Fraser University, where I also co-chair the Professional Master's Program in Cybersecurity. I hold a Ph.D. in Computing Science from Simon Fraser University, and my research focuses on the application of AI and machine learning in cybersecurity and public safety.


I first met Dr. Arabi in the summer of 2011 through mutual friends, and since then, I have closely followed his outstanding contributions to both academic and industry projects—contributions that have impressed and inspired many in our field. As one of the top researchers to immigrate from Iran, Dr. Arabi became a role model for success in both academia and industry, particularly for Iranian students. His journey has served as a powerful source of inspiration, and I believe it will continue to influence future generations of students.

Additionally, I am familiar with several members of Dr. Arabi's family who reside in Vancouver, and I have always respected the healthy and positive lifestyle they uphold.

Given Dr. Arabi's long-standing contributions to the scientific communities, his roles as a devoted family member, and his strong ties to the local community, I believe a long prison sentence would be counterproductive in Dr. Arabi's rehabilitation, as it would hinder his ability to contribute meaningfully to society. I have confidence in Dr. Arabi's character and respectfully request leniency in his sentencing.

Please do not hesitate to contact me should the court require any further clarification or testimony.

Sincerely,

**Dr. Mohammad Tayebi**
Assistant Professor of Computing Science
Simon Fraser University

**Maryam Sadeghi**
#2503 - 565 Smithe St.
Vancouver, BC, Canada

Email: mar.sadeghi@gmail.com
Tel: +1-778-892-0248
April 14, 2025

**Dear Honorable Judge,**

I am writing this letter in full support of **Dr. Karim Arabi**, whom I have known personally for many years along with his extended family. I've had the privilege of spending time with his sons, his brother, sisters, and his mother, and I've come to know them as a family grounded in care, integrity, and deep commitment to their community.

I was shocked and heartbroken upon hearing of Dr. Arabi's and his sister Sheida Alan's arrest. Sheida is a close friend of mine, and I have supported her through this difficult time, including providing financial assistance toward her bail during her court process. It is a gesture I offered without hesitation, as I firmly believe in her and her family's character.

Throughout the time I've known Dr. Arabi, I have always found him to be a person of principle, compassion, and humility. His dedication to science, mentorship, and improving lives is evident in his work and the relationships he fosters. Even during this challenging period, my trust in him remains unwavering.

I understand the gravity of the situation and that Dr. Arabi has been found guilty. However, I respectfully ask the court to consider **granting him bail** so he may spend this deeply difficult time with his family as he awaits final sentencing. I have every confidence that he will continue to fully cooperate with the legal process. He poses no flight risk and remains deeply connected to his family and community.

Please feel free to contact me if I can offer further information or testify on his behalf. Thank you for your consideration.

Respectfully,

**Maryam Sadeghi,**

**CEO and Co-founder**

**MetaOptima Technology Inc.**

May 22nd 2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

**Re: United States v. Karim Arabi, 22-CR-1152-BAS**

Dear Judge Bashant:

I am writing this letter in support of Dr. Karim Arabi, whom I had the privilege of knowing during his tenure at Qualcomm as Vice President of Engineering. We worked together in the field of semiconductor technology.

Dr. Arabi is a highly accomplished and respected engineer whose work has significantly advanced innovation in our industry. He was instrumental in leading several groundbreaking initiatives that shaped modern semiconductor design and mobile communications. Beyond his technical contributions, I have always known Dr. Arabi to be a person of great character, humility, and generosity. He is the kind of colleague who not only mentors others but consistently

makes time to support peers and friends with both technical expertise and moral guidance.

The circumstances surrounding this case have profoundly affected Dr. Arabi and his family. His eldest son, a medical student, has put his career on hold for several years to support the family during this difficult time. His younger son left school and now works minimum-wage jobs to help make ends meet. Dr. Arabi's wife, who had never been employed outside the home, is now working for the first time to help sustain the household. The family was forced to sell their home and move into a small rental apartment.

Dr. Arabi, with his entrepreneurial spirit, has founded multiple companies. Most recently, before this case, he established Atlazo, a company that embodied his years of innovation and dedication and had the potential to become a world leader in AI, health monitoring, and low-power design. Unfortunately, the company suffered a devastating blow due to the situation and was ultimately sold to a European entity—resulting in valuable American-developed technology moving to foreign ownership.

These events have already imposed extraordinary personal, emotional, and financial hardship on Dr. Arabi and his loved ones. A prison sentence, particularly one

of significant length, would only deepen their suffering and offer little benefit to society. Dr. Arabi poses no danger to the community. On the contrary, he has been a lifelong source of innovation, service, and support. I respectfully urge the Court to consider a lenient sentence that reflects both the hardship already endured and the meaningful contributions Dr. Arabi has made to his field and community.

Thank you for your time and consideration.

Sincerely,

Salem Emara

Hassan Ihs

CTO, Endura Technologies

Encinitas, CA

**Letter in support of Dr Karim Arabi extraordinary contribution to the field of analog and mixed signal microchips**

To Whom It may Concern,

I am writing to provide my support for Dr. Karim Arabi, whose extraordinary contributions to the field of analog and mixed-signal microchip design have significantly advanced the industry. As Dr. Hassan Ihs, I have had the privilege of knowing Dr. Arabi since 1995, when we were both PhD students. Over the years, I have gained an in-depth understanding of his groundbreaking work and its lasting impact.

Dr. Arabi is the original inventor of the highly cited Oscillation Built-In Self-Test (BIST) methodology for integrated circuits, a pioneering innovation in testing processes in the semiconductor industry. This invention was instrumental in the founding of Opmaxx Inc. in 1996 in Beaverton, Oregon, by Dr. Arabi and a group of industry veterans. I joined Opmaxx in 1997, working closely with Dr. Arabi to successfully productize this technology, which directly led to the company's acquisition by Credence Systems in 1998.

In 2013, Dr. Arabi and I co-founded Agile Semiconductor, a company focused on developing high-switching-speed voltage regulators for System-on-Chip (SoC) power management. The company achieved significant milestones, culminating in its acquisition by Bridgewest Capital Management in late 2014, after which it was rebranded as Endura Technologies.

Throughout his career, Dr. Arabi has earned widespread recognition among his peers, evidenced by his frequent invitations to deliver keynote addresses at prestigious IEEE conferences. His expertise and leadership have also been demonstrated through executive roles, including Vice President positions at Qualcomm and Dialog Semiconductor (now Renesas Semiconductor), where he has continued to drive innovation and excellence.

Dr. Arabi's technical ingenuity, to advancing analog and mixed-signal microchip technology make him a luminary in the field. I wholeheartedly endorse his contributions and their profound impact on the semiconductor industry.

Sincerely,

Hassan Ihs