# Exhibit E

| Stockholder | Shares | Issue Date | Share Price | Share % | |
|---|---:|---|---|---:|---|
| | | | | | |
| Abacus Machines LLC | 1,800,000 | 08/10/16 | $0.0001 | 58.62% | Issued 200,000 to Karim Arabi; 9 to1 stock split resulted in 1,800,000.  Transferred to Abacus Machines LLC |
| Awiarsystems LLC | 84,000 | 12/16/16 | $0.0001 | 2.74% | Issued to Farsheed Mahmoudid to compensate dilution in AviorPower; Ttransferred to Awiarsystems LLC |
| Mete Erturk | 33,000 | 12/16/16 | $0.0001 | 1.07% | Issued shares to compensate dilution in Avior Power |
| Seyed-Behzad Mahdavikhah-Mehrabad | 0 | 12/16/16 | $0.0001 | 0.00% | |
| S.M. Ahsanuzzaman | 0 | 12/16/16 | $0.0001 | 0.00% | |
| Aleksandar Radic | 0 | 12/16/16 | $0.0001 | 0.00% | |
| Aleksandar Prodic | 0 | 12/16/16 | $0.0001 | 0.00% | |
| Karim Arabi | 400,000 | 12/16/16 | $0.0001 | 13.03% | Issued shares to be consistent with Avior Power |
| Hajir | 16,000 | 12/16/16 | $0.0001 | 0.52% | |
| Bardia Pishdad | 12,000 | 12/16/16 | $0.0001 | 0.39% | |
| Monib Ahmed | 10,000 | 12/16/16 | $0.0001 | 0.33% | |
| Javid Jaffari | 70,000 | 12/16/16 | $0.0001 | 2.28% | |
| Shahin Solki | 55,000 | 04/17/17 | $0.0001 | 1.79% | |
| Rshdee Alhakim | 5,000 | 04/17/17 | $0.0001 | 0.16% | |
| Mohamed Allam | 400,000 | 04/17/17 | $0.0001 | 13.03% | |
| Imran Masud | 13,500 | 04/17/17 | $0.0001 | 0.44% | |
| Kevin Betts | 7,000 | 04/17/17 | $0.0001 | 0.23% | |
| Kevin Mlazgar | 27,000 | 04/17/17 | $0.0001 | 0.88% | |
| Tamar Kafafi | 30,000 | 04/17/17 | $0.0001 | 0.98% | |
| Victor Lee | 7,000 | 04/17/17 | $0.0001 | 0.23% | |
| Salem Emara | 23,000 | 04/17/17 | $0.0001 | 0.75% | |
| Herman Leung | 3,500 | 06/26/17 | $0.0001 | 0.11% | |
| Paul Helter | 67,000 | 06/26/17 | $0.0001 | 2.18% | |
| Masoud Ensafdaran | 7,500 | 06/26/17 | $0.0001 | 0.24% | |
| | | | | | |
| | 3,070,500 | | | 100.00% | |

| Stockholder | Shares | Issue Date | Share Price | Share % | |
|---|---:|---|---|---:|---|
| Abacus Machines LLC | 1,300,000 | 07/26/16 | $0.0001 | 55.10% | Issued to Karim Arabi; Transferred to Abacus Machines LLC |
| Awiarsystems LLC | 200,000 | 07/26/16 | $0.0001 | 8.48% | Issued to Farsheed Mahmoudi; Transferred to Awiarsystems LLC |
| Mete Erturk | 80,000 | 07/26/16 | $0.0001 | 3.39% | |
| Seyed-Behzad Mahdavikhah-Mehrabad | 30,000 | 07/26/16 | $0.0001 | 1.27% | |
| S.M. Ahsanuzzaman | 30,000 | 07/26/16 | $0.0001 | 1.27% | |
| Aleksandar Radic | 30,000 | 07/26/16 | $0.0001 | 1.27% | |
| Aleksandar Prodic | 30,000 | 07/26/16 | $0.0001 | 1.27% | |
| Karim Arabi | 350,000 | 12/16/16 | $0.0001 | 14.83% | Issued shares to balance issuance of new shares in Atlazo to Farsheed and Mete |
| Hajir | 53,500 | 12/16/16 | $0.0001 | 2.27% | |
| Bardia Pishdad | 40,000 | 12/16/16 | $0.0001 | 1.70% | |
| Monib Ahmed | 2,500 | 12/16/16 | $0.0001 | 0.11% | |
| Javid Jaffari | 13,500 | 12/16/16 | $0.0001 | 0.57% | |
| Shahin Solki | 15,000 | 04/17/17 | $0.0001 | 0.64% | |
| Rshdee Alhakim | 0 | 04/17/17 | $0.0001 | 0.00% | |
| Mohamad Allam | 65,000 | 04/17/17 | $0.0001 | 2.75% | |
| Imran Masud | 2,500 | 04/17/17 | $0.0001 | 0.11% | |
| Kevin Betts | 28,500 | 04/17/17 | $0.0001 | 1.21% | |
| Kevin Mlazgar | 5,000 | 04/17/17 | $0.0001 | 0.21% | |
| Tamar Kafafi | 5,000 | 04/17/17 | $0.0001 | 0.21% | |
| Victor Lee | 28,500 | 04/17/17 | $0.0001 | 1.21% | |
| Salem | 13,000 | 04/17/17 | $0.0001 | 0.55% | |
| Herman Leung | 10,500 | 06/26/17 | $0.0001 | 0.45% | |
| Paul Helter | 13,000 | 06/26/17 | $0.0001 | 0.55% | |
| Masoud Ensafdaran | 14,000 | 06/26/17 | $0.0001 | 0.59% | |
| | 2,359,500 | | | 100.00% | |

| Stockholder | Atlazo Shares | Atlazo Share % | Avior Shares | Avior Share % | New Atlazo Shares | New Atlazo Share % | |
|---|---|---|---|---|---|---|---|
| | | | | | | | New Atlazo shares are calculated so that total Atlazo shares does not change. |
| Abacus Machines LLC | 1,800,000 | 58.04% | 1,300,000 | 57.01% | 1,784,006 | 57.52% | |
| Awiarsystems LLC | 84,000 | 2.71% | 200,000 | 8.77% | 178,001 | 5.74% | |
| Mete Erturk | 33,000 | 1.06% | 80,000 | 3.51% | 70,900 | 2.29% | |
| Seyed-Behzad Mahdavikhah-Mehrabad | 0 | 0.00% | 7,500 | 0.33% | 5,100 | 0.16% | Propose to cancel Advisor position (vesting one quarter of shares) as Avior Power will not exisit as astand-alone entity |
| S.M. Ahsanuzzaman | 0 | 0.00% | 7,500 | 0.33% | 5,100 | 0.16% | Propose to cancel Advisor position (vesting one quarter of shares) as Avior Power will not exisit as astand-alone entity |
| Aleksandar Radic | 0 | 0.00% | 7,500 | 0.33% | 5,100 | 0.16% | Propose to cancel Advisor position (vesting one quarter of shares) as Avior Power will not exisit as astand-alone entity |
| Aleksandar Prodic | 0 | 0.00% | 7,500 | 0.33% | 5,100 | 0.16% | Propose to cancel Advisor position (vesting one quarter of shares) as Avior Power will not exisit as astand-alone entity |
| Karim Arabi | 400,000 | 12.90% | 350,000 | 15.35% | 438,002 | 14.12% | |
| Hajir | 16,000 | 0.52% | 53,500 | 2.35% | 44,380 | 1.43% | |
| Bardia Pishdad | 12,000 | 0.39% | 40,000 | 1.75% | 33,200 | 1.07% | |
| Monib Ahmed | 10,000 | 0.32% | 2,500 | 0.11% | 6,700 | 0.22% | |
| Javid Jaffari | 70,000 | 2.26% | 13,500 | 0.59% | 44,180 | 1.42% | |
| Shahin Solki | 55,000 | 1.77% | 15,000 | 0.66% | 37,700 | 1.22% | |
| Rshdee Alhakim | 5,000 | 0.16% | 0 | 0.00% | 2,500 | 0.08% | |
| Mohamed Allam | 400,000 | 12.90% | 65,000 | 2.85% | 244,200 | 7.87% | |
| Imran Masud | 13,500 | 0.44% | 2,500 | 0.11% | 8,450 | 0.27% | |
| Kevin Betts | 7,000 | 0.23% | 28,500 | 1.25% | 22,880 | 0.74% | |
| Kevin Mlazgar | 27,000 | 0.87% | 5,000 | 0.22% | 16,900 | 0.54% | |
| Tamar Kafafi | 30,000 | 0.97% | 5,000 | 0.22% | 18,400 | 0.59% | |
| Victor Lee | 7,000 | 0.23% | 28,500 | 1.25% | 22,880 | 0.74% | |
| Salem Emara | 23,000 | 0.74% | 13,000 | 0.57% | 20,340 | 0.66% | |
| Herman Leung | 3,500 | 0.11% | 10,500 | 0.46% | 8,890 | 0.29% | |
| Paul Helter | 67,000 | 2.16% | 13,000 | 0.57% | 42,340 | 1.37% | |
| Masoud Ensafdaran | 14,000 | 0.45% | 20,000 | 0.88% | 20,600 | 0.66% | |
| Ted Wilson | 24,500 | 0.79% | 5,000 | 0.22% | 15,650 | 0.50% | |
| | 3,101,500 | 100.00% | 2,280,500 | 100.00% | 3,101,500 | 100.00% | |

| Stockholder | New Atlazo Shares | New Atlazo Share % |
|---|---:|---:|
| Abacus Machines LLC | 1,784,006 | 56.43% |
| Awiarsystems LLC | 178,001 | 5.63% |
| Mete Erturk | 70,900 | 2.24% |
| Seyed-Behzad Mahdavikhah-Mehrabad | 5,100 | 0.16% |
| S.M. Ahsanuzzaman | 5,100 | 0.16% |
| Aleksandar Radic | 5,100 | 0.16% |
| Aleksandar Prodic | 5,100 | 0.16% |
| Karim Arabi | 438,002 | 13.85% |
| Hajir | 44,380 | 1.40% |
| Bardia Pishdad | 33,200 | 1.05% |
| Monib Ahmed | 6,700 | 0.21% |
| Javid Jaffari | 44,180 | 1.40% |
| Shahin Solki | 37,700 | 1.19% |
| Rshdee Alhakim | 2,500 | 0.08% |
| Mohamed Allam | 244,200 | 7.72% |
| Imran Masud | 8,450 | 0.27% |
| Kevin Betts | 22,880 | 0.72% |
| Kevin Mlazgar | 16,900 | 0.53% |
| Tamar Kafafi | 18,400 | 0.58% |
| Victor Lee | 22,880 | 0.72% |
| Salem Emara | 20,340 | 0.64% |
| Herman Leung | 8,890 | 0.28% |
| Paul Helter | 42,340 | 1.34% |
| Masoud Ensafdaran | 20,600 | 0.65% |
| Ted Wilson | 15,650 | 0.50% |
| Rudy Beraha | 60,000 | 1.90% |
|  | 0 | 0 |
|  | 3,161,499 | 100.00% |