# Exhibit F

# DECLARATION OF PRADEEP MISHRA

I, Pradeep Mishra, declare as follows:

1. I was a board member of Atlazo beginning in July 2019 and became its CEO in February 2023.

2. I have firsthand knowledge and factual records that common shares of Atlazo stock were issued as compensation to employees and preferred shares of Atlazo stock were issued to investors. This is also consistent with common industry practice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 24, 2025 in _____Vancouver_____, __WA_____.

By: _____
Pradeep Mishra