Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Rebecca S. Roberts, SBN 225757
rroberts@bklwlaw.com
Ryan V. Fraser, SBN 272196
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KARIM ARABI,<br><br>  Defendant. | Case No. 3:22-cr-01152-BAS-1<br>Honorable Cynthia A. Bashant<br><br>**DR. KARIM ARABI'S MOTION FOR LEAVE TO FILE ADDITIONAL LETTER IN SUPPORT OF HIS SENTENCING MEMORANDUM** |

1  Dr. Karim Arabi, by and through his counsel of record, hereby moves for leave to file an additional letter of support in connection with the sentencing hearing scheduled for October 28, 2025.  The Court's rules provide that "[n]o party shall submit more than five sentencing letters without leave of Court."  Hon. Bashant Criminal Pretrial and Trial Procedures at 4.  To fully illustrate Dr. Arabi's character, Dr. Arabi respectfully requests permission to file one additional support letter.  This additional letter is attached to this Motion as Exhibit 2.

Counsel for Dr. Arabi previously conferred with counsel for the government regarding additional letters of support, and government counsel did not oppose the initial motion.

Respectfully submitted,

Dated:  October 26, 2025

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By: */s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Rebecca S. Roberts
Ryan V. Fraser
*Attorneys for Dr. Karim Arabi*