Exhibit 2

May 9, 2025

The Honorable Cynthia Bashant
United States District Court
Southern District of California
333 West Broadway
Courtroom 12B
San Diego, CA 92101

     **Re:**    **United States v. Karim Arabi, 22-CR-1152-BAS**

Dear Judge Bashant:

I met Dr. Karim Arabi in 2019. Karim was very forthcoming and seemed very genuine. I quickly became interested in learning more about Karim and his company Atlazo, and became an executive adviser to Atlazo shortly thereafter.

From the time I engaged with Atlazo until his indictment in 2022, I was interacting with Karim on at least a weekly basis and came to know him well both professionally and personally. He was extremely forthcoming and honest in my dealings with him. He demonstrated the highest of ethics in dealing with partners, customers, investors, and employees of his company. I was very impressed with Karim's ability to manage extremely difficult and complex problems both technically and in business with great patience, diligence, and foresight. Karim always insisted on the right way of doing things and avoided shortcuts and workarounds to the best of his ability. He also had a great desire to learn and was very open to my direction as a senior adviser while also striving to be a mentor and share his love of technology with others.

He is a well-known and highly regarded figure in the industry, and I find him to be a consummate professional, very ethical, and fully committed to his company, family and loved ones. He's incredibly selfless and would never risk the well-being of his family and loved ones or the livelihood of his investors and employees to serve himself.

I recall for example one occasion during fund raising, how unhappy Karim was with terms of an investment offer that would have prioritized his interests over the rest of the employees in an unfair manner. He also fought hard to ensure his existing investors, even small ones, were always comfortable with the company's decisions and direction. On another occasion, I recall Karim vehemently disagreed with some who would have preferred to withhold important information from prospective investors in order to accelerate a potential fund raise.

I interacted with Karim's son during the initial phases of this case as he fought to gather support for Karim. Needless to say, he and his family were devastated both emotionally and financially throughout this process.  To my knowledge, he and his family all believed in his innocence and vehemently disagreed with the claims against him. As such, he exhausted all of his financial means and went into great debt to prove his innocence.  Similarly, this case had a massive adverse effect on Atlazo as the company was in the process of securing a very large customer and raising a very attractive round of financing that would have valued the company in the $70-80M range. The prospects of that would have positioned the

company for a significant financial outcome for all involved. This was all wiped out following his indictment and the company was forced into a fire sale.

I believe Karim and his wealth of knowledge and experience as well as his caring and giving character can be a great asset to the industry and society as a whole. I also believe that Karim has learned from this experience and can apply it to others who he will inevitably mentor. As such, I strongly believe that further incarceration will be counterproductive and will not serve society.

I respectfully ask for your lenience in sentencing Karim. I am available to talk about this matter at your convenience.


Warm regards,


Amir Mobini