# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI (1),<br><br>    Defendant. | Case No. 22-cr-01152-BAS<br><br>**ORDER PERMITTING DEFENDANT KARIM ARABI'S TO FILE ADDITIONAL LETTER IN SUPPORT OF HIS SENTENCING MEMORANDUM** |

Having considered Karim Arabi's *Motion for Leave to File Additional Letter in Support of His Sentencing Memorandum* (the "Motion") and for good cause having been shown,

**IT IS HEREBY ORDERED** that Dr. Arabi's additional letter of support may be filed.

Dated: October 27, 2025

                                              Hon. Cynthia Bashant, Chief Judge
                                              United States District Court