Attorney Name and Address:
Whitney Z. Bernstein, (949) 369-3700
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350, San Clemente, California 92673

Vince Brunkow (appointed counsel), (619) 234-8467
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900, San Diego, CA 92101

   ✘   RETAINED _____ APPOINTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. Cynthia A. Bashant       COURT REPORTER Anne Marie Roldan

UNITED STATES OF AMERICA    )   CASE NO. 3:22-cr-01152-BAS
                            )
                            )   NOTICE OF APPEAL        (Criminal)
         vs.                )
                            )
Arabi, et al.               )
                            )

Notice is hereby given that _____ Karim Arabi _____, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:        (check one)
(✓) Final Judgment
(  ) Sentence Only (sentence imposed) _____
(  ) Order (describe) _____
entered in this proceeding on the _____ day of _____. _____
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4) _____ Yes _____ No

Date: November 3, 2025          /s/ Whitney Z. Bernstein
                                Signature

Transcripts required*   ✘  Yes  _____ No

Date  (✓) Indictment   (  ) Information Filed: April 4, 2024
Bail status Bail exonerated
Will there be a request to expedite the appeal?   _____ Yes  _____ No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.