**VINCENT J. BRUNKOW**
California State Bar No. 174904
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Vince_Brunkow@fd.org

Attorneys for Defendant
ARABI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>KARIM ARABI,<br><br>          Defendant. | CASE NO.:  22CR1152-BAS-01<br><br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |

     Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Vincent J. Brunkow and Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

                                          Respectfully submitted,

Dated: November 5, 2025         *s/ Vincent J. Brunkow*
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant ARABI
                                        Email: Vince_Brunkow@fd.org