FILED
FEB 13 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FAXED

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorney for Petitioners
Shadi Ata Naemi Inc.; Ladan Saeid Naemi Inc.;
Bata Construction Inc.; and Mahna Yahya Shokravi Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARIM ARABI (1), <br><br> Defendant. | Case No. 22-CR-1152-BAS <br><br> **NOTICE OF APPEARANCE** |

22-CR-1152-BAS

NOTICE OF APPEARANCE OF MICHAEL G. FREEDMAN AS COUNSEL OF RECORD FOR PETITIONERS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Michael G. Freedman of The Freedman Firm PC, who is admitted to this Court and authorized to practice consistent with Local Civil Rule 83.3(c), hereby appears as counsel of record on behalf of Petitioners Shadi Ata Naemi Inc.; Ladan Saeid Naemi Inc.; Bata Construction Inc.; and Mahna Yahya Shokravi Inc. Effective immediately, please add Michael G. Freedman as the attorney to be noticed on all matters at the following address:

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Dated: February 13, 2026

Respectfully submitted,

By: *s/ Michael G. Freedman*
Michael G. Freedman

Attorney for Petitioners
Shadi Ata Naemi Inc.; Ladan Saeid Naemi Inc.; Bata Construction Inc.; and Mahna Yahya Shokravi Inc.