FILED
FEB 13 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

FAXED

1  Michael G. Freedman (State Bar No. 281279)
   THE FREEDMAN FIRM PC
2  1801 Century Park East, Suite 450
   Los Angeles, California 90067
3  Telephone: (310) 285-2210
   Facsimile: (310) 425-8845
4  Email: michael@thefreedmanfirm.com

5

6  Attorney for Petitioners
   Shadi Ata Naemi Inc.; Ladan Saeid Naemi Inc.;
   Bata Construction Inc.; and Mahna Yahya Shokravi Inc.
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-1152-BAS |
| Plaintiff, | |
| v. | **VERIFIED PETITION AND STATEMENT OF INTEREST IN CERTAIN PROPERTY ON BEHALF OF CLAIMANTS SHADI ATA NAEMI INC, LADAN SAEID NAEMI INC., BATA CONSTRUCTION INC., AND MAHNA YAHYA SHOKRAVI INC.** |
| KARIM ARABI (1), | |
| Defendant. | |

22-CR-1152-BAS

VERIFIED PETITION

1. Pursuant to 18 U.S.C. § 982, 21 U.S.C. § 853(n), and Rule 32.2 of the Federal Rules of Criminal Procedure, Petitioners Shadi Ata Naemi Inc.; Ladan Saeid Naemi Inc.; Bata Construction Inc.; and Mahna Yahya Shokravi Inc. (collectively, "Petitioners"), by and through their counsel of record, hereby file this Petition for a hearing to adjudicate their interests in a real property located at 1520 Vinson Creek Road, West Vancouver, British Columbia, Canada (008-505-152) (the "Vinson Creek Property"), which is subject to this Court's Preliminary Order of Forfeiture (the "Order") (Dkt. 448), which was served on Petitioners via their counsel on January 15, 2026.

2. According to the Court's docket, Defendant Karim Arabi was convicted on Counts 1, 2, and 6 on April 8, 2025. (Dkt. 415).

3. On September 15, 2025, the Court entered its Preliminary Order of Forfeiture. (Dkt. 448). On October 8, 2025, the government filed a motion for a first amended order of criminal forfeiture, which the Court granted on October 10, 2025, to correct a clerical error as to a property not at issue in this Petition. (Dkt. 455, 458).

4. On January 15, 2026, the government served Petitioners with the Notice of Order of Forfeiture after they contacted the government via counsel upon learning of these proceedings.

5. This Petition pertains to a single property in the Order of Forfeiture, the Vinson Creek Property, in which Petitioners claim a legal right, title or interest, specifically fifty percent of the Vinson Creek Property, as described below.

6. On August 19, 2016, Petitioners formed a limited liability partnership, Avante – Bata (1520 Vinson) LLP ("A-B, LLP") to acquire the Vinson Creek Property. In addition to Petitioners, A-B LLP's principals included: (1) Arda Construction ("AC"), an entity of Naser Hendi's, who is the brother-in-law of

1 | Defendant Karim Arabi; and (2) Teranova North Development, Inc. ("TND"), an
2 | entity of Sheida Alan's.

3 |    7. Specifically, the ownership of A-B LLP is split as follows:
4 |       Arda Construction Inc.: 25%
5 |       Teranova North Development, Inc.: 25%
6 |       Bata Construction, Inc.: 12.5%
7 |       Ladan Saeid Naemi, Inc.: 12.5%
8 |       Shadi Ata Naemi, Inc.: 12.5%
9 |       Mahna Yayhay, Shokravi, Inc.,: 12.5%

11 |    Thus, Petitioners owned 50% of A-B, LLP; TND owned 25%; and AC
12 | owned the final 25%.
13 |    8. The Vinson Creek Property was ultimately acquired on behalf of A-B LLP
14 | but in the name of TND, pursuant to a contractual assignment on October 4,
15 | 2016. The reason for this was that Sheida Alan had better leverage with the
16 | lender, the Canadian Imperial Bank of Commerce ("CIBC"), through her
17 | company. Alan's entity, TND, thus was assigned the purchase contract and a
18 | declaration of trust was made to have her as trustee for A-B, LLP. After the
19 | purchase closed, Alan put TND on the title for the Vinson Creek property. Thus,
20 | while Alan's entity, TND, is listed as the owner of the property, in fact this is
21 | pursuant to the assignment from A-B LLP, of which Petitioners own 50%.
22 |    9. At all times subsequent to October 4, 2016, Petitioners held their fifty
23 | percent interest in the Vinson Creek Property and have been the legal owner of
24 | that share of the property as bona fide purchasers under 21 U.S.C. §
25 | 853(n)(6)(B), and their interest is superior to any claim the United States may
26 | have acquired as a result of Arabi's conviction.
27 |    10. Petitioners' claim renders the purported order of forfeiture invalid as to the

28 |                                         2                       22-CR-1152-BAS
VERIFIED PETITION

1 | Vinson Creek Property, and, based on the foregoing, Petitioners respectfully
2 | request that this Court conduct a hearing on their interest in the Vinson Creek
3 | Property.
4
5
6
7 | Dated: February 13, 2026                    Respectfully submitted,
8
                                         By:  s/ Michael G. Freedman
9                                             Michael G. Freedman
10
                                              Attorney for Petitioners
11                                            Shadi Ata Naemi Inc.; Ladan Saeid
                                              Naemi Inc.; Bata Construction Inc.;
12                                            and Mahna Yahya Shokravi Inc.

28 | 3 | 22-CR-1152-BAS
VERIFIED PETITION

## VERIFICATION

1. I am over the age of eighteen years old and I am the principal of Shadi Ata Naemi Inc.; Ladan Saeid Naemi Inc.; Bata Construction Inc.; and Mahna Yahya Shokravi Inc., Petitioners in this action, and I am authorized to make this verification for and on behalf of Petitioners.

2. I have read the foregoing VERIFIED PETITION AND STATEMENT OF INTEREST IN CERTAIN PROPERTY ON BEHALF OF CLAIMANTS SHADI ATA NAEMI INC, LADAN SAEID NAEMI INC., BATA CONSTRUCTION INC., AND MAHNA YAHYA SHOKRAVI INC. (the "Petition") and am familiar with its contents. The matters stated therein are true of my own knowledge, except as to the matters which are therein stated on information and belief, and as to those matters I believe them to be true.

3. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 13, 2026 in West Vancouver, British Columbia, Canada.

*/s/ Ata Naemi/*

Ata Naemi on behalf of Shadi Ata Naemi Inc.; Ladan Saeid Naemi Inc.; Bata Construction Inc.; and Mahna Yahya Shokravi Inc.