ADAM GORDON
United States Attorney
NICHOLAS W. PILCHAK
California Bar No. 331711
JANAKI G. CHOPRA
California Bar No. 272246
ERIC R. OLAH
California Bar No. 295513
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-9709/8817/0510
nicholas.pilchak@usdoj.gov
janaki.chopra@usdoj.gov
eric.olah@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI (1),<br><br>Defendant. | Case No.:    22-CR-1152-BAS<br><br>**JOINT MOTION FOR FOURTH CONTINUANCE OF BRIEFING SCHEDULE ON THIRD PARTY PETITIONERS' VERIFIED PETITION AND STATEMENT OF INTEREST IN CERTAIN PROPERTY** |

The United States of America, by and through its counsel Adam Gordon, United States Attorney, and Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, Assistant United States Attorneys, and Petitioners Shadi Ata Naemi Inc., Ladan Saeid Naemi Inc., Bata Construction Inc., and Mahna Yahya Shokravi Inc. (the "Third Party Petitioners"), by and through their counsel Michael G. Freedman, hereby jointly request that the Court grant a fourth continuance of the existing schedule for the United States to file its brief

1

in response to the Verified Petition and Statement of Interest filed February 13, 2026. *See* ECF 543.

As grounds for the motion, the parties state as follows:

1. On February 13, 2026, the Third Party Petitioners filed a Verified Petition and Statement of Interest in the real property located at 1520 Vinson Creek Road, West Vancouver, British Columbia, which is subject to the Court's Preliminary Order of Forfeiture. ECF 543, 448. The Third Party Petitioners have requested a hearing on their petition. ECF 543 at 3.

2. This Court initially ordered the United States to file a written response to the petition by March 16, 2026. ECF 544.

3. The Third Party Petitioners have provided substantial information and documents to the United States in support of their petition, and have responded to a series of questions propounded by the United States to help it assess their claim.

4. On March 11, 2026, the Court granted the parties' joint request for an initial continuance of the briefing schedule, postponing the filing deadline for the United States to March 30, 2026. ECF 548.

5. On March 27, 2026, the Court granted the parties' joint request for a second continuance of the briefing schedule, on the grounds that the United States had made an offer in compromise that the parties were evaluating. The Court continued the filing deadline for the United States to April 29, 2026. ECF 554.

6. On April 27, 2026, the Court granted the parties' joint request for a third continuance of the briefing schedule, on the grounds that the parties had reached an agreement in principle and were finalizing the papers to effectuate their agreement. The Court continued the deadline for the United States to file to May 29, 2026. ECF 559.

7. Since that time, based on the parties' agreement in principle to compromise the claims of the Third Party Petitioners, the United States has prepared draft documents to memorialize the agreement and present to the Court to seek a final forfeiture order.

The papers require review by foreign authorities in Canada to ensure they are consistent with the Canadian forfeiture process, but that inter-governmental review process is ongoing and not yet complete.  After it is complete, the parties must finalize the papers amongst themselves, which will involve a short additional delay.  The parties are exercising diligence to memorialize their compromise and request a further continuance to enable continued negotiations.

8.     Accordingly, the parties jointly request a fourth continuance of approximately 30 days, moving the existing deadline to file the United States's response to the Third Party Petitioners' claim, from its current date of May 29, 2026 to and including June 29, 2026.  By that date, the parties will jointly move the Court to enter a final forfeiture order, absent further order of Court.

DATED: May 27, 2026                          Respectfully Submitted,

                                             ADAM GORDON
                                             United States Attorney

                                             /s/ Nicholas W. Pilchak
                                             NICHOLAS W. PILCHAK
                                             JANAKI G. CHOPRA
                                             ERIC R. OLAH
                                             Assistant United States Attorneys


                                             SHADI ATA NAEMI INC.
                                             LADAN SAEID NAEMI INC.
                                             BATA CONSTRUCTION INC.
                                             MAHNA YAHYA SHOKRAVI INC.

                                             /s/ Michael G. Freedman (by consent)
                                             MICHAEL G. FREEDMAN
                                             Attorney for Third Party Petitioners