Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorney for Petitioners
Shadi Ata Naemi Inc.; Ladan Saeid Naemi Inc.;
Bata Construction Inc.; and Mahna Yahya Shokravi Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-1152-BAS |
| Plaintiff, | **NOTICE OF NON-OPPOSITION TO THE UNITED STATES' UNOPPOSED MOTION FOR ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| KARIM ARABI (1), | |
| Defendant. | |

Petitioners Shadi Ata Naemi Inc., Ladan Saeid Naemi Inc., Bata Construction Inc., and Mahna Yahya Shokravi Inc. (collectively, "Petitioners"), by and through their counsel Michael G. Freedman of the Freedman Firm PC, hereby file this notice of non-opposition the United States of America's Unopposed Motion for Order of Criminal Forfeiture filed at ECF 562. The motion accurately memorializes Petitioners' agreement with the United States regarding the forfeiture of real property located at 1520 Vinson Creek Road, West Vancouver, British Columbia, Canada (008-505-152) (the "Property"), and Petitioners do not oppose the Court's entry of the order of criminal

1

In support of this position, the Petitioners each represent and warrant that they, individually, hold a valid 12.5% interest in the property, as further set forth in their Verified Petition and Statement of Interest in Certain Property on Behalf of Claimants Shadi Ata Naemi Inc., Ladan Saeid Naemi Inc., Bata Construction Inc., and Mahna Yahya Shokravi Inc.  ECF 543.  They further expressly agree that the United States, or a lawful designated authority in Canada acting at its request, may take reasonable steps to cause a forced sale of the Property.

DATED: June 29 , 2026

Respectfully submitted,

/s/ Michael G. Freedman
MICHAEL G. FREEDMAN
Attorney for Petitioners
SHADI ATA NAEMI INC.
LADAN SAEID NAEMI INC.
BATA CONSTRUCTION INC.
MAHNA YAHYA SHOKRAVI INC.

DATED: June 29 , 2026

SHADI ATA NAEMI INC.
Petitioner

DATED: June 29 , 2026

LADAN SAEID NAEMI INC.
Petitioner

DATED: June 29 , 2026

BATA CONSTRUCTION INC.
Petitioner

2

DATED: June  29 , 2026

—————————————————

MAHNA YAHYA SHOKRAVI INC.
Petitioner